UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE SOUTHERN COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI and G. EDISON HOLLAND, JR., <br><br> Defendants. | No. 1:17-cv-00241-MHC |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE FOR RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiff and Defendants have filed a joint motion requesting an order extending the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint. For good cause shown and based upon the parties' consent, the Court hereby grants the motion. It is hereby ordered that the Joint Motion to Extend Defendants' Deadline for Response to Plaintiff's Complaint is GRANTED. The Court further orders that following the appointment of Lead Plaintiff(s), counsel for Defendants and counsel for the appointed Lead Plaintiff(s) shall confer

1

promptly and thereafter jointly propose to the Court a revised schedule for filing a Consolidated and/or Amended Complaint and Defendants' response thereto.

SO ORDERED, this 6th day of February, 2017.

_____
The Honorable Mark H. Cohen
United States District Judge