## APPENDIX A: MATRIX OF CHALLENGED STATEMENTS AND PLEADING DEFECTS

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| **1.** | 112 Ex. 6[5] | 04/25/12 | Fanning | "[Kemper Plant] ***initial startup and testing are now only 14 months away***. And we remain confident that this project will provide the best value to customers over the long term. ***Targets remain achievable for*** . . . ***the*** . . . ***Kemper County project[] with regard to construction schedule*** and cost to | X | X | X | X | 18-35 |

[1] "CC" refers to the Consolidated Complaint (Dkt. 28).

[2] Alterations and emphasis within the statements are from the AC.

[3] "FLS" refers to "Forward-Looking Statements." For the reasons set forth in the memorandum of law in support of Defendants' Motion to Dismiss ("MTD"), Plaintiffs' claims are also time-barred, and Plaintiffs also fail to plead a claim under Section 20(a). For the reasons set for the Defendants' memorandum of law. MTD at 15-18, 35.

[4] Page numbers within this column correspond to pages in the MTD.

[5] "Ex." refers to exhibits included in the Exhibit Index and attached as exhibits thereto.

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | customers." | | | | | |
| **2.** | 113 Ex. 7 | 05/07/12 | Southern Company | "The Kemper IGCC plant, ***expected to begin commercial operation in May 2014***, will use locally mined lignite (an abundant, lower heating value coal) from a mine adjacent to the plant as fuel." | X | | X | X | 18-35 |
| **3.** | 116 Ex. 8 | 05/15/12 | Beattie | "[P]rogress [at the Kemper Plant] is being made. We'll have first gas to the CT, combustion turbines, in June of next year. ***We'll have the first heat to the gasifier in October of next year*** and the ***first [syn] gas to the combustion turbines in December of next year***. So this plant is well on its way. We're about . . . 72% of its costs are confirmed at this point. 90% of costs will be confirmed by the end of this year -- ***so good progress at*** | X | X | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | ***Kemper County***." | | | | | |
| **4.** | 117 Ex. 9 | 06/08/12 | Miss. Power | "***[T]he Kemper plant construction is progressing on schedule*** and continues to be the best generation option for customers. ***The plant will be on line May 2014*** . . . ." | X | X | X | X | 18-35 |
| **5.** | 118 Ex. 10 | 06/08/12 | Miss. Power | "Overall Project Status: ***Project is on schedule***." | X | | X | X | 18-35 |
| **6.** | 119 Ex. 11 | 08/03/12 | Miss. Power | "Overall Project Status: ***Project is on schedule***." | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| **7.** | 120 Ex. 12 | 08/06/12 | Southern Company | "The Kemper IGCC, expected to ***begin commercial operation in May 2014***, will use locally mined lignite (an abundant, lower heating value coal) from a mine adjacent to the Kemper IGCC as fuel." | X | | X | X | 18-35 |
| **8.** | 122 Ex. 13 | 08/09/12 | Miss. Power | "With ***commercial operation of its Kemper County integrated gasification combined cycle plant less than two years away***, Mississippi Power is well-positioned to execute the most critical next steps in the peak construction phase beginning later this year." | X | X | X | X | 18-35 |
| **9.** | 123 Ex. 14 | 09/13/12 | Miss. Power Anderson | "Recently, Mississippi Power safely ***completed a major construction milestone*** at its Kemper County energy facility ***as plant construction nears the halfway mark***. Installed was a section of the plant's gasifier . . | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | . .”<br><br>“‘***Installation of the gasifier marks a pivotal point in the construction phase of our project*** and the advancement of 21st century coal technology,’ said Mississippi Power Vice President of Generation Development Tommy Anderson. . . .”<br><br>“Commercial operation of the 582-megawatt facility is expected to begin May 2014.” | | | | | |
| **10.** | 125<br>Ex. 15 | 10/05/12 | Miss. Power | “***Project is on schedule***.” | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| **11.** | 126 Ex. 16 | 10/19/12 | Miss. Power Anderson | "Mississippi Power files updated assumptions on Kemper project, ***confirms costs and schedule remain on target***"<br><br>"As part of its ongoing review process for the Kemper County energy facility project, Mississippi Power filed updated assumptions to both cost and schedule in its monthly construction report to the Mississippi Public Service Commission. ***The company confirmed that the project is on schedule to be completed in May 2014*** and that cost projections remain on target to stay at or below $2.88 billion. . . ."<br><br>"***Overall, the project is more than 70 percent complete***. The plant is scheduled to begin initial start-up next summer and commercial operation in | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | 18 months."<br><br>"'With engineering and procurement nearing completion, ***construction progressing on schedule*** and key startup milestones approaching quickly, Mississippi Power's projections are that cost and schedule targets are achievable,' said Tommy Anderson, vice president of generation development for Mississippi Power." | | | | | |
| **12.** | 127 Ex. 17 | 11/05/12 | Fanning | "At Plant Ratcliffe in Kemper County, Mississippi, ***construction remains on schedule to begin commercial operation in May of 2014***. Cost projections remain on target to finish at or below $2.88 billion. We continue to actively manage ongoing pressures on costs and schedule which are typical for a project of this scale. ***Installation of the gasifiers and*** | X | X | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | ***assembly is proceeding exceptionally well*** and the carbon dioxide absorbers are all in place."<br><br>". . . Art [Beattie] and I met recently with Moses Feagin, he's the CFO of Mississippi Power; Ed Day; their regulatory people. ***We meet regularly on this project.***" | | | | | |
| **13.** | 128 Ex. 18 | 11/07/12 | Southern Company | "The Kemper IGCC, ***expected to be in service in May 2014***, will use locally mined lignite (an abundant, lower heating value coal) from a mine adjacent to the Kemper IGCC as fuel." | X | | X | X | 18-35 |
| **14.** | 130 Ex. 19 | 11/13/12 | Miss. Power Anderson | "Mississippi Power's Kemper County energy facility achieves major milestones toward completion"<br><br>"***With the project now more than 70*** | X | X | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | ***percent complete***, Mississippi Power's Kemper County energy facility has achieved several major milestones in recent weeks."<br><br>"'These milestones are indicators of the tremendous progress being made every day to deliver 21st century coal technology to our customers,' said Tommy Anderson, vice president of generation development at Mississippi Power." | | | | | |
| **15.** | 132 Ex. 22 | 11/29/12 | Leljedal | "According to an email from Southern spokesman Tim Leljedal, Mississippi Power '***remains confident and recently confirmed its cost and schedule projects***' for the Kemper County facility." | | X | X | X | 23-35 |
| **16.** | 133 | 12/18/12 | Miss. | "As we enter 2013, ***the project is nearly 75 percent complete*** and | | | | | |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | Ex. 24 | | Power | scheduled to begin commercial operation in May 2014. In six months, the facility will begin initial start-up activities for the combined cycle portion of the plant, which will generate the electricity." | X | | X | X | 18-35 |
| **17.** | 134 Ex. 25 | 12/28/12 | Fanning | "'Everything that I know, ***this plant was exceedingly well-built and well organized during the construction period.***'" | | X | X | X | 23-35 |
| **18.** | 135 Ex. 26 | 01/09/13 | Miss. Power Anderson | "'***We're less than 16 months from commercial operation*** and this facility will utilize the cleanest technology available' . . . said Tommy Anderson, vice president of generation development. . . . The project, ***which is nearly 75 percent complete***, is on schedule to be completed by May 2014." | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| **19.** | 136 Ex. 27 | 01/24/13 | Miss. Power | "The [Kemper] project is on schedule for completion in May 2014 . . . ." | X | | X | X | 18-35 |
| **20.** | 137 Ex. 28 | 01/25/13 | Beattie | ". . . ***the project remains on-track for a May 2014 in-service date*** when it's scheduled to begin providing clean, safe, reliable energy to the citizens of Mississippi." | X | | X | X | 18-35 |
| **21.** | 138 Ex. 29 | 01/30/13 | Fanning | "The second priority is achieving success with our major construction projects, specifically Plant Vogtle Units 3 and 4 and ***the Kemper project***, both of which are ***continuing to progress in an outstanding manner***.<br><br>"Meanwhile, ***the Kemper project is now 75% complete*** and remains on track for its May, 2014 commercial operation date. To date, approximately $2.5 billion has been spent on the | X | X | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | project. The plant is scheduled to begin start-up activities this summer, with first fire going to the CTs in June, and ***the first gasifier heat-up taking place in December. Reliable syn gas is expected to begin flowing to the CTs in February, 2014.*** " | | | | | |
| **22.** | 139 Ex. 29 | 01/30/13 | Beattie | "We've got specific work on the gasifiers going on. That's going to be completed sometime within the next quarter. And that is a critical piece of it. We still have piping that is being installed, as well. So those are kind of the critical elements, at this point." | X | | X | X | 18-35 |
| **23.** | 140 Ex. 30 | 02/26/13 | Miss. Power | "***The project is scheduled to begin operation in May 2014***." | X | | X | X | 18-35 |
| **24.** | 141 Ex. 31 | 02/28/13 | Southern Company | "The Kemper IGCC is scheduled to be placed in-service in May 2014." | | | | | |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | | X | | X | X | 18-35 |
| **25.** | 143 Ex. 32 | 03/04/13 | Miss. Power | ***"Project is on schedule."*** | X | | X | X | 18-35 |
| **26.** | 145 Ex. 33 | 04/02/13 | Miss. Power | ***"Project is on schedule."*** | X | | X | X | 18-35 |
| **27.** | 146 Ex. 34 | 04/24/13 | Fanning | "***We continue to make tremendous progress at the Kemper site*** with most of the major components in place, the combined cycles, gasifiers, massive gas absorbers, and lignite dome as well as a 75-acre reservoir, the facility's appearance reflects our progress with ***start-up activities which are now 40% complete***."<br><br>"We continue to believe that ***the scheduled in-service date is achievable***." | X | X | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| **28.** | 147 Ex. 35 | 05/10/13 | Southern Company | "The Kemper IGCC [is] scheduled to be placed in service in May 2014." | X | | X | X | 18-35 |
| **29.** | 149 Ex. 36 | 05/15/13 | Miss. Power | ***"Project is on schedule."*** | X | | X | X | 18-35 |
| **30.** | 150 Ex. 37 | 06/03/13 | Miss. Power | ***"Project is on schedule."*** | X | | X | X | 18-35 |
| **31.** | 151 Ex. 38 | 07/01/13 | Southern Company | ***"Project is on schedule."*** | X | | X | X | 18-35 |
| **32.** | 152 Ex. 39 | 07/30/13 | Southern Company | "***Mississippi Power plans to meet the May 2014 in-service date***, however, the Company could experience schedule delays associated with construction and startup activities for this first-of-a-kind technology." | X | | X | X | 18-35 |
| **33.** | 153 Ex. 40 | 07/31/13 | Fanning | "***Despite recent cost challenges, we are making great progress in the construction of the Kemper County*** | | X | X | X | 23-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | ***energy facility*** . . . ." | | | | | |
| **34.** | 154 Ex. 41 | 07/31/13 | Fanning | "[C]onstruction at the Kemper County energy facility is also progressing well. Since our last earnings call, the lignite mine has been placed into service and the final heavy lift, as well as ***a significant portion of the startup activities for the combined cycling unit, has been completed***. Recognizing that piping is a key area of focus at this stage of the project, ***it's important to note that 90% of the piping has been fabricated and almost half is installed***. And that ***we have been achieving our key installation targets for steel and pipe.***"<br><br>"Looking ahead for the remainder of 2013, startup activities include the first fire of the first combustion | X | | X | X | 18-35 |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | | turbine in late August, [synching] the steam turbine to the grid in October, and ***heating up the first gasifier by year end. Our May 14 in-service date, to which our construction and startup plans are tied, remains achievable***." | | | | | |
| **35.** | 155 Ex. 42 | 08/06/13 | Southern Company | "***The Kemper IGCC . . . [is] scheduled to be placed in-service in May 2014.***" | X | | X | X | 18-35 |
| **36.** | 157 Ex. 43 | 08/30/13 | Miss. Power | "***Mississippi Power plans to meet the May 2014 in-service date***; however, the Company could experience schedule delays associated with construction and startup activities for this first-of-a-kind technology." | X | | X | X | 18-35 |
| **37.** | 158 Ex. 44 | 09/12/13 | Miss. Power | "Construction milestones reached at Kemper, first fire of CT complete. | | | X | X | |

| | CC[1] ¶ | Date | Speaker | Statement[2] | Grounds for Dismissal of 10(b) Claims[3] | | | | Pgs. of MTD[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLS | Puffery | Falsity | Scienter | |
| | | | Huggins | Gulfport, Miss. – Mississippi Power's Kemper County energy facility has reached several major construction milestones, including the first fire of the facility's two combustion turbines (CT). The first fires were completed Aug. 28 on the first CT and Sept. 4 on the second CT.<br><br>'Firing up the combustion turbines is an important milestone in both the construction and startup phases of the Kemper County energy facility,' said John Huggins, vice president of generation development. . . .<br><br>'This milestone is further indication that we are one step closer to the startup of the plant.'" | | | | | 24-35 |