**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, and ROOFERS LOCAL 149 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

THE SOUTHERN COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI, G. EDISON HOLLAND, JR., JOHN C. HUGGINS, and THOMAS O. ANDERSON,

Defendants.

Civil Action No. 1:17-cv-00241-MHC

CLASS ACTION

## MOTION FOR CLARIFICATION

Defendants The Southern Company, Edward Day, VI, John C. Huggins, and Thomas O. Anderson ("Defendants"), and Thomas A. Fanning, Art P. Beattie, and G. Edison Holland, Jr. ("Terminated Parties"), by and through their counsel, respectfully submit this Motion For Clarification.

Defendants and the Terminated Parties request clarification regarding the status of the Terminated Parties in the above-captioned action following the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss

for Failure to State a Claim [Docket No. 43]. The Court's Order states, "Further, Defendants' Motion to Dismiss is **GRANTED** as to Defendants Fanning, Beattie, and Holland, who are **DISMISSED** as individual Defendants in this case because the allegations in the Complaint fail to raise a strong inference of scienter as to them." [Docket No. 43, pp. 86-87]. Additionally, the docket for this action bears the notation "*TERMINATED: 04/02/2018*" under each of the names of the Terminated Parties.

Defendants and the Terminated Parties read the Court's Order and the docket notations referenced above as dismissing the Terminated Parties from this action entirely, including the dismissal of all claims Plaintiffs pursued against the Terminated Parties through their Amended Complaint [Docket No. 28]. Based on recent communications with Plaintiffs' counsel, it appears that Plaintiffs disagree with Defendants and the Terminated Parties and that Plaintiffs believe the Terminated Parties must answer Count II of the Amended Complaint, for violation of § 20(a) of the Securities Exchange Act of 1934.

Therefore, Defendants and the Terminated Parties seek clarification regarding the status of the Terminated Parties following the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss for Failure to State a Claim [Docket No. 43], including clarification concerning whether any claims remain against the Terminated Parties for which they must answer.

Dated: April 4, 2018

Respectfully submitted,

s/ Robert A. Watts

Michael J. McConnell
Georgia Bar No. 485003
mmcconnell@jonesday.com
Walter W. Davis
Georgia Bar No. 213083
wwdavis@jonesday.com
Ashley F. Heintz
Georgia Bar No. 325323
aheintz@jonesday.com
Robert A. Watts
Georgia Bar No. 793350
rwatts@jonesday.com
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8897

Michele Johnson
michele.johnson@lw.com
Kristin Murphy
kristin.murphy@lw.com
Latham & Watkins
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1918

William R. Baker, III
william.baker@lw.com
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304

*Attorneys for Defendants*

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

s/ Robert A. Watts
Robert A. Watts
Georgia Bar No. 793350

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. and N.D. Ga. LR 5.1, I hereby certify that on this day I electronically filed the above Motion for Clarification with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: April 4, 2018

s/ Robert A. Watts

Robert A. Watts
Georgia Bar No. 793350