UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE SOUTHERN COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-00241-MHC<br><br>CLASS ACTION<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR CLARIFICATION |

Plaintiffs Monroe County Employees' Retirement System and Roofers Local No. 149 Pension Fund ("plaintiffs") hereby respond to the Motion for Clarification (ECF No. 45) filed by defendants The Southern Company, Thomas A. Fanning, Art P. Beattie, G. Edison Holland, Jr., Edward Day, VI, John C. Huggins, and Thomas O. Anderson (collectively, "defendants").

The Court's March 29, 2018 Order ("Order") (ECF No. 43) on defendants' motion to dismiss plaintiffs' Consolidated Complaint For Violation of the Federal Securities Laws ("Complaint") (ECF No. 28) does not require clarification – it denied defendants' motion to dismiss the §20(a) claim in its entirety and, accordingly, defendants Fanning, Beattie, and Holland remain defendants on that claim.

The Complaint alleges §20(a) claims "***[a]gainst [a]ll [d]efendants***." Complaint, Count II at 144. All defendants moved to dismiss the §20(a) claim, arguing that plaintiffs had not "alleged a primary violation of Section 10(b)." ECF No. 37-1 at 35.[1] "The Court reject[ed] ***Defendants'*** argument," finding that "[b]ecause Plaintiffs have stated a claim under Section 10(b) and Rule 10b-5, their claim under Section 20(a) cannot be dismissed for failure to adequately allege a

[1] Tellingly, defendants Fanning, Beattie, and Holland do not even argue they lack the requisite control under §20(a). *See* ECF No. 37-1 at 35. Nor could they – as Chief Executive Officer, Chief Financial Officer, and Executive Officer of The Southern Company ("Company"), defendants Fanning, Beattie, and Holland indisputably controlled the Company and its employees. *See* Complaint, ¶¶21-22, 24, 235.

primary violation of federal securities laws." Order at 86. Thus, the Court held, "[t]o the extent ***Defendants'*** Motion relied upon this argument, the Motion to Dismiss is **DENIED**." *Id.* The motion to dismiss the §20(a) claim was unambiguously denied as to all defendants.

Plaintiffs do not dispute that the Court dismissed the §10(b) claim as to defendants Fanning, Beattie, and Holland, finding that the Complaint did not adequately allege a strong inference of scienter for these individuals. *See* Order at 69-72, 77-79. But the dismissal of the §10(b) claim against defendants Fanning, Beattie, and Holland has no effect on the §20(a) claim against them. Defendants Fanning, Beattie, and Holland point to the Court's statement in the "Conclusion" section of the Order indicating that they are dismissed "as individual Defendants in this case ***because the allegations in the Complaint fail to raise a strong inference of scienter as to them***," but that statement simply underscores the fact that only the §10(b) claim – the ***only*** claim at issue in this case with a scienter element – was dismissed as against defendants Fanning, Beattie, and Holland. Order at 86-87 (emphasis added); *see also Brown v. Enstar Grp., Inc.*, 84 F.3d 393, 396 (11th Cir. 1996) ("In this circuit, a defendant is liable as a controlling person under section 20(a) if he or she 'had the power to control the general affairs of the entity primarily liable at the time the entity violated the securities laws . . . [and] had the requisite power to directly or

indirectly control or influence the specific corporate policy which resulted in the primary liability.'") (citation omitted); *In re Initial Pub. Offering Sec. Litig.*, 241 F. Supp. 2d 281, 393 n.179 (S.D.N.Y. 2003) (recognizing that the "Eleventh Circuit [has] rejected a scienter requirement") (citing *Enstar Grp.*, 84 F.3d at 396); *In re AFC Enters., Inc. Sec. Litig.*, 348 F. Supp. 2d 1363, 1367 (N.D. Ga. 2004) (dismissing §10(b) claim against numerous individual defendants for failure to plead scienter but upholding §20(a) claim against same individual defendants as control persons).

The Order denied defendants' – including defendants Fanning, Beattie, and Holland – motion to dismiss the §20(a) claim. Accordingly, all defendants are required to answer the Complaint.[2]

DATED: April 5, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL S. DROSMAN
DARRYL J. ALVARADO
REGIS C. WORLEY, JR.

---

2 In defendants' separate Motion For Extension of Time to Answer the Amended Complaint (ECF No. 44), defendants state that plaintiffs "declined to consent" (*id.* at 2) to their request for an extension of time to answer the Complaint. Defendants omit, however, that plaintiffs agreed to the extension but declined to consent to the motion because it suggested incorrectly that defendants Fanning, Beattie, and Holland were not required to answer the Complaint. To be sure, plaintiffs have no objection to the requested extension as long as all defendants are required to answer the Complaint on the ordered date.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
JOHN C. HERMAN

s/ JOHN C. HERMAN
JOHN C. HERMAN

(Georgia Bar No. 348370)
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER
& PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

LOCAL RULE 7.1D CERTIFICATION

Counsel hereby certifies that the text of this Response has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1B.

DATED: April 5, 2018

ROBBINS GELLER RUDMAN
& DOWD LLP

s/ Darryl J. Alvarado
DANIEL S. DROSMAN
(*Admitted pro hac vice*)
DARRYL J. ALVARADO
(*Admitted pro hac vice*)
REGIS C. WORLEY, JR.
(*Admitted pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP

s/ John C. Herman
JOHN C. HERMAN
(Georgia Bar No. 348370)
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER
& PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 5, 2018.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dalvarado@rgrdlaw.com

# Mailing Information for a Case 1:17-cv-00241-MHC Monroe County Employees' Retirement System v. The Southern Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com
- **William R. Baker , III**
  william.baker@lw.com
- **Walter W. Davis**
  wwdavis@jonesday.com
- **Daniel S. Drosman**
  dand@rgrdlaw.com,hectorm@rgrdlaw.com,tholindrake@rgrdlaw.com,5593753420@filings.docketbird.com,TKoelbl@rgrdlaw.com
- **Ashley Heintz**
  aheintz@jonesday.com
- **John C. Herman**
  jherman@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Michele Johnson**
  michele.johnson@lw.com,karen.patterson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com
- **Michael Joseph McConnell**
  mmcconnell@jonesday.com
- **Thomas C. Michaud**
  tmichaud@vmtlaw.com
- **Kristin Murphy**
  kristin.murphy@lw.com,kristin-murphy-2919@ecf.pacerpro.com,khadijah-fields-2405@ecf.pacerpro.com,geelan-fahimy-5933@ecf.pacerpro.com,geelan.fahimy@lw.com
- **Henry Rosen**
  henryr@rgrdlaw.com
- **Sarah A. Tomkowiak**
  sarah.greenfield@lw.com
- **Robert Watts**
  rwatts@jonesday.com
- **Regis C. Worley , Jr**
  rworley@rgrdlaw.com,karenc@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)