UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM and ROOFERS LOCAL NO. 149 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br>    vs.<br><br>THE SOUTHERN COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI, G. EDISON HOLLAND, JR., JOHN C. HUGGINS, THOMAS O. ANDERSON,<br><br>          Defendants. | Civil Action No. 1:17-cv-00241-MHC |

REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

September 24, 2018

# TABLE OF CONTENTS

I.    SCOPE OF PROJECT AND REPORT ..............................................................1

II.   CREDENTIALS .............................................................................................2

III.  CONCLUSIONS.............................................................................................4

IV.  FACTUAL BACKGROUND ...........................................................................4

    A.    About the Company ...............................................................................4

    B.    Summary of Plaintiffs' Allegations .........................................................6

V.    EFFICIENT MARKET DEFINED....................................................................7

    A.    The *Cammer*/*Krogman* Factors.................................................................10

        1.    The *Cammer* Factors..................................................................10

        2.    The *Krogman* Factors.................................................................12

VI.  EFFICIENCY OF THE MARKET FOR SOUTHERN COMPANY STOCK .................13

    A.    Trading Volume..................................................................................13

    B.    Analyst Coverage and Other Avenues of Information Dissemination .................14

        1.    Analyst Coverage......................................................................14

        2.    News Coverage.........................................................................15

        3.    Institutional Ownership and Buy-Side Analysis........................................16

    C.    Market Makers and Listing on the NYSE Exchange...................................16

    D.    S-3 Registration Eligibility ...................................................................18

    E.    *Krogman* Factors................................................................................20

        1.    Market Capitalization.................................................................20

        2.    Float.....................................................................................20

        3.    Bid-Ask Spread........................................................................21

VII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR
SOUTHERN COMPANY STOCK ...................................................................22

    A.    Event Study Test of Market Efficiency ....................................................23

        1.    A Caveat About Non-Significant Stock Price Movements........................24

        2.    Selection of Earnings Announcement Events...........................................25

            a.    25 April 2012 ...............................................................26

            b.    25 July 2012................................................................28

            c.    5 November 2012..........................................................30

            d.    30 January 2013...........................................................32

            e.    24 April 2013 ...............................................................34

| | | f. | 31 July 2013 | 36 |
| | | g. | 30 October 2013 | 40 |
| | 3. | | Isolating the Impact of Company-Specific Information | 42 |
| | 4. | | *t*-Test | 45 |
| B. | | | Event Study Results | 45 |
| | 1. | | Event Study Result: 25 April 2012 | 45 |
| | 2. | | Event Study Result: 25 July 2012 | 46 |
| | 3. | | Event Study Result: 5 November 2012 | 46 |
| | 4. | | Event Study Result: 30 January 2013 | 47 |
| | 5. | | Event Study Result: 24 April 2013 | 47 |
| | 6. | | Event Study Result: 31 July 2013 | 48 |
| | 7. | | Event Study Result: 30 October 2013 | 50 |
| C. | | | Event Study Summary | 51 |
| VIII. | | | MARKET EFFICIENCY SUMMARY | 51 |
| IX. | | | COMMON DAMAGE METHODOLOGY | 52 |
| X. | | | LIMITING FACTORS AND OTHER ASSUMPTIONS | 55 |
| XI. | | | APPENDIX: LOGARITHMIC RETURNS | 56 |

## I.    SCOPE OF PROJECT AND REPORT

1.  I was asked by Robbins Geller Rudman & Dowd LLP, counsel for the Plaintiffs, to determine whether the common stock of The Southern Company ("Southern Company" or the "Company") traded in an efficient market during the period from 25 April 2012 through 30 October 2013, inclusive (the "Class Period").

2.  In addition, I have been asked to opine on whether damages in this matter can be computed using a common methodology for all Class members in connection with their claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities & Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

3.  Toward these ends, I analyzed the market for Southern Company stock, the price behavior of the stock, and the factors that are generally accepted to be indicative of market efficiency for publicly traded securities. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of Southern Company's industry sector, as well as other pertinent data and documents. I read the Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint") filed 12 June 2017 and considered the allegations therein. I also read the District Court's Order, filed 29 March 2018, and the District Court's Order, filed 10 August 2018. Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4.  This report presents my methodology, findings, and conclusions.

5.  I reserve the right to amend, refine, or modify my opinion and report, including in the event any additional information or analysis becomes available.

## II.     CREDENTIALS

6.   I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.   I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.   At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9.   I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10.  Prior to my joining the faculty at Babson College, I taught finance at Boston University. Previously, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

11.  I have published in the field of finance. My finance articles have appeared in the Atlanta *Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, and *Primus*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial

Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. Co-authored papers of mine have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the previous ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston, where I have served as a member of the education committee and ethics subcommittee. I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program - two of the leading review programs that prepared candidates for the CFA exams. In both of these programs I taught candidates at the most advanced level.

15. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As a financial consultant, I have conducted analyses and presented opinions related to markets, valuation,

and damages in over 100 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16. I am the sole owner of the consulting firm Crowninshield Financial Research, which receives compensation for the work performed by me and the analysts who assist me on this case. My firm is being compensated at a rate of $895 per hour for my work. My compensation is neither contingent on my findings nor on the outcome of this matter.

## III.   CONCLUSIONS

17. I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which, consistent with financial economic principles and empirical research, indicate market efficiency. Southern Company stock satisfied all of the *Cammer* and *Krogman* factors by wide margins.

18. Event study analysis demonstrates that there was a cause and effect relationship between the release of new, Company-specific information and movements in Southern Company's stock price. This empirical analysis not only indicates market efficiency, but proves that Southern Company stock demonstrated market efficiency.

19. Based on the foregoing, I conclude that Southern Company's stock traded in an efficient market over the course of the Class Period.

20. Damages in this matter can be computed on a class-wide basis for all Class Members using a common methodology that is consistent with the Plaintiffs' allegations of liability.

## IV.   FACTUAL BACKGROUND

### A.   About the Company

21. The Southern Company is a holding company that owns four public utility companies, the Southern Power Company (Southern Power), and other direct and indirect subsidiaries.[1] The four traditional public utility companies – Alabama Power Company, Georgia Power Company, Gulf Power Company, and Mississippi Power Company – are vertically

---

[1] The Southern Company, Form 10-K for the fiscal year ended 31 December 2011, filed 24 February 2012, p. II-11.

integrated utility companies providing electric service in Southeastern states. Southern Power constructs, acquires, owns, and manages generation assets, and sells electricity at market rates in the wholesale market.[2]

22. In 2010, the Mississippi Public Services Commission ("Mississippi PSC"), approved Mississippi Power's request to construct a new electric generating facility located in Kemper County, Mississippi, which was planned to utilize integrated coal gasification combined cycle technology ("Kemper Plant" or "Kemper Project").[3] The Company stated that the plant would be in-service in May 2014.[4] The Company estimated the cost for the Kemper Project to be "$2.4 billion, net of $245.3 million of grants awarded to the project by the DOE" and "excluding the cost of the lignite mine and equipment, the cost of the $CO_2$ pipeline facilities, and financing costs related to the Kemper Project."[5] The 2012 Mississippi PSC Order further approved "a construction cost cap of up to $2.88 billion, with recovery of prudently-incurred costs subject to approval by the Mississippi PSC."[6]

23. In 2009, the Internal Revenue Service allocated $133 million of Internal Revenue Code Section 48A tax credits (Phase I) to the Company.[7] The utilization of the Phase I tax credits was dependent upon the Company satisfying IRS certification requirements, including achieving an in-service date no later than May 11, 2014.[8]

24. For the fiscal years ("FY") ended 31 December 2012 and 31 December 2013, Southern Company reported operating revenues of $16.48 billion and $17.04 billion, respectively.[9]

---

[2] Id., p. II-11.

[3] Id., p. II-83.

[4] Id., p. II-83.

[5] The Southern Company, Form 10-K for the fiscal year ended 31 December 2012, filed 28 February 2013, p. II-86.

[6] Id., p. II-86.

[7] The Southern Company, Form 10-K for the fiscal year ended 31 December 2011, filed 24 February 2012, p. II-365.

[8] Id., p. II-365.

[9] The Southern Company, Form 10-K for the fiscal year ended 31 December 2013, filed 27 February 2014, p. II-13.

For the same fiscal years, the Company reported Net Income (after dividends on preferred and preference stock of subsidiaries) of $2.35 billion and $1.64 billion, respectively.[10]

25. Throughout the Class Period, the Company's stock was traded on the New York Stock Exchange ("NYSE") under the ticker symbol SO.[11]

26. Southern Company's closing stock price peaked during the Class Period at $48.65 per share on 23 April 2013, according to price data obtained from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals. By the close of trading on 31 October 2013, the first day after the end of the Class Period, Southern Company's stock price had fallen to $40.91 per share. The share price decline from the Class Period peak on 23 April 2013 to 31 October 2013 was $7.74, representing a decline of 15.9%.

27. As of the close of trading on 23 April 2013, Southern Company's market capitalization (the aggregate value of all outstanding shares) stood at $42.34 billion.[12] By the close of trading on 31 October 2013, the Company's market capitalization had fallen to $36.07 billion. The decline in market capitalization from 23 April 2013 to 31 October 2013 was $6.27 billion, or 14.8% of the Company's market value of equity.

**B.  Summary of Plaintiffs' Allegations**

28. Plaintiffs allege that Defendants' wrongful conduct caused investors to suffer losses.[13] Plaintiffs allege that through misrepresentations and omissions, Defendants misled investors about the construction progress and completion timeline of the Kemper Plant.[14] Plaintiffs allege that while the Company "repeatedly assured the market throughout the Class Period that the Kemper Plant 'is on schedule,' 'on target,' and 'will be on line in

---

[10] The Southern Company, Form 10-K for the fiscal year ended 31 December 2012, filed 28 February 2013, p. II-360 and The Southern Company, Form 10-K for the fiscal year ended 31 December 2013, filed 27 February 2014, p. II-354.

[11] 2012 Southern Company Summary Annual Report, p. 37.

[12] Shares outstanding data obtained from Company SEC filings.

[13] Complaint, ¶190.

[14] Id., ¶¶3-6.

May 2014,'"[15] and stated at times during the Class Period that "construction was 'halfway,' '70 percent complete,' and 'nearly 75 percent complete,'"[16] "[i]n truth, the plant was measurably behind schedule, and a May 2014 completion date was impossible."[17]

> "Southern Company stood to obtain hundreds of millions of dollars in federal tax credits for the construction of the Kemper Plant, but only on one condition: the plant had to achieve a commercial operation date ('COD') of no later than May 11, 2014. The construction of the Kemper Project was also subject to monitoring by an Independent Monitor retained by the Company's regulator, the Mississippi Public Service Commission ('PSC'), who monitored construction progress, reviewed costs and plans, and advised the PSC on the wisdom of continuing the project. The Company needed to convince its regulator that construction of the plant was on time and on budget or risk being precluded from passing on construction costs to ratepayers or, worse, having the plant canceled altogether. It was imperative that the plant be completed on time. Indeed, investors and the market focused on this deadline. As a result, defendants repeatedly assured the market throughout the Class Period that the Kemper Plant 'is on schedule,' 'on target,' and 'will be on line in May 2014' In addition, defendants offered concrete, objectively measurable statements concerning the status of the project, stating throughout the Class Period that construction was "halfway," "70 percent complete," and "nearly 75 percent complete." Defendants' representations were false. In truth, the plant was measurably behind schedule, and a May 2014 completion date was impossible."
> **Complaint, ¶¶4-6.**

## V.   EFFICIENT MARKET DEFINED

29.   The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1 989 decision in *Cammer v. Bloom*, 711 F. Supp. 1263 (D.N.J.), which is often cited as a legal authority on the meaning of market efficiency and is consistent with the definition of informational efficiency generally accepted by the academic finance community, is set forth below.

---

[15] Id., ¶5.

[16] Id., ¶5.

[17] Id., ¶6.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> **Cammer v. Bloom, 711 F. Supp. 1264, 1273 (D.N.J. 1989).**

30.   Judge Lechner also cited the definitions offered by commentators Alan R. Bromberg and Lewis D. Lowenfels, and by renowned financial economist and Nobel laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg & Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); see also *Cammer*, 711 F. Supp. at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. at 1280.**

31.   In his 1991 follow up article titled "Efficient Capital Markets II," Professor Fama further elaborated.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information …. A weaker and more economically sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal cost."
> **"Efficient Capital Markets: II," Eugene Fama, *Journal of Finance*, 1991, p. 1575.**

32.   More recently, Professor Fama and a group of other preeminent economists described market efficiency and the state of the profession's general understanding thusly in an *amici curiae* brief that they submitted to the United States Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear on what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic [Inc. v. Levinson*, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information."
> **Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.,* 5 February 2014, p. 3 (emphasis in original).**

33. The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business …."
> ***Basic v. Levinson,* 485 U.S. 224, 108 S. Ct. 978, 988-91, 99.**

34. The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company …."
> ***Amgen Inc. v. Conn. Ret. Plans & Trust Funds,* 133 S. Ct. 1184, 1190, L. Ed. 2d 308 (2013).**

35. In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause and effect relationship at the center of market efficiency as follows:

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the . . . price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> **Halliburton Co. v. Erica P. John Fund, Inc., 134 S. Ct. 2398, 2410, (2014) (emphasis in original).**

36. An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg & Lowenfels, and Professor Fama and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As these cases have recognized, market efficiency is relevant to a securities case as it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and which were relied upon.

### A.   The *Cammer/Krogman* Factors

#### 1.   The *Cammer* Factors

37. The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are: 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

38. Empirical research has confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, p. 302.**

39. Barber, Griffin & Lev [1994], also found that high institutional ownership is indicative of market efficiency.

40. With respect to the fifth *Cammer* factor - empirical evidence - Barber, Griffin & Lev, [1994], used empirical tests as a standard for market efficiency by which to judge the significance of the other variables.[18] Consequently, they acknowledge the relevance of the empirical factor.

41. Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as five necessary factors, but rather as indicative of the degree to which the market for a security is expected to be efficient.

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> ***Cammer*, 711 F. Supp. at 1283.**

42. The *Cammer* opinion describes the nature of the five factors as follows.

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra, 806 F.2d at 1160.*"
> **Id. at 1285-86 (footnote omitted).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.,* 858 F.2d 1104, 1121 (5th Cir.1988)."
> **Id. at 1286.**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
> **Id.**

---

[18] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994.

"Third, it could be alleged the stock had numerous market makers."
**Id.**

"Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration in connection with public offerings…"
**Id. at 1287.**

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
**Id.**

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
**Id. at 1291.**

### 2.     The *Krogman* Factors

43.   In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005), and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D.Tex. 2001), identified that three additional factors are also indicative of market efficiency.

44.   These additional factors, the *Krogman* factors, are: 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.

45.   Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well known the company will be. Larger companies tend to attract more analyst and news media coverage, and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

46.   The stock's float is the number of shares outstanding, less shares held by insiders and affiliated corporate entities. It is generally the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization, but it focuses on the shares available for trading rather than all outstanding shares. Stocks with

large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which occur when a company has a high float level, promote market efficiency.

47.     The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread will tend to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors, and thereby tends to attract greater interest, greater coverage, and greater volume, which in turn are factors that promote market efficiency.

## VI.     EFFICIENCY OF THE MARKET FOR SOUTHERN COMPANY STOCK

48.     To assess whether the market for Southern Company stock was efficient during the Class Period, I analyzed the market for, and behavior of, Southern Company stock, focusing on the *Cammer/Krogman* factors which are generally accepted to be indicative of market efficiency for a publicly traded stock.

### A.     Trading Volume

49.     Throughout the Class Period, Southern Company stock traded regularly and actively. On average, 4.5 million shares changed hands daily.[19] Southern Company stock trading data are presented in Exhibit -4.

50.     In addition to average daily trading volume, another volume metric to consider in assessing market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of Southern Company stock was approximately 22.5 million shares, or 2.58% of shares outstanding.[20] This level of trading activity is above levels accepted by courts as being indicative of market efficiency for

---

[19] Data obtained from CRSP.

[20] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding and multiplying by 5 (the number of trading days in a typical week).

common stock.[21] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[22] The trading volume for Southern Company stock during the Class Period was above the threshold for a strong presumption of market efficiency.

51.     Both in terms of average daily trading volume and the percentage of outstanding shares traded weekly, the market for Southern Company stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in Southern Company stock is evidence of the efficiency of the market for Southern Company stock over the course of the Class Period.

### B.     Analyst Coverage and Other Avenues of Information Dissemination

#### 1.     Analyst Coverage

52.     Securities analysts disseminate and interpret information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

53.     I obtained analyst reports about Southern Company published during the Class Period by 15 different analyst firms: Barclays, BMO Capital Markets, Credit Suisse, Deutsche Bank, Hilliard Lyons, Jefferies, JP Morgan, Keybanc Capital Markets, Macquarie Research, Morningstar, RBC Capital Markets, S&P Capital IQ, SunTrust Robinson Humphrey, UBS, and Wells Fargo.

---

[21] *Cammer*, 711 F. Supp. at 1286.

[22] Id. at 1293.

54.  Transcripts of Southern Company's conference calls conducted during the Class Period reveal that at least 16 additional firms also followed the Company: Avon Capital/ Millennium Partners, BGC Partners, Bank of America Merrill Lynch, CDP Capital, Citigroup, Conolich Research, Decade Capital, FBR & Co., Fidelity, Glenrock Associates, Goldman Sachs, ISI Group, Lord Abbett and Company, Visium Asset Management, Wolfe Trahan, and Wunderlich Securities.[23]

55.  Consequently, analysts from at least 31 firms followed the Company during the Class Period.

56.  Coverage by 31 analysts, of which at least 15 published reports in a period of one year and six months, is broad analyst coverage. Barber, et al., [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[24]

57.  Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the coverage of Southern Company by professional securities analysts is evidence of the efficiency of the market for Southern Company stock during the Class Period.

## 2.   News Coverage

58.  Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of material information to the marketplace, thereby promoting market efficiency.[25] In the case of Southern Company, such coverage was extensive. My search of the Factiva database found that at least 1,918 articles were published about the Company during the Class Period.[26] The articles I obtained from Factiva include published news articles and press releases.

---

[23] Conference call transcripts obtained from Thomson Eikon.

[24] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad M. Barber, Paul A. Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, pp. 302 and 310-311.

[25] *See, e.g.*, *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003).

[26] Based on a Factiva search in "All Sources" for articles published during the Class Period where "Southern Company Inc" was the "Company" search field parameter.

59. Information about Southern Company was also provided to investors in SEC filings and conference calls.

60. In sum, during the Class Period, information about Southern Company was readily available to market participants, not only in analyst reports but also in news articles and other sources. The extensive news coverage is further evidence of the efficiency of the market for Southern Company stock.

### 3.  Institutional Ownership and Buy-Side Analysis

61. Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[27]

62. Thomson Eikon compiles and provides institutional ownership data derived from SEC Form 13-F filings. The data show the holdings of Southern Company stock by major investment institutions as of the end of each quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the stocks they buy. According to SEC filings compiled and reported by Thomson Eikon, at least 1,314 major institutions owned Southern Company stock during the Class Period.[28] This fact further supports a finding that the market for Southern Company stock was efficient throughout the Class Period.

### C.  Market Makers and Listing on the NYSE Exchange

63. The number of market makers is another one of the factors that the *Cammer* court determined indicate market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock, which generally provides a high degree

---

[27] *See, e.g., In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).

[28] According to the SEC filings compiled and reported by Thomson Eikon data, 1,314 institutions held shares of Southern Company stock on at least one of the following reporting dates: 30 June 2012, 30 September 2012, 31 December 2012, 31 March 2013, 30 June 2013, and 30 September 2013. There may have been additional institutions that held Southern Company stock during the Class Period, though not on the quarterly reporting dates.

of liquidity and a narrower bid-ask spread. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs.

64. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the NASDAQ, an over-the-counter market consisting of multiple competing market makers, using electronic systems to make quotes and effect trades.

65. The *Cammer* Court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that Southern Company stock traded on the NYSE during the Class Period highly relevant. The NYSE is one of the most renowned, most liquid, and most efficient forums for trading stocks in the world. Stocks on the NYSE are traded under the supervision of a lead market maker or "Designated Market Maker" ("DMM"), formerly known as a specialist.[29] DMMs are responsible for maintaining a fair and orderly market for each security in which they are registered.[30]

66. In fact, citing Bromberg and Lowenfels, the *Cammer* Court explicitly acknowledged the importance of an NYSE listing and the implications of such a listing for market efficiency.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, *Securities Fraud and Commodities Fraud*, §8.6 (1988)).**

67. At the time of the *Cammer* opinion, the NYSE and NASDAQ were distinctly separate exchanges. NASDAQ market makers did not make markets for NYSE-listed stocks such as Southern Company. However, since that time, the stock markets have evolved, and beginning in April 2005, NASDAQ enabled trading in most NYSE-listed stocks through its

---

[29] "Fact Sheet; Designated Market Makers," NYSE Euronext, 2012.

[30] "Organization and Functioning of Securities Markets," by Frank Reilly and Keith Brown, in *Equity and Fixed Income CFA Program Curriculum*, vol. 5, Pearson Custom Publishing, 2008.

market making platform.[31] This NASDAQ market making activity would be in addition to the principal market for listed stocks on the NYSE.

68.  According to Bloomberg, there were at least 182 market makers for Southern Company stock during the Class Period, including such well known firms as: Barclays, JPMorgan, Merrill Lynch and Morgan Stanley.[32]

69.  The facts that it traded on the NYSE over the entire Class Period, and had a large number of market makers during the Class Period, are strong evidence that Southern Company stock traded in an efficient market throughout the Class Period. Southern Company's listing on the NYSE gave its stock access to a highly developed network of brokers with its market overseen by the NYSE DMM. These facts are compelling evidence of the efficiency of the market for Southern Company stock.

**D.     S-3 Registration Eligibility**

70.  A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizeable value. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months, and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[33]

71.  In 1992, the SEC amended its requirements for S-3 registration eligibility to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration so long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one third of their public float in primary offerings over any period of 12

---

[31] "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, 28 March 2005.

[32] Data obtained from Bloomberg.

[33] "Revisions to The Eligibility Requirements for Primary Securities Offerings on Forms S-3 And F-3," SEC Release No. 33-8812, 20 June 2007.

calendar months."[34] Despite the fact that the $75 million float requirement has been loosened, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[35]

72.    The *Cammer* court noted that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensured that financial data are available to market participants, and the "public float" requirement indicated that many market participants would have examined the information.[36]

>    "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
>    **Cammer, 711 F. Supp. at 1284-85.**

>    "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
>    **Id. at 1285.**

>    "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
>    **Id. at 1287.**

73.    Southern Company satisfied both the original and revised float conditions for S-3 registration eligibility throughout the entire Class Period. Southern Company's average float during the Class Period of $38.9 billion far exceeded the level required for S-3

---

[34] "Revisions to The Eligibility Requirements for Primary Securities Offerings on Forms S-3 And F-3," SEC Release No. 33-8878, 19 December 2007.

[35] *See, e.g.*, *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

[36] *Cammer*, 711 F. Supp. at 1284-85.

registration. During the Class Period, float ranged between \$35.4 billion and \$42.1 billion, always far exceeding the minimum requirement for S-3 registration by a wide margin.

74. Consistent with the *Cammer* opinion, Southern Company's eligibility to file an S-3 registration is evidence of the efficiency of the market for Southern Company stock throughout the Class Period.

### E.    *Krogman* Factors

75. In addition to evaluating market efficiency using the *Cammer* factors, I also examined Southern Company stock and its market with respect to the three additional *Krogman* factors.

### 1.    Market Capitalization

76. During the Class Period, the market capitalization of Southern Company averaged \$39.1 billion, putting Southern Company in the 1st decile of U.S. companies by size – meaning that Southern Company was one of the largest public companies in the United States, with an average market capitalization larger than at least 90% of all other publicly-traded companies.

77. Consistent with the *Krogman* opinion, Southern Company's sizeable market capitalization throughout the Class Period is further evidence of the efficiency of the market for Southern Company stock.

### 2.    Float

78. Southern Company's float averaged \$38.9 billion during the Class Period. While float excludes shares held by insiders and affiliated corporate entities, Southern Company's average float was still larger than the total market capitalization of at least 90% of all other publicly-traded companies in the U.S.

79. The size of Southern Company's float satisfied the second *Unger/Krogman* factor for market efficiency.

80. Float can also be analyzed as a percentage of total shares outstanding, as well as in absolute share and value terms. On average during the Class Period, there were 867.9 million shares in Southern Company's float and 872.5 million shares outstanding, resulting in an average float of 99.5% of shares outstanding.

81.  The large size of Southern Company's float is indicative of the efficiency of the market for its stock throughout the Class Period.

### 3.  Bid-Ask Spread

82.  I obtained from CRSP the daily closing bid and ask quotes for Southern Company stock during the Class Period.

83.  I measured the percentage bid-ask spread as the difference between the bid and ask quotes, divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[37] Exhibit-4 presents Southern Company's bid-ask spread data.

84.  The average bid-ask spread for Southern Company stock over the course of the Class Period was 0.02%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database was 0.72%.[38] Southern Company's bid-ask spread was therefore much narrower than the mean level among all other CRSP stocks – which comprises stocks traded on the NYSE, AMEX, NASDAQ, and ARCA.

85.  In dollar terms, Southern Company's bid-ask spread during the Class Period averaged $0.01 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.10 during the Class Period.[39]

86.  The average bid-ask spread in the market for Southern Company stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly-traded stocks in the United States. Southern Company's narrow bid-ask spread supports a conclusion of market efficiency.

---

[37] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, Vol. 25, No. 4, 1990, pp. 535-547.

[38] This calculation is based upon averaged month-end data from CRSP for 30 April 2012 through 30 September 2013.

[39] Id.

## VII.   EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR SOUTHERN COMPANY STOCK

87.   The fifth *Cammer* factor is empirical evidence demonstrating a cause-and-effect relationship between the dissemination of company-specific information and movement in the security price.[40] The *Cammer* court noted that a demonstration of a cause and effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[41] While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017) the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied by wide margins and circumstances are not unusual. In *Waggoner v. Barclays PLC*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies." Similarly, the Eleventh Circuit has emphasized that "we do not think it wise to require District Courts to analyze market efficiency in terms of the *Cammer* factors in every case."[42] Nonetheless, appropriately significant reactions to new valuation-relevant information do demonstrate market efficiency and are compelling evidence.

88.   I conducted an event study that investigates Southern Company's earnings announcements to determine whether Southern Company stock reacted significantly in reaction to important unexpected company news. Significant and appropriate reactions to new valuation-relevant information indicate market efficiency.

89.   I conducted the event study on Southern Company's earnings announcement dates during the Class Period, which according to the finance literature are generally high information flow dates. I investigated whether the earnings announcements elicited statistically

---

[40] *Cammer*, 711 F. Supp. at 1291.

[41] Id., at 1287.

[42] *Local 703, I.B. of T. Grocery & Food Employees Welfare Fund v. Regions Fin. Corp.*, 762 F.3d 1248, 1255 (11th Cir. 2014); *see also id.* ("'While we agree . . . that the [*Cammer*] factors considered by the district court were relevant to the issue of market efficiency, these factors are not exhaustive.'"); *id.* at 1256 ("'[T]his list [of eight factors, including the five *Cammer* factors,] does not represent an exhaustive list, and in some cases one of the above factors may be unnecessary . . .'").

significant stock price reactions in response to those earnings announcements on which the news was unexpected and decidedly positive or negative.

90. Statistically significant stock price movements in reaction to unexpected decidedly positive or negative news would indicate market efficiency, as such a finding would prove that information affected the stock price.

### A.   Event Study Test of Market Efficiency

91. Historically, the event study has been the paramount tool for testing market efficiency, as renowned financial economist and Nobel laureate Eugene Fama attested:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets II," by Eugene F. Fama, *Journal of Finance*, 1991, p. 1607.**

92. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. Campbell, Lo, and MacKinlay [1997] present a useful description and examples of the methodology and write about how it is generally accepted and widely used in academic research.[43] Crew, et al., [2017] write about how the methodology is generally accepted and widely used in forensic applications.[44]

93. An event study measures how much a stock price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a stock price change is explained by market and sector (industry) factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be

---

[43] Chapter 4 of *The Econometrics of Financial Markets*, by John Campbell, Andrew Lo, and A. C. MacKinlay, Princeton University Press, 1997.

[44] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, Marine A. Moore, and Kevin L. Gold, in Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.

attributable to market or sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation.

94.  If a stock's return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. Such proof of a cause and effect relationship between the release of information and movements in the stock price demonstrates market efficiency.

### 1.  A Caveat About Non-Significant Stock Price Movements

95.  It is important to note that an event study tests the joint hypothesis that the security trades in an efficient market and that the valuation impact of the information disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular disclosure.[45]

96.  For example, if a company reports earnings that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to elicit a statistically significant stock price reaction. Similarly, if a statement or misrepresentation is made alongside countervailing confounding news that impacts the stock price in the opposite direction, one might not reasonably expect this mix of new information to cause a statistically significant stock price reaction. In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price reaction. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock is behaving as it should in an efficient market.

---

[45] "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

97.   Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a significant stock price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it previously was, so the appropriate price reaction would be a maintenance of the price level where it previously was.

98.   Moreover, as Patell and Wolfson [1984] pointed out, the complexity and timing of an announcement may affect the timing of the efficient market price response, as investors and analysts may require a reasonable amount of time to gather additional details and conduct requisite analysis to fully process the new information.

99.   Therefore, ideal candidate events for inclusion in a market efficiency event study are events on which company-specific information was released that is new, unexpected, not confounded by major countervailing news, and may potentially be of such import as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.  As important events of interest may not possess all of these ideal characteristics, not every selected event will prove to be statistically significant in an efficient market.  It is also possible that due to timing and complexity issues, an important event may elicit a statistically significant price response, but not over the one-day event window examined.

### 2.      Selection of Earnings Announcement Events

100.   An event study testing market efficiency does not require a comprehensive identification of all events during a class period on which new allegation-related information was disclosed, or testing of all events identified in a complaint.[46] To test for market efficiency, the events need not be allegation-related at all. Events should be selected on the basis of an independent analysis of which candidate events would be most informative about market efficiency.

---

[46] A comprehensive identification of all disclosures of information related to the alleged fraud is beyond the scope of this report, and is properly addressed in an analysis of loss causation and damages.

101. A company's financial results and forecasts are among the most important considerations to investors assessing the value of its stock.[47] While not every earnings announcement contains new, unexpected, highly impactful valuation information, the finance literature notes that such information more frequently arrives on earnings announcement dates than on ordinary dates.

> "No other figure in the financial statements receives more attention by the investment community than earnings per share. The relationship between accounting earnings and security prices is probably the single most important relationship in security analysis, and its prominence is reflected in the attention given to price-earnings ratios."
> ***Financial Reporting an Accounting Revolution*, 3rd ed., by William H. Beaver, 1998, p. 38.**

> "Analysts, investors, senior executives, and boards of directors consider earnings the single most important item in the financial reports issued by publicly held firms."
> **"Earnings Management to Exceed Thresholds," by Francois Degeorge, Jayendu Patel, and Richard Zeckhauser, *Journal of Business*, 1999, p. 1.**

102. Based on these principles, for the purpose of testing market efficiency, the events I selected were Southern Company earnings announcements during the Class Period. Information provided on these dates included earnings announcements and other business and financial performance metrics and forecasts. Earnings announcements took place on the following 7 dates during the Class Period:

    a.    <u>25 April 2012</u>

103. On 25 April 2012, Southern Company announced financial results for Q1 2012, provided earnings guidance for Q2 2012, and held a conference call with analysts and investors.[48] The Company reported revenues of $3.60 billion, below the consensus estimate of $4.08

---

[47] *See*, *e.g.*, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], and Ball and Kothari [1991] have specifically examined stock price movements caused by earnings announcements, and concur that earnings announcements are unusually important information events generally.

[48] "Southern Company First Quarter Earnings: Mild Weather Offsets Emerging Economic Growth," *PR Newswire*, 25 April 2012, 7:30 AM; "Q1 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 25 April 2012, 1:00 PM (unless otherwise indicated, all times cited in the report are Eastern Standard Time).

billion, and earnings per share ("EPS") of $0.42, below the consensus estimate of $0.48 per share and below previous guidance of $0.45 per share.[49] The Company attributed the lower than expected earnings to impacts from warmer weather, increased non-fuel operations and maintenance ("O&M"), increased depreciation and amortization, expiration of long-term capacity contracts, and an increase in shares outstanding.[50]

104. On the conference call, the Company provided earnings guidance for Q2 2012 of $0.65 per share and reiterated its previous FY 2012 guidance of between $2.58 and $2.70 per share.[51] The Company's Q2 2012 guidance was below consensus estimates of $0.73 per share.[52]

105. Analysts addressed the Company's lower than expected reported earnings for the quarter and the Company's below consensus Q2 2012 guidance.  The news, on balance, was deemed negative.

> "Our take: We would expect the initial share response to be lower on the miss considering the mixed bag of utilities meeting (NEE, AEP) and missing (ETR, D, CMS) on weather – the pressure has not been as universal as one might have expected."
> **"1Q12 Flash: Miss on Weather," by Dan Eggers, et al., Credit Suisse, analyst report, 25 April 2012, p. 1.**

> "Southern Company reported 1Q12 earnings of $0.42, below our estimate of $0.45 and First Call consensus of $0.48. Earnings were $0.50 in the same period a year ago."
> **"Mild Weather Impacts 1Q12; Increase 2013-14 Estimates," by Paul Fremont and Anthony Crowdell, Jefferies, analyst report, 26 April 2012, p. 1.**

---

[49] "Southern Company First Quarter Earnings: Mild Weather Offsets Emerging Economic Growth," *PR Newswire*, 25 April 2012, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[50] "Q1 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 25 April 2012, p. 4.

[51] "Q1 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 25 April 2012, 1:00 PM.

[52] Consensus estimates obtained from Thomson Eikon.

"Factoring in the headwinds from mild weather, we are reducing our full year 2012 estimate to $2.60 from $2.65."

**"1Q Results Below Expectations; Reducing 2012 Estimate," by Ali Agha and Roger Song, SunTrust, analyst report, 26 April 2012, p. 1.**

"Management expressed confidence in its ability to achieve its financial targets this year, despite guiding to a below consensus Q2 result and declining to outfight reaffirm guidance on the call, and we believe it is too early to adjust our estimate at this time. We also are maintaining our 2013 and 2014 estimates of $2.80 and $2.95, reflecting EPS growth of ~5.5%, but note the risk of potential downside, especially if meaningful sales growth does not materialize."

**"Off to a Slow Start," by Jonathan Arnold and Caroline Bone, Deutsche Bank, analyst report, 26 April 2012, p. 3.**

b.   *25 July 2012*

106. On 25 July 2012, Southern Company announced financial results for Q2 2012, provided earnings guidance for Q3 2012, and held a conference call with analysts and investors.[53] The Company reported EPS of $0.71, above the consensus estimate of $0.68 per share and above previous guidance of $0.65 per share.[54] Revenue was $4.18 billion, below the consensus estimate of $4.75 billion. The Company stated in its press release that the quarterly revenue miss was due to mild weather but that the "effect was partially offset by other retail revenue effects in the company's traditional business."[55]

107. On the conference call, the Company provided earnings guidance for Q3 2012 of $1.12 per share and reiterated its previous FY 2012 guidance of between $2.58 and $2.70 per share.[56] The Company also revised capital expenditure projections for FY 2012 and 2013, stating that:

---

[53] "Southern Company Reports Second Quarter Earnings; Company Encouraged By Residential Customer Growth," *PR Newswire*, 25 July 2012, 7:30 AM; "Q2 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 25 July 2012, 1:00 PM.

[54] "Southern Company Reports Second Quarter Earnings; Company Encouraged By Residential Customer Growth," *PR Newswire*, 25 July 2012, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[55] Southern Company, Form 8-K, dated 25 July 2012, Exhibit 99.01.

[56] "Q2 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 25 July 2012, 1:00 PM.

"[Art Beattie, CFO] Based on revised CapEx projections, our updated financing forecast no longer reflects the need to issue equity in 2012 or 2013. As a result, we plan to use the proceeds from stock option exercises for 2012 and 2013 to buy back the incremental shares issued."
**"Q2 2012 Southern Company Earnings Conference Call,"** *Thomson Reuters*, **conference call, 25 July 2012, p. 6.**

108. Analysts were impressed with the Company's cost management and surprisingly large customer growth, and the news on balance was received positively.

"The earnings call went better than we expected with management expressing a very confident tone surrounding their ability to achieve 2012 EPS guidance of $2.58-$2.70 despite LTM EPS of $2.46, which we had thought might put SO's guidance at risk. Mgmt also reiterated LT EPS growth expectations of 4-7%."
…
"With a lower three-year capital plan, SO is no longer expected to issue new equity in 2013 and intends to repurchase shares in the second half of 2012 to offset $314M in equity issuances YTD. We had previously expected the company to issue $500M in new equity in both 2012 and 2013."
**"Better Than We Expected," by Jonathan Arnold and Caroline Bone, Deutsche Bank, analyst report, 26 July 2012, p. 1.**

"Equity Issuance: Spending less capex, SO now does not need any new equity for '12/'13, adding $0.04-0.05 that offsets delays in enviro capex."
**"Good Quarter, Capex Shifted Out Curve," by Dan Eggers, et al., Credit Suisse, analyst report, 26 July 2012, p. 1.**

"2Q largely in-line with expectations. SO reported 2Q12 operating EPS of $0.69 a share versus $0.70 a share in last year's comparable period (F/D shares), higher than the $0.65 guidance, but marginally below UBSe and Street ($0.71 and $0.68, respectively). Rate relief, better-than-expected cost management, and customer growth were all positives, while unfavorable weather comps was the key drag in the quarter."
**"SO Consistency," by Jim von Riesemann, et al., UBS, analyst report, 26 July 2012, p. 1.**

"Southern reported second quarter operating earnings of $0.69 per share versus $0.71 per share in the second quarter of 2011. Earnings were slightly ahead of expectations. Earnings were negatively affected by near-normal weather during the second quarter when compared to the same time period last year in which weather was unusually warm. The negative weather comparison was partially offset by other retail revenue effects in the company's traditional business. Management noted SO added over 20,000 new residential customers in the first half of 2012, a figure greater than the company's estimate for the entire year."

**"Company reports solid second quarter results." by David Burks, Hilliard Lyons, analyst report, 25 July 2012, p. 1.**

c.      *5 November 2012*

109.    On 5 November 2012, Southern Company announced financial results for Q3 2012, provided earnings guidance for Q4 2012, and held a conference call with analysts and investors.[57] The Company reported revenues of $5.05 billion, below the consensus estimate of $5.97 billion, and EPS of $1.11, below the consensus estimate of $1.13 per share and below previous guidance of $1.12 per share.[58] The Company attributed the lower earnings to "milder- than- normal weather as compared to warmer- than- normal weather for the same period in 2011," and a slower than expected economy "due to uncertainty around the elections, the fiscal cliff and the slowing world economy."[59]

110.    During the conference call, The Company also provided Q4 2012 EPS guidance of $0.39 per share, which met the consensus estimate of $0.39 per share.[60]

111.    Analysts from Wells Fargo noted that the "most interesting aspect" of the Company's results was the decline in retail sales. Analysts at Macquarie focused on the "[s]luggish load growth" and its effects on the Company's long-term earnings potential. Analysts at

---

[57] "Southern Company third quarter earnings reflect mild weather, uncertain economy" *PR Newswire*, 5 November 2012, 7:30 AM; "Q3 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 5 November 2012, 11:00 AM.

[58] "Southern Company third quarter earnings reflect mild weather, uncertain economy" *PR Newswire*, 5 November 2012, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[59] Southern Company, Form 8-K, dated 5 November 2012, Exhibit 99.01.

[60] "Q3 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 5 November 2012, 11:00 AM; consensus estimates from Thomson Eikon.

Credit Suisse, Barclays, BMO, and Hillard Lyons also commented on their concerns around underlying sales trends.  Given this emphasis, the mix of news was on balance negative.

> "Perhaps the most interesting aspect of SO's Q3 report were comments around weather-normalized retail sales (residential -2.1% and industrial -1.9%). While 1H12 trends were positive, mgmt believes Q3 slowdown reflects 1) industrials taking pause given enormous uncertainty related to U.S. elections, the fiscal cliff and the global economy, and 2) change in method of estimating unbilled revenues given the full transition to automated meters (mgmt. thinks true w-n residential usage may have been flat in Q3)."
> **"SO: EPS Outlook Modestly Lowered Due To Economic Concerns," by Neil Kalton, et al., Wells Fargo, analyst report, 5 November 2012, p. 1.**

> "Sluggish load growth and upcoming rate cases should pressure SO"s long-term earnings growth which together with SO's capex concentration risk do not justify its current 13% PE premium vs. peers, in our view."
> **"Cone of Uncertainty," by Angie Storozynski, et al., Macquarie Research, analyst report, 6 November 2012, p. 1.**

> "SO mgmt continues to demonstrate how to effectively manage the business to market conditions, in this case, controlling O&M to mitigate the drag coming from below normal weather conditions. That said, we are somewhat concerned about the underlying sales trend with weather adjusted sales lagging across customers, which is an issue both for top line revenue help and justification for the significant capex program for new generation assets."
> **"3Q Flash: Slowing Economy Leans on Sales," by Dan Eggers, et al., Credit Suisse, analyst report, 5 November 2012, p. 1.**

> "The economy showed signs of stalling in 3Q12, reflecting uncertainty, according to SO, related to the elections, the "fiscal cliff," and global economic conditions; retail sales were off 1.4% on a weather-normalized basis."
> **"Economy Stalling as Uncertainty Lingers," by Barbara Coletti and Harsh Acharya, BMO Capital Markets, analyst report, 5 November 2012, p. 1.**

> "We are trimming our 2012 EPS estimate to $2.61 to reflect YTD results. At this time, we are maintaining our 2013-2014 estimates, although we note that should the economy remain sluggish in 2013, our estimates could be reduced to reflect sales growth below our current 1.3% estimate."
> **"Economy Stalling as Uncertainty Lingers," by Barbara Coletti and Harsh Acharya, BMO Capital Markets, analyst report, 5 November 2012, p. 1.**

"Total weather adjusted sales fell by 1.4% in the third quarter. Residential sales declined by 2.1%, while commercial sales declined slightly by 0.1%. However, industrial sales fell by 1.9% during the period. This is significant, in our view, as this marked the first time in several years in which industrial sales declined meaningfully in a quarter. Management cited uncertainty surrounding the elections, the fiscal cliff and the slowing world economy as possible reasons for the reduced growth in its service area."

**"Company Reports Solid Third Quarter Results Despite Difficult Environment. Maintain Neutral Rating." By David Burks, Hillard Lyons, analyst report, 7 November 2012, p. 1.**

### d. <u>30 January 2013</u>

112. On 30 January 2013, Southern Company announced financial results for Q4 2012 and Fiscal Year 2012, provided earnings guidance for Q1 2013 and Fiscal Year 2013, and held a conference call with analysts and investors.[61] For 4Q 2012, the Company reported revenues of $3.70 billion, below the consensus estimate of $4.54 billion, but EPS of $0.44, above the consensus estimate of $0.40 per share and above previous guidance of $0.39 per share for the quarter.[62] For the entire FY 2012, the Company reported revenues of $16.54 billion, below the consensus estimate of $17.47 billion, but EPS of $2.70, above the consensus estimate of $2.62 per share and above previous guidance of $2.63 per share for the year.[63] The Company explained that the quarterly and annual results were affected positively by non-fuel operations and maintenance expenses, and retail revenue effects, while being negatively impacted by weather.

"Earnings for the fourth quarter of 2012 and the full year were positively influenced by reduced non- fuel operations and maintenance expenses and by other retail revenue effects across Southern Company's traditional operating companies. Full- year 2012 earnings were negatively affected by significantly milder weather throughout the year as compared with 2011."

**Southern Company, Form 8-K, dated 30 January 2013, Exhibit 99.01.**

---

[61] "Southern Company earnings benefit from operating efficiencies" *PR Newswire*, 30 January 2013, 7:30 AM; "Q4 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 30 January 2013, 1:00 PM.

[62] "Southern Company earnings benefit from operating efficiencies" *PR Newswire*, 30 January 2013, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[63] Id.

113. During the conference call, the Company provided Q1 2013 guidance of $0.51 per share, above the consensus estimate of $0.47 per share.[64] FY 2013 EPS was guided to be in the range of $2.68 to $2.80 per share.[65] The consensus estimate of $2.78 per share for FY 2013 EPS was within, but near the high end of the guided range.[66]

114. Analyst commentary noted that while the Company's capital expenditure and other expenses were lower going forward, and EPS guidance was slightly higher as a result, the anticipated savings were a consequence of a weaker outlook in the Company's long-term growth.

> "Lower Growth Guidance on Lower CapEx Need. On the earning conference call management issued 2013 earnings per share guidance of $2.68-$2.80 versus current consensus estimates of $2.77. Management also lowered the upper end of the long term earnings per share growth forecast from 7% to 6%. The low end of the earnings per share growth guidance remained unchanged at 4%. The lower growth resulted from lower projected capital needs as a result of the final EPA pollution standards around mercury and toxics or MATS. The final MATS standards allowed for Southern to comply by only adding four baghouses to their coal fleet versus the originally projected 17 baghouses."
> **"Top End of LT Growth Guidance Lowered – Now 4%-6%; '13 Guidance $2.68-$2.80; Cost Cuts Drive Quarter," by Daniel Ford and Ross Fowler, Barclays, analyst report, 31 January 2013.**

> "Long-term EPS growth rate reduced; SO now an average growth utility Citing lower capex required to comply with EPA's MATs, SO lowered its LT EPS growth rate to 4-6% from 4-7% previously. Excluding capital earmarked for potential acquisitions at Southern Power, SO's new three-year plan is about $1B less than what we had projected for the 2013-2015 period and is down almost $4B from the three-year capital plan rolled out at this time last year."
> **"Growth rate trimmed despite an improving tone on economy," by Jonathan Arnold and Caroline Bone, Deutsche Bank, analyst report, 31 January 2013.**

---

[64] Id.

[65] "Q4 2012 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 30 January 2013, 1:00 PM.

[66] Consensus estimates obtained from Thomson Eikon.

"The company updated its long-term earnings growth rate to 4-6% versus a previous range of 4-7%. The primary driver for the lower growth rate was the result of less stringent Mercury and Air Toxics Standards (MATS) compliance. On the earnings call management stated that they were originally forecasting 17 bag houses in their CAPEX plan but the final rule will only require the company to install 4 bag houses. The company updated its CAPEX forecast which now includes no spending on coal-ash and cooling water (316b)."

**"Bagging 7%; Changing EPS Growth Rate to 4-6%," by Paul Fremont and Anthony Crowdell, Jefferies, analyst report, 31 January 2013.**

115. The announced financial results and forward guidance on 30 January 2013 were a mix of positive and negative news, and this mixed combination was reflected in analyst commentary.

*e.*     *24 April 2013*

116. On 24 April 2013, Southern Company announced financial results for Q1 2013, provided earnings guidance for Q2 2013, and held a conference call with analysts and investors.[67] The Company reported revenues of $3.90 billion, exceeding the consensus estimate of $3.76 billion, while EPS was $0.09, falling below the consensus estimate of $0.49 per share and below previous guidance of $0.51 per share.[68] On the conference call, the Company provided Q2 2013 EPS guidance of $0.68 per share, below the consensus estimate of $0.70 per share.[69]

117. The previous day, after the close of trading, the Company filed a Form 8-K where it provided a revised cost estimate for the Kemper Plant. The Company increased cost estimates from $2.88 billion, net of DOE grants and Cost Cap Exceptions, to approximately $3.42 billion, net of DOE grants and Cost Cap Exceptions.[70]

---

[67] "Southern Company reports first quarter earnings" *PR Newswire*, 24 April 2013, 7:30 AM; "Q1 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 24 April 2013, 1:00 PM.

[68] "Southern Company reports first quarter earnings" *PR Newswire*, 24 April 2013, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[69] "Q1 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 24 April 2013, 1:00 PM; consensus estimates obtained from Thomson Eikon.

[70] Southern Company, Form 8-K, dated 23 April 2013, Item 7.01.

118. The Company stated that the increase in cost estimate "reflects additional cost pressures, including labor costs, piping and other material costs, engineering and support costs, and productivity decreases."[71] As a result of this cost increase, the Company would reflect a pre-tax charge to income of $540 million in Q1 2013 financial statements.

119. On the conference call, the Company stated that startup activities at the Kemper Project were 40% complete, guided to no immediate issue of equity, and "remain[ed] committed to [their] annual guidance range and [their] long-term EPS growth target."[72] The Company did not give a percentage breakdown for the increase in costs at the Kemper Plant.

120. RBC analysts noted the negative implications of the increased costs for the Kemper Project and stated that "the additional overnight shift is required to finish the plant by the in service date." UBS analysts characterized the Company's discussion of the cost increase thusly: "Mgmt now sees higher pipe- and labor-related costs as it added addt'l shifts to meet its May '14 in-service target."[73] Wells Fargo analysts were "hopeful SO management has completely and accurately assessed the status of the Kemper project so that further timing and cost revisions are not necessary."[74]

> "Kemper IGCC Costs Rising by $540 Million. Southern improperly estimated the quantity of piping needed for the project and also opted to improve the quality of the piping to provide better long term reliability. The additional overnight shift is required to finish the plant by the in service date. The plant needs to be in service May 2014 to receive $133 million in investment tax credits."
> **"Maintain Outperform; Raise Price Target to $50," by Shelby Tucker and Ellen Ngai, RBC, analyst report, 25 April 2013, p. 1.**

---

[71] Southern Company, Form 8-K, dated 23 April 2013, Item 7.01.

[72] "Q1 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 24 April 2013, pp. 3,5.

[73] "Navigating Capital Investment Cycle," by Julien Dumoulin-Smith, et al., UBS, analyst report, 25 April 2013, p. 1.

[74] "SO: Modestly Lowering EPS Estimates–Reiterate Outperform," by Neil Kalton, et al., Wells Fargo, analyst report, 24 April 2013, p. 1.

"Mgmt made a decision to improve the quality of piping and also underestimated the amount of piping needed to finish the project. Also contributing to the higher construction costs is increased labor costs. The project is expected to be online in May 2014 and for the unit to be completed in that window a third shift had to be added. SO stated that productivity decreases have delayed the construction schedule."
**"Bad Pipe Dream," by Paul Fremont and Anthony Crodwell, Jefferies, analyst report, 25 April 2013, p. 1.**

"SO announced with 1Q results that MS Power's Kemper County IGCC total cost was now $3.42Bn, up $540 Mn, and that it would not be seeking rate recovery or securitization for the higher costs. Mgmt now sees higher pipe- and labor-related costs as it added addt'l shifts to meet its May '14 in-service target."
**"Navigating capital investment cycle," by Julien Dumoulin-Smith, et al., UBS, analyst report, 25 April 2013, p. 1.**

"SO's $333 MM after-tax charge for additional Kemper IGCC costs beyond those covered in the January settlement basically captures higher costs (piping) and more labor to meet the May 2014 in-service date. The charge covers costs associated with identified construction needs but still leaves some risk to higher costs as the different systems are coordinated to meet commercial in-service; concerns about higher costs will likely linger."
**"Long Shadows Take Time to Pass Over," by Dan Eggers, et al., Credit Suisse, analyst report, 25 April 2013, p. 1.**

*f.* *31 July 2013*

121. On 31 July 2013, Southern Company announced financial results for Q2 2013, provided earnings guidance for Q3 2013, and held a conference call with analysts and investors.[75] The Company reported revenues of $4.25 billion, below the consensus estimate of $4.30 billion, and EPS of $0.34, below the consensus estimate of $0.68 per share and below

---

[75] "Southern Company Reports Second Quarter Earnings," *PR Newswire*, 31 July 2013, 7:30 AM; "Q2 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 31 July 2013, 1:00 PM.

previous guidance of $0.68 per share.[76] On the conference call, the Company provided Q3 2013 EPS guidance of $1.13 per share, below the consensus estimate of $1.14 per share.[77]

122. The prior evening, on 30 July 2013, after the close of trading, the Company filed a Form 8-K where it further revised the cost estimate for the Kemper Plant. The Company increased cost estimates from approximately $3.42 billion, net of DOE grants and Cost Cap Exceptions, to approximately $3.87 billion, net of DOE grants and Cost Cap Exceptions.[78] The Company stated that the increase in costs "reflects additional cost pressures, including labor costs, piping and other material costs, engineering and support costs, start- up costs, and decreases in construction labor productivity."[79] As a result of this cost increase, the Company would reflect a pre-tax charge to income of $450 million in Q2 2013 financial statements.[80]

123. Prior to the conference call on 31 July 2013, analysts from UBS, Credit Suisse, and RBC issued preliminary reports making note that the 1PM conference call with management would follow. Credit Suisse analysts in their "Q2 Flash" were looking for "[d]iscussion of the additional $450 MM of cost overruns after the charge taken last quarter" at the Kemper Plant and answers to "[w]hat is risk of more over-runs and what are lessons learned for Vogtle?"[81] The UBS analysts issued a "First Read" report prior to the call in which they were looking for a discussion of "Kemper IGCC construction and cost update as well as discussion around continued use of parent ST debt to delay equity needs" in addition to an

---

[76] "Southern Company Reports Second Quarter Earnings," *PR Newswire*, 31 July 2013, 7:30 AM; consensus estimates obtained from Thomson Eikon.

[77] "Q2 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 31 July 2013, 1:00 PM; consensus estimates obtained from Thomson Eikon.

[78] Southern Company, Form 8-K, dated 30 July 2013, Item 7.01.

[79] Id.

[80] Id.

[81] "2Q Flash: Kemper Overruns Mar Results," by Dan Eggers, et al., Credit Suisse, analyst report, 31 July 2013.

"update on the recent Vogtle monitoring report, incl latest timeline, delaying schedule to 3Q17 for 1st unit."[82]

124.  At 1PM eastern time the Company began the conference call with investors. On the conference call, the Company stated an in-service date of May 14 was still "achievable." Regarding the increase in cost estimates, the Company explained that "half of this increase is for expected costs to achieve this schedule, which is centered on two key dates. The first gasifier heat-up in late December, and the in-service date of May 2014. About 30% of the increase is related to changes in materials, and the remaining 20% is related to additional project contingency."[83] The Company also stated that "factoring in the updated Kemper cost estimates, we have updated our financing plan to include approximately $520 million for the remainder of 2013, and approximately $600 million in 2014."[84] The conference call lasted until approximately 3:30 PM eastern.[85]

125.  Following the Company's conference call, six analysts published reports either after the close of trading on 31 July 2013 or the following day, 1 August 2013. Analyst commentary regarding the Kemper Plant, some excerpted below, was negative in those reports. For example, UBS analysts highlighted at the top of their report, "Kemper writeoff drives dilution, but keeping project on-schedule is key." They flagged management's "cautionary language around schedule (in-service is still on track for May '14); in particular, mgmt risks losing its $133M ITC and ~$40M/month cost if delayed."[86]

> "After reporting a $540M ($333M after-tax) loss on cost overruns related to the Kemper project in 1Q, Southern followed-up with a $450M ($278M after-tax) charge in 2Q (following an initial $160M cost overrun reported as of July 1st). This brings the 2013 overrun to a staggering $990M for the

---

[82] "First Read: Southern Company," by Julien Dumoulin-Smith and Andrew Gay, UBS, analyst report, 31 July 2013.

[83] "Q2 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 31 July 2013, p. 4.

[84] Id., p. 6.

[85] Audio transcript of the conference call was obtained from Bloomberg.

[86] "Cost Overruns, But Focus Turns to Delay," by Julien Dumoulin-Smith and Andrew Gay, UBS analyst report, 5 August 2013, p. 1.

novel plant design, incorporating effectively a coal chemical plant to gasify lignite coal atop a traditional CCGT plant, coupled with a partial carbon capture system. The drivers of the cost increases appears to be related to delays in the project and pressure to meet the in-service deadline of May 2014 as well as changes in materials. . . . we remain concerned as to Kemper's schedule, with both the risk of losing the project's Investment Tax Credit (ITC) eligibility if not in service on-time (May 2014), as well as associated funding costs of a project timeline delay (estimated at ~$40 M/month)."

**"Cost Overruns, But Focus Turns to Delay," by Julien Dumoulin-Smith and Andrew Gay, UBS analyst report, 5 August 2013, p. 2.**

"On July 30th after the close the company indicated that they would be taking a write-off in the second quarter of $450 million in addition to the $540 million write off already taken in the first quarter. The total cost for the plant is now estimated to be $3.87 Billion, or at 583MWs, around $6,600/kW. Management believes that the numbers are now fully scrubbed and this represents a best estimate of the costs associated with delivering the plant on time in May of 2014. The largest risks that remain in our view are the firing of the gasifier near year end, and meeting the May 2014 timeline. If the schedule slips beyond May of 2014 the plant will lose qualification for an investment tax credit of $133 million. Management did indicate that the new cost estimates do include about $100 million of contingencies. The higher costs at Kemper led directly to the company increasing the expected equity need through 2015 from previous estimates."

**"Kemper Write-off Leads to More Equity Thru 2015," by Daniel Ford and Ross Fowler, Barclays, analyst report, 1 August 2013, p. 3.**

"As a result of the Kemper County IGCC write-downs (see below) Southern has increased their 2013-14 equity needs by an estimated $700 million, which is estimated to negatively impact 2014 earnings by $0.04 per share and 2015 earnings by $0.06. . . . Kemper County IGCC Update – Southern management updated its cost estimate for the Kemper County IGCC and increased it by $278 million (after-tax) which now brings the total write-down associated with the project up to $611 million. As a result of the settlement agreement shareholders will fund all costs over the pre-approved cap ($2.88B). The driver for the increased estimate is primarily related to making sure the unit is completed in time to receive the investment tax credits. The current schedule has the first fire in the boiler in late August, steam turbine syncing to the grid in October and heating up the gasifier by year-end. The project is expected to be online in May 2014. . . . If the company were unable to complete the unit by May 2014 Southern risks losing approximately $133 million in investment tax credits. This impact is over a 30 year life of the project."

"Mississippi Burning," by Paul Fremont and Anthony Crowdell, Jefferies, analyst report, 1 August 2013, pp. 1 and 2.

g.    *30 October 2013*

126. On 30 October 2013, prior to the start of trading, the Company announced its financial results for Q3 2013.[87] The Company reported revenues of $5.02 billion, below the consensus estimate of $5.4 billion, and EPS of $0.97, below the consensus estimate of $1.11 per share and below previous guidance of $1.13 per share.

127. The prior evening, 29 October 2013, after the close of trading, the Company filed a Form 8-K where it revised the scheduled in-service date to 4Q 2014 due to "lower- than- planned installation levels for piping as well as abnormally wet weather."[88] The Company also revised the cost estimate for the Kemper Plant from approximately $3.87 billion, net of DOE grants and Cost Cap Exceptions, to approximately $4.02 billion, net of DOE grants and Cost Cap Exceptions.[89] The Company explained that the increase in costs "reflects costs related to the schedule extension, including contingency."[90] As a result of this cost increase, the Company would record a pre-tax charge to income of $150 million in Q3 2013 financial statements.[91]

128. Prior to the conference call, UBS and KeyBanc, analysts published reports noting that the Company would hold a conference call at 1PM. In the UBS "First Read" report, the analysts pointed to "potential conference call topics" as including a discussion of "equity considerations and total tax impacts (at least $133 Mn) following Kemper increase."[92] The

---

[87] Southern Company, Form 8-K, dated 30 October 2013, Exhibit 99.01; "Q3 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, conference call, 30 October 2013.

[88] Southern Company, Form 8-K, dated 29 October 2013, Item 7.01.

[89] Id.

[90] Id.

[91] Id.

[92] "Kemper Delays Continue," by Julien Dumoulin-Smith, UBS, analyst report, 30 October 2013, p. 1.

KeyBanc "Quick Alert" report anticipated a focus of the conference call would be "Update on potential further Kemper County IGCC plant costs."[93]

129. At 1PM eastern, the Company held a conference call with investors and provided earnings guidance for Q4 2013 of $0.44 per share and indicated that FY 2013 guidance would be at the low end of its previous guidance range of between $2.68 and $2.80 per share. The Company's Q4 2013 guidance was below consensus estimates of $0.45 per share. The Company also responded to the KeyBanc analyst's question regarding how the Kemper charge would impact "equity needs into 2014 and 2015" by maintaining that "we don't expect that they'll change from what we outlined on the last call. $700 million this year, $600 million next and then 2015 will be dependent on other Southern Power projects, or whatever. But right now, we may not see any need in 2015 or 2016. But we're still maintaining a target 44% equity ratio."[94]

130. Following the Company's conference call, seven analysts published reports either after the close of trading on 30 October 2013 or the following day. Analyst commentary in those reports regarding the Kemper Plant was negative.

> "[C]onstruction cost overruns at the Mississippi IGCC project, new nuclear construction risk and slowing rate base growth over the next 3-5 years have made the SO story less attractive, in our view, relative to many other low risk regulated utilities. As such, we believe a roughly in-line valuation is appropriate until SO's risk profile decreases and/or the EPS growth rate accelerates."
> **"SO: Downgrading To Market Perform–EPS Outlook Lowered," by Neil Kalton, et al., Wells Fargo, analyst report, 31 October 2013, p. 1.**

> "Kemper delayed to 4Q14; cost impact above expectations. Separately, on Tuesday night, SO released their November status update for the Kemper IGCC project. Early this month, SO announced that they no longer expected to meet their targeted May 2014 in-service date which required the return of certain tax credits. Our initial interpretation of SO's comments at the time was that the delay was primarily due to wet weather and that the cost impact of the delay might very well be less than the

---

[93] "SO - Quick Alert: 3Q13 Results Miss Due to Milder Weather," by Paul T. Ridzon, KeyBanc, analyst report, 30 October 2013, p. 1.

[94] "Q3 2013 Southern Company Earnings Conference Call," *Thomson Reuters*, 30 October 2013, p. 16.

$15M-$25M/month cost estimate previously disclosed. In their new update (which disclosed a 4Q14 in-service date) and on the call yesterday, both items seemed to be addressed differently. On the reason for the delay, the new update cited lower-than-planned installation levels for piping as well as wet weather, which seemed to be a shift from the prior disclosure which had emphasized primarily weather. On cost, SO disclosed a $150M expected impact, which translates to $25/month assuming a 6-month delay (May to November would be consistent with the new 4Q14 in-service date). …We are lowering our premium valuation adder for SO to 7% from 10% (after a reduction from 13% after Q2) reflecting further problems at Kemper and the near-term concerns over a change to the long-term earnings growth rate."
**"When Will The Rain Stop?" by Jonathan Arnold and Lauren Duke, Deutsche Bank, analyst report, 31 October 2013, pp. 2, 3.**

"On 10/28 management indicated that due to lower installation levels of piping and historically wet weather in Q3 '13 that the in-service date would be delayed until 4Q '14. The risk premium will remain elevated as we believe investors will continue to be concerned about tail risks related to Vogtle and Kemper, and lower earnings growth potential in the near term."
**"Q3 Miss $1.08; Higher Kemper Costs," by Daniel Ford and Ross Fowler, Barclays, analyst report, 30 October 2013, p. 1.**

"Kemper cost increases remain a drag on earnings and more importantly, sentiment with the $100 MM of contingencies hoped to be enough buffer until the plant is completed in late 2014."
**"3 More Months Until a Growth Rate," by Dan Eggers, et al., Credit Suisse, analyst report, 31 October 2013, p. 1.**

### 3.   Isolating the Impact of Company-Specific Information

131.  Event study analysis determines how much of the Company's stock return following each of the events was driven by Company-specific information as opposed to market and sector factors.

132.  The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of Southern Company's stock typically behaved in relation to the overall stock market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by the market and sector factors. The portion of the stock return that is apportioned to market and sector factors is called the explained return.

133. The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and sector effects.

134. I ran a regression modeling the return of Southern Company's common stock as a function of: 1) a constant term, 2) the returns of the overall stock market, and 3) a sector index return.[95]

135. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

136. For the sector factor, I used the same index that Southern Company identified as representative of its sector. In its proxy statements, Southern Company compared its performance to the Standard & Poor's Electric Utility Index.[96] I excluded Southern Company in my reconstruction of the index (the "Sector Index"). I constructed the Sector Index as a market capitalization-weighted index, the same as the original Standard & Poor's Electric Utility Index. The Sector Index appropriately incorporates payments of dividends by the constituent companies.[97]

137. All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis. Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[98]

---

[95] Due to the apparent presence of heteroscedasticity, I also ran the regression and tested for statistical significance applying the Newey-West correction, which corrects for heteroscedasticity. The qualitative results and conclusions reported herein are robust to this treatment. (*See*, "A Simple, Positive Semi-definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," *Econometrica*, by Whitney Newey, Kenneth West, 1987, 55, pp. 703–708).

[96] Southern Company, Form DEF-14A, filed 12 April 2013, E-ii and Southern Company, Form DEF-14A, filed 13 April 2012, Appendix-iii.

[97] Because the Standard & Poor's Electric Utility Index is a capitalization-weighted price index dividends were not included in calculating index levels. The Constituents were obtained from CRSP.

[98] Appendix-2 presents the mathematical formula for the logarithmic return and a discussion of the measure.

138. Southern Company's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents Market Index and Sector Index data.

139. I ran the regression on daily returns covering the start of the Class Period on 25 April 2012 through the last day of the Class Period, 30 October 2013 ("Estimation Period"). I used dummy (indicator) variables to control for potentially abnormal returns on the subject event dates of the event study. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.

140. Other potentially important news dates that were not earnings announcement event dates were treated as ordinary dates in the regression estimation, and not excluded with dummy variables.  This treatment is conservative with respect to testing the selected event dates for statistical significance, as this approach, if anything, would skew measurement of ordinary background volatility higher, potentially obscuring price reaction to information among price movement seemingly attributable to volatility.

141. The choice of using the Class Period for the regression Estimation Period is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar in** *Litigation Services Handbook: The Role of the Financial Expert***, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19.5.**

142. The regression results are presented in Exhibit-6.

143. I computed the explained portion of Southern Company's stock return on each event date by adding: 1) the estimated regression intercept term, 2) the respective day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the respective day's Sector Index return multiplied by the Sector Index coefficient estimated by the regression. I then computed the residual return for each event date by subtracting the explained return from the actual return.

### 4.      *t*-Test

144. I initially examined each event using a single-day event window. For each event, a statistical test called a *t*-test was conducted to determine whether the residual return of Southern Company stock was statistically significant. Statistical significance means that the event return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility, but alternatively must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to the typical residual returns and volatility exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return is statistically significant.[99]

145. The results of the event study are presented below and summarized in Exhibit-7.

### B.      Event Study Results

### 1.      Event Study Result: 25 April 2012

146. On 25 April 2012, Southern Company's stock declined 0.85% (on a logarithmic return basis). The Market Index return that day was 1.37%, and the Sector Index return was 0.55%. Based on the regression model, the explained return on Southern Company stock was 0.49%. The difference between the actual return of -0.85% and the explained return of 0.49% is a residual return of -1.34%.

147. A residual return of -1.34% is an unusually large one-day decline for Southern Company stock. That residual return is associated with a *t*-statistic value of -3.37, which indicates that the residual decline was too severe to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is 0.08%. Therefore, the stock return is deemed statistically

---

[99] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant.

significant. The confidence level associated with this finding of statistical significance exceeds 95%.

### 2.      Event Study Result: 25 July 2012

148. On 25 July 2012, Southern Company's stock increased 0.61% (on a logarithmic return basis). The Market Index return that day was 0.07%, and the Sector Index return was -0.36%. Based on the regression model, the explained return on Southern Company stock was -0.32%. The difference between the actual return of 0.61% and the explained return of -0.32% is a residual return of 0.93%.

149. A residual return of 0.93% is an unusually large one-day increase for Southern Company stock. That residual return is associated with a $t$-statistic value of 2.33, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is 2.03%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 95%.

### 3.      Event Study Result: 5 November 2012

150. On 5 November 2012, Southern Company's stock declined 2.54% (on a logarithmic return basis). The Market Index return that day was 0.22%, and the Sector Index return was -1.75%. Based on the regression model, the explained return on Southern Company stock was -1.47%. The difference between the actual return of -2.54% and the explained return of -1.47% is a residual return of -1.08%.

151. A residual return of -1.08% is an unusually large one-day decline for Southern Company stock. That residual return is associated with a $t$-statistic value of -2.70, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is 0.73%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 95%.

### 4.    Event Study Result: 30 January 2013

152. On 30 January 2013, Southern Company's stock declined 0.20% (on a logarithmic return basis). The Market Index return that day was -0.39%, and the Sector Index return was 0.004%. Based on the regression model, the explained return on Southern Company stock was -0.03%. The difference between the actual return of -0.20% and the explained return of -0.03% is a residual return of -0.17%.

153. A residual return of -0.17% is associated with a *t*-statistic value of -0.42, which is not over the threshold for statistical significance at the 95% confidence level. As explained above, given the mix of information made available to the market that day, comprising positive and negative news (the Company's capital expenditures were lower going forward and EPS guidance was slightly increased as a result, but such cost savings were a consequence of a weak outlook in the Company's long-term growth), a non-statistically significant residual return is consistent with market efficiency.

### 5.    Event Study Result: 24 April 2013

154. On 24 April 2013, Southern Company's stock price declined 1.28% (on a logarithmic return basis). The Market Index return that day was 0.22%, and the Sector Index return was 0.57%. Based on the regression model, the explained return on Southern Company stock was 0.46%. The difference between the actual return of -1.28% and the explained return of 0.46% is a residual return of -1.74%.

155. A residual return of -1.74% is an unusually large one-day decline for Southern Company stock. That residual return is associated with a *t*-statistic value of -4.38, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is 0.002%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 95%.

### 6.      Event Study Result: 31 July 2013

156. By the close on 31 July 2013, Southern Company's stock price had declined 1.29% (on a logarithmic return basis). The Market Index return for that day was 0.02% and the Sector Index return was -0.95%. Based on the regression model, the explained portion of the return on Southern stock was -0.81%. The difference between the actual return of -1.29% and the explained return of -0.81% is a residual return of -0.48%.

157. The residual return of -0.48% is associated with a *t*-statistic value of -1.19, which indicates that the stock price decline, while sizable, is not statistically significant at the 95% confidence level.

158. In interpreting this single-day statistical result, important considerations include the timing of the Company's conference call on 31 July 2013, which ended approximately in the last hour of trading, and the fact that most analysts consequently held up publication of their reports until the market closed or even the next day so as to incorporate the information discussed in the conference call. The nature of the news, being surprising and complex, coupled with the empirical fact that most analysts published their reports the next day, indicate that this was the type of news event that reasonably would take an efficient market into the next trading day to fully digest. These facts compelled examination of the Southern stock price behavior on the next day, 1 August 2013, as well as 31 July 2013, to ascertain whether the stock price reacted to the information provided.

159. The use of both single day and multi-day event windows is appropriate in an event study and is grounded in the finance literature. Published empirical studies commonly examine event windows longer than one day and run "cumulative event studies" on multi-day windows. In fact, one of the first published event studies, conducted by recognized leaders in academic finance, including Nobel laureate Eugene Fama, was a multi-day cumulative event study.[100] Other references to the common examination of multi-day event windows include:

---

[100]  "The Adjustment of Stock Prices to New Information," by Eugene Fama, Lawrence Fisher, Michael Jensen, and Richard Roll, *International Economic Review*, 1969.

"In securities fraud cases, many experts have adopted the convention of looking at one-day, two-day, or five-day periods following an announcement."

**"Materiality and Magnitude: Event Studies in the Courtroom," David I. Tabak and Frederick C. Dunbar in *Litigation Services Handbook, The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19.4.**

"The initial task of conducting an event study is to define the event of interest and identify the period over which the security prices of the firms involved in this event will be examined – the event window. For example, if one is looking at the information content of an earnings with daily data, the event will be the earnings announcement and the event window will include the one day of the announcement. It is customary to define the event window to be larger than the specific period of interest. This permits examination of periods surrounding the event. In practice, the period of interest is often expanded to multiple days, including at least the day of the announcement and the day after the announcement."

**"Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature*, March 1997, pp. 14-15.**

160. In a cumulative event study, the threshold for statistical significance increases as the length of the event window is increased. Therefore, the necessary price reaction to prove significance for a multi-day event is considerably higher than that required for a one-day event window.

161. For Southern Company stock, over the two day interval of 31 July 2013 through 1 August 2013, the stock price declined 1.25% (on a logarithmic return basis). The Market Index return for that period was 1.24% and the Sector Index return was -0.11%. Based on the regression model, the explained portion of the two-day return on Southern Company stock was -0.08%. The difference between the actual two-day return of -1.25% and the explained two-day return of -0.08% is a residual two-day return of -1.16%.[101]

162. The two-day residual return of -1.16% from 31 July 2013 – 1 August 2013 is associated with a *t*-statistic value of -2.07. The likelihood of obtaining a residual return of this magnitude as a result of random volatility alone is only 3.91% indicating that the decline in

---

[101] Apparent mathematical discrepancy due to rounding.

the price of Southern Company stock was statistically significant over these two days. The confidence level associated with this finding of statistical significance exceeds 95%.

### 7.    Event Study Result: 30 October 2013

163.  On 30 October 2013, Southern Company's stock price declined 1.16% (on a logarithmic return basis). The Market Index return for that period was -0.57% and the Sector Index return was -0.32%. Based on the regression model, the explained portion of the return on Southern Company stock was -0.31%. The difference between the actual return of -1.16% and the explained return of -0.31% is a residual return of -0.85%.

164.  A residual return of -0.85% is an unusually large one-day decline for Southern Company stock. That residual return is associated with a *t*-statistic value of -2.13, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is 3.34%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 95%.

165.  However, the import, dissemination pattern, and analyst commentary surrounding the information disclosed on this day is similar to the flow of information around the 31 July 2013 earnings announcement, for which I also analyzed the stock price reaction on a two-day basis. For this reason, I examined the stock price behavior of Southern stock following the 30 October 2013 earnings announcement over both one-day and two-day windows.

166.  Over the two-day period, 30-31 October 2013, Southern Company's stock price declined 2.32% (on a logarithmic return basis). The Market Index return for that period was -0.92% and the Sector Index return was -0.85%. Based on the regression model, the explained portion of the return on Southern Company stock was -0.79%. The difference between the actual return of -2.32% and the explained return of -0.79% is a residual return of -1.53%.

167.  The two-day residual return of -1.53% over 30-31 October 2013 is associated with a *t*-statistic value of -2.72. The likelihood of obtaining a residual return of this magnitude as a result of random volatility alone is 0.68% indicating that the two-day decline in the price of Southern Company stock was statistically significant. The confidence level associated with this finding of statistical significance exceeds 95%.

### C.      Event Study Summary

168.   The event study shows that across single-day event windows, the stock price reactions to five of the Company's seven earnings announcements during the Class Period were statistically significant. In addition, the two-day reaction following the 31 July 2013 earnings announcement was also significant. The 30 October 2013 earnings announcement elicited a stock price reaction that was significant over both one-day and two-day windows. In sum, there were statistically significant stock price reactions following six of the seven earnings announcement events. The one earnings announcement event that did not elicit a statistically significant price reaction comprised decidedly mixed news, so a non-significant price reaction is consistent with market efficiency.

169.   These event study results demonstrate a consistent cause and effect relationship between new, unexpected, valuation-relevant information and significant reactions in the market price of Southern Company stock. These findings, in concert with the other *Cammer* and *Krogman* factors, are compelling proof that Southern Company stock traded in an efficient market over the course of the Class Period.


## VIII.      MARKET EFFICIENCY SUMMARY

170.   Southern Company stock traded on the NYSE, and numerous market makers facilitated trading in the stock. The Company was widely covered by analysts and the news media. Institutional ownership of Southern Company stock was widespread, and trading was active. Market capitalization and float were high. The stock's bid-ask spread was narrow. Current and historical financial information about the Company was readily available to investors and analysts. The Company was eligible for S-3 registration throughout the Class Period.

171.   The empirical tests prove that there was a cause and effect relationship between new, Company-specific information, and movements in the price of Southern Company stock. Southern Company stock thus satisfied the empirical *Cammer* factor, demonstrating market efficiency.

172.   Given these facts, I conclude that Southern Company stock traded in an efficient market over the course of the Class Period.

IX.    **COMMON DAMAGE METHODOLOGY**

173.  Counsel for Plaintiffs also asked me to opine on whether per share damages could be measured for each Class member under Section 10(b) of the Exchange Act using a common methodology for all Class members.

174.  It should be noted that I have not conducted a loss causation analysis at this time and reserve the right to address such issues at the appropriate stage. The loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

175.  The out-of-pocket damage methodology discussed herein can be applied commonly for all Class members.  This methodology allows the calculation of individual and class-wide damages stemming from various alleged misrepresentations and omissions and therefore will accommodate alternative potential determinations of liability. Economic analyses (including valuation and empirical event study analysis) can be used to estimate the relationship between specific statements or sets of statements and the subsequent effect on prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, class-wide damages in response to the specific misrepresentations and omissions ultimately established by the Plaintiffs can be calculated in a straightforward manner common to all Class members.

176.  Out-of-pocket damages can be measured as the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale taking into account formulaic prescriptions in relevant case law and statutes. To the extent that there are specific issues complicating the quantification of artificial inflation and damages encountered due to the unique facts and circumstances of this case, the standard tools of valuation and attribution analysis can be applied to measure inflation and damages caused by the alleged misrepresentations and omissions according to Plaintiffs' theory of liability. Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages. Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are for example: valuation multiple models, such as those based on earnings, EBITDA, revenue, book value, and cash flow; discounted cash

flow models (DCF); return attribution analysis; and the literature regarding valuation effects of factors such as reputation and quality of accounting. In addition, forensic analysts have the added benefit of event study analysis, which quantifies price effects when information did reach the market.

177. Assuming a verdict for the Plaintiffs on the allegations of fraud, Section 10(b) per share damages, respectively for each investor and security, can be measured as follows:

    i. First, valuation tools, which would include event study analysis such as that described herein, and potentially other empirical analyses if necessary, would be used to establish that the disclosure(s), correcting the alleged misrepresentations and omissions, caused the price of Southern Company stock to fall. This analysis, after controlling for potentially non-fraud-related information, would establish that the alleged misrepresentations and omissions had caused the stock price to be artificially inflated, and that the corrective disclosure(s) caused the inflation to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis.

    ii. Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of Southern Company stock on each day during the Class Period. An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been full disclosure from the outset of the Class Period. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools and models. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for

stock prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis.

iii.   Third, the measure of per share damages generally applied in 10(b)-5 cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss) that was caused by corrective disclosures. That is, for each Class member, per share damages would be calculated as the difference between the inflation on the date the shares were purchased and the inflation on the date those same shares were subsequently sold, excluding any inflation dissipation caused by factors other than corrective disclosure. Per share damages are also limited, however, to be no greater than the decline in share price over the holding period, which is the investment loss actually sustained. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. § 78u-4(e)), for any shares sold during the 90-day period after the end of the Class Period, per share damages would be calculated as the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss), or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price from the final corrective disclosure date to the sale date. Also, pursuant to the PSLRA, for any shares held 90 days or more beyond the final corrective disclosure, damages would equal the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price over the 90 days following the final corrective disclosure. The calculation of each Class member's damages would be a mechanical arithmetical exercise, conducted the same way for all Class members, applying the results of the Class-wide analyses described above to each Class member's trading data.

178.   Consequently, each Class member's damages under Section 10(b) can be computed in the same way, applying this common methodology to all Class members, using readily

available daily pricing information, in accordance with widely used and generally accepted methodologies and the PSLRA.

179. I have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class, and such calculations will likely depend, in part, on the completion of discovery. However, the methodology described above is generally accepted and widely used for calculating damages under Section 10(b) consistently on a Class-wide basis in securities class actions.

X.     **LIMITING FACTORS AND OTHER ASSUMPTIONS**

180. This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

Steven P. Feinstein, Ph.D., CFA

XI.   **APPENDIX: LOGARITHMIC RETURNS**

A-1.   Logarithmic returns, rather than percent change returns are commonly used in security return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:

        $R_t$ is the logarithmic return on day t;
        $P_t$ is the security price at the end of day t;
        $P_{t-1}$ is the security price from the previous day, day t-1;
        $d_t$ is the dividend on day t, if any.

A-2.   The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:

        $DR_t$ is the dollar return on day t;
        $P_{t-1}$ is the security price from the previous day, day t-1;
        e is natural e (approximately 2.7);
        $R_t$ is the logarithmic return on day t.

A-3.   If a security falls from \$20 to \$18, the percent change in price is -10%, equal to the \$2 decline divided by the original \$20 price. The logarithmic return, however, is -10.54%, equal to ln(\$18/\$20).

A-4.   The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.   An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**Exhibit-1**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- Consolidated Complaint for Violation of the Federal Securities Laws, filed 12 June 2017.
- Order on Defendants' Motion to Dismiss, filed 29 March 2018.
- Order on Defendants' Motion for Reconsideration and Motion for Certification and Stay Pending Appeal, filed 10 August 2018.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles (4,883) from 25 April 2011 to 30 October 2014, downloaded using the following search parameters: Sources Field: All Subjects; Company: Southern Company Inc.; All Subjects; All Industries; All Regions.

## ANALYST REPORTS

- BMO Capital Markets, 25 April 2012.
- Credit Suisse, 25 April 2012.
- KeyBanc Capital, 25 April 2012.
- UBS, 25 April 2012.
- Wells Fargo Securities, 25 April 2012.
- Barclays, 26 April 2012.
- Credit Suisse, 26 April 2012.
- Deutsche Bank, 26 April 2012.
- Hilliard Lyons, 26 April 2012.
- Jefferies, 26 April 2012.
- RBC Capital Markets, 26 April 2012.
- S&P Capital IQ, 26 April 2012.
- Suntrust Robinson Humphrey Capital, 26 April 2012.
- S&P Capital IQ, 27 April 2012.
- Jefferies, 15 May 2012.
- J.P. Morgan, 21 May 2012.
- Credit Suisse, 11 June 2012.
- Deutsche Bank, 13 June 2012.
- Hilliard Lyons, 19 June 2012.
- Wells Fargo Securities, 25 June 2012.
- BMO Capital Markets, 25 July 2012.
- Credit Suisse, 25 July 2012.

**Exhibit-1**

**Documents and Other Information Considered**

- Hilliard Lyons, 25 July 2012.
- KeyBanc Capital, 25 July 2012.
- Macquarie, 25 July 2012.
- RBC Capital Markets, 25 July 2012.
- S&P Capital IQ, 25 July 2012.
- UBS, 25 July 2012.
- Wells Fargo Securities, 25 July 2012.
- Barclays, 26 July 2012.
- Credit Suisse, 26 July 2012.
- Deutsche Bank, 26 July 2012.
- Jefferies, 26 July 2012.
- KeyBanc Capital, 26 July 2012.
- Suntrust Robinson Humphrey Capital, 26 July 2012.
- UBS, 26 July 2012.
- S&P Capital IQ, 27 July 2012.
- Wells Fargo Securities, 02 August 2012.
- BMO Capital Markets, 10 August 2012.
- Credit Suisse, 14 August 2012.
- Suntrust Robinson Humphrey Capital, 24 August 2012.
- UBS, 04 September 2012.
- Credit Suisse, 01 October 2012.
- Wells Fargo Securities, 15 October 2012.
- Barclays, 05 November 2012.
- BMO Capital Markets, 05 November 2012.
- Credit Suisse, 05 November 2012.
- KeyBanc Capital, 05 November 2012.
- UBS, 05 November 2012.
- Wells Fargo Securities, 05 November 2012.
- Credit Suisse, 06 November 2012.
- Deutsche Bank, 06 November 2012.
- Jefferies, 06 November 2012.
- Macquarie, 06 November 2012.
- RBC Capital Markets, 06 November 2012.
- Suntrust Robinson Humphrey Capital, 06 November 2012.
- Hilliard Lyons, 07 November 2012.
- RBC Capital Markets, 08 November 2012.
- S&P Capital IQ, 20 November 2012.
- The Williams Capital Group, 04 January 2013.
- BMO Capital Markets, 25 January 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Credit Suisse, 25 January 2013.
- KeyBanc Capital, 25 January 2013.
- Suntrust Robinson Humphrey Capital, 25 January 2013.
- UBS, 25 January 2013.
- Wells Fargo Securities, 25 January 2013.
- Jefferies, 28 January 2013.
- BMO Capital Markets, 30 January 2013.
- Credit Suisse, 30 January 2013.
- RBC Capital Markets, 30 January 2013.
- RBC Capital Markets, 30 January 2013.
- UBS, 30 January 2013.
- Wells Fargo Securities, 30 January 2013.
- Barclays, 31 January 2013.
- Deutsche Bank, 31 January 2013.
- Hilliard Lyons, 31 January 2013.
- Jefferies, 31 January 2013.
- Suntrust Robinson Humphrey Capital, 31 January 2013.
- S&P Capital IQ, 01 March 2013.
- Wells Fargo Securities, 06 March 2013.
- Barclays, 24 April 2013.
- BMO Capital Markets, 24 April 2013.
- Credit Suisse, 24 April 2013.
- Deutsche Bank, 24 April 2013.
- KeyBanc Capital, 24 April 2013.
- Macquarie, 24 April 2013.
- RBC Capital Markets, 24 April 2013.
- UBS, 24 April 2013.
- Wells Fargo Securities, 24 April 2013.
- Credit Suisse, 25 April 2013.
- Hilliard Lyons, 25 April 2013.
- Jefferies, 25 April 2013.
- RBC Capital Markets, 25 April 2013.
- Suntrust Robinson Humphrey Capital, 25 April 2013.
- UBS, 25 April 2013.
- RBC Capital Markets, 10 May 2013.
- S&P Capital IQ, 30 May 2013.
- S&P Capital IQ, 31 May 2013.
- RBC Capital Markets, 03 June 2013.
- Jefferies, 14 June 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- RBC Capital Markets, 30 June 2013.
- Credit Suisse, 01 July 2013.
- Deutsche Bank, 02 July 2013.
- RBC Capital Markets, 11 July 2013.
- RBC Capital Markets, 12 July 2013.
- Jefferies, 19 July 2013.
- BMO Capital Markets, 31 July 2013.
- Credit Suisse, 31 July 2013.
- KeyBanc Capital, 31 July 2013.
- RBC Capital Markets, 31 July 2013.
- UBS, 31 July 2013.
- Barclays, 01 August 2013.
- Deutsche Bank, 01 August 2013.
- Hilliard Lyons, 01 August 2013.
- Jefferies, 01 August 2013.
- Suntrust Robinson Humphrey Capital, 01 August 2013.
- RBC Capital Markets, 02 August 2013.
- UBS, 05 August 2013.
- Credit Suisse, 13 August 2013.
- Wells Fargo Securities, 26 August 2013.
- S&P Capital IQ, 05 September 2013.
- Morningstar Thematic Research, 02 October 2013.
- Deutsche Bank, 03 October 2013.
- Barclays, 04 October 2013.
- Jefferies, 23 October 2013.
- Morningstar Credit Research, 29 October 2013.
- UBS, 30 October 2013.
- KeyBanc Capital, 30 April 2014.
- UBS, 30 April 2014.
- Wells Fargo Securities, 30 April 2014..

**SEC FILINGS**

- Alabama Power Company, Form 8-K, filed 27 April 2011.
- The Southern Company, Form 10-Q, for the quarterly period ended 31 March 2011, filed 6 May 2011.
- The Southern Company, Form DEFA14A, filed 18 May 2011.
- The Southern Company, Form S-8, filed 3 June 2011.
- The Southern Company, Form S-8, filed 3 June 2011.

**Exhibit-1**

**Documents and Other Information Considered**

- The Southern Company, Form 11-K, for the fiscal year ended 31 December 2010, filed 7 June 2011.
- Alabama Power Company, Form 8-K, filed 13 July 2011.
- Mississippi Power Company, Form 8-K, filed 26 July 2011.
- Alabama Power Company, Form 8-K, filed 27 July 2011.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 June 2011, filed 5 August 2011.
- The Southern Company, Form 424B5, filed 16 August 2011.
- The Southern Company, Form FWP, filed 16 August 2011.
- The Southern Company, Form 424B2, filed 17 August 2011.
- The Southern Company, Form 8-K, filed 24 August 2011.
- Alabama Power Company, Form 8-K, filed 26 October 2011.
- The Southern Company, Form 8-K, filed 26 October 2011.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 September 2011, filed 7 November 2011.
- Alabama Power Company, Form 8-K, filed 25 January 2012.
- Georgia Power Company, Form 8-K, filed 10 February 2012.
- The Southern Company, Form 10-K, for the fiscal year ended 31 December 2011, filed 24 February 2012.
- The Southern Company, Form S-3ASR, filed 27 February 2012.
- The Southern Company, Form S-3ASR, filed 28 February 2012.
- The Southern Company, Form S-8, filed 29 February 2012.
- The Southern Company, Form FWP, filed 5 March 2012.
- Mississippi Power Company, Form 8-K, filed 16 March 2012.
- The Southern Company, Form DEF_14A, filed 13 April 2012.
- The Southern Company, Form DEFA14A, filed 16 April 2012.
- The Southern Company, Form DEFA14A, filed 17 April 2012.
- Alabama Power Company, Form 8-K, filed 25 April 2012.
- Mississippi Power Company, Form 8-K, filed 25 April 2012.
- The Southern Company, Form PX14A6G, filed 2 May 2012.
- The Southern Company, Form 10-Q, for the quarterly period ended 31 March 2012, filed 7 May 2012.
- The Southern Company, Form 11-K, for the fiscal year ended 31 December 2011, filed 6 June 2012.
- Alabama Power Company, Form 8-K, filed 25 July 2012.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 June 2012, filed 6 August 2012.
- Alabama Power Company, Form 8-K, filed 5 November 2012.

**Exhibit-1**

**Documents and Other Information Considered**

- The Southern Company, Form 10-Q, for the quarterly period ended 30 September 2012, filed 7 November 2012.
- The Southern Company, Form 8-K, filed 11 December 2012.
- The Southern Company, Form 8-K, filed 7 January 2013.
- Mississippi Power Company, Form 8-K, filed 25 January 2013.
- Alabama Power Company, Form 8-K, filed 30 January 2013.
- The Southern Company, Form 8-K, filed 12 February 2013.
- The Southern Company, Form 10-K, for the fiscal year ended 31 December 2012, filed 28 February 2013.
- Mississippi Power Company, Form 8-K, filed 6 March 2013.
- The Southern Company, Form 8-K, filed 8 March 2013.
- The Southern Company, Form PRE_14A, filed 22 March 2013.
- The Southern Company, Form DEF_14A, filed 12 April 2013.
- Mississippi Power Company, Form 8-K, filed 23 April 2013.
- Alabama Power Company, Form 8-K, filed 24 April 2013.
- The Southern Company, Form 10-Q, for the quarterly period ended 31 March 2013, filed 10 May 2013.
- The Southern Company, Form 8-K, filed 3 June 2013.
- The Southern Company, Form 11-K, for the fiscal year ended 31 December 2012, filed 6 June 2013.
- Georgia Power Company, Form 8-K, filed 28 June 2013.
- Mississippi Power Company, Form 8-K, filed 1 July 2013.
- Mississippi Power Company, Form 8-K, filed 30 July 2013.
- Alabama Power Company, Form 8-K, filed 31 July 2013.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 June 2013, filed 6 August 2013.
- The Southern Company, Form 424B5, filed 21 August 2013.
- The Southern Company, Form FWP, filed 21 August 2013.
- Alabama Power Company, Form 8-K, filed 21 August 2013.
- The Southern Company, Form 424B2, filed 22 August 2013.
- The Southern Company, Form 424B2, filed 23 August 2013.
- The Southern Company, Form 8-K, filed 26 August 2013.
- The Southern Company, Form 8-K, filed 27 August 2013.
- Mississippi Power Company, Form 8-K, filed 2 October 2013.
- Mississippi Power Company, Form 8-K, filed 29 October 2013.
- Alabama Power Company, Form 8-K, filed 30 October 2013.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 September 2013, filed 6 November 2013.
- Georgia Power Company, Form 8-K, filed 18 November 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Georgia Power Company, Form 8-K, filed 17 December 2013.
- Mississippi Power Company, Form 8-K, filed 28 January 2014.
- Alabama Power Company, Form 8-K, filed 29 January 2014.
- The Southern Company, Form 8-K, filed 11 February 2014.
- The Southern Company, Form 8-K, filed 20 February 2014.
- The Southern Company, Form 10-K, for the fiscal year ended 31 December 2013, filed 27 February 2014.
- The Southern Company, Form 424B3, filed 11 March 2014.
- Mississippi Power Company, Form 8-K, filed 2 April 2014.
- The Southern Company, Form DEF_14A, filed 11 April 2014.
- Mississippi Power Company, Form 8-K, filed 29 April 2014.
- Alabama Power Company, Form 8-K, filed 30 April 2014.
- The Southern Company, Form 10-Q, for the quarterly period ended 31 March 2014, filed 8 May 2014.
- The Southern Company, Form DEFA14A, filed 14 May 2014.
- The Southern Company, Form DEFA14A, filed 15 May 2014.
- The Southern Company, Form 8-K, filed 11 June 2014.
- The Southern Company, Form 11-K, for the fiscal year ended 31 December 2013, filed 6 June 2014.
- Mississippi Power Company, Form 8-K, filed 29 July 2014.
- Alabama Power Company, Form 8-K, filed 30 July 2014.
- The Southern Company, Form 10-Q, for the quarterly period ended 30 June 2014, filed 7 August 2014.
- The Southern Company, Form 424B5, filed 19 August 2014.
- The Southern Company, Form 424B5, filed 19 August 2014.
- The Southern Company, Form FWP, filed 19 August 2014.
- The Southern Company, Form FWP, filed 19 August 2014.
- The Southern Company, Form 424B2, filed 20 August 2014.
- The Southern Company, Form 424B2, filed 20 August 2014.
- The Southern Company, Form 8-K, filed 22 August 2014.
- Mississippi Power Company, Form 8-K, filed 2 October 2014.
- The Southern Company, Form 8-K, filed 22 October 2014.
- Mississippi Power Company, Form 8-K, filed 28 October 2014.
- Alabama Power Company, Form 8-K, filed 29 October 2014.

## ACADEMIC AND PROFESSIONAL LITERATURE

- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, 1990.

**Exhibit-1**

**Documents and Other Information Considered**

- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, 1991.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements" *Journal of Accounting and Research*, 1968.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd ed., 1998.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," *Washington University Law Review*, 30 March 2015.
- Bromberg, Alan R. and Lewis D. Lowenfels, *Securities Fraud and Commodities Fraud,* December 2003.
- Campbell, John Y., Andrew W. Lo and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Crew, Nicholas I., Marine A. Moore, and Kevin L. Gold, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Daniel, Wayne W., *Applied Nonparametric Statistics*, Houghton Mifflin, 1978.
- Degeorge, Francois, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, 1999.
- Fama, Eugene, Lawrence Fisher, Michael Jensen, and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review*, 1969.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance*, 1991.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, March 1997.
- Newey, Whitney and Kenneth West, "A Simple, Positive Semi-definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," *Econometrica* 1987.
- Patell, James M., and Mark A. Wolfson, "The Intraday Speed Of Adjustment Of Stock Prices To Earnings And Dividend Announcements," *Journal of Financial Economics*, 1984.

**Exhibit-1**

**Documents and Other Information Considered**

- Reilly, Frank and Keith Brown, "Organization and Functioning of Securities Markets," in *Equity and Fixed Income CFA Program Curriculum*, vol. 5, Pearson Custom Publishing, 2008.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Watts, Ross L., "Systematic Abnormal Returns After Quarterly Earnings Announcements" *Journal of Financial Economics*, 1978.

## CONFERENCE CALLS AND PRESENTATIONS

- "Q1 2011 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 27 April 2011.
- "Southern Company at Deutsche Bank Securities Inc. Alternative Energy, Utilities and Power Conference," Thomson Reuters, conference call, 11 May 2011.
- "Q2 2011 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 27 July 2011.
- "Southern Co at Barclays CEO Energy Power Conference," Thomson Reuters, conference call, 6 September 2011.
- "Southern Co at Bank of America Merrill Lynch Power and Gas Leaders Conference," Thomson Reuters, conference call, 20 September 2011.
- "Q3 2011 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 26 October 2011.
- "Southern Co at Wells Fargo Pipeline, MLP, and E&P, Services & Utility Symposium," Thomson Reuters, conference call, 7 December 2011.
- "Q4 2011 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 25 January 2012.
- "Southern Company at Credit Suisse Energy Summit," Thomson Reuters, conference call, 7 February 2012.
- "Q1 2012 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 25 April 2012.
- "Southern Company at Deutsche Bank Clean Tech, Utilities and Power Conference," Thomson Reuters, conference call, 15 May 2012.
- "Q2 2012 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 25 July 2012.
- "Southern Company at Goldman Sachs Power and Utility Conference," Thomson Reuters, conference call, 14 August 2012.

**Exhibit-1**

**Documents and Other Information Considered**

- "Southern Company at Goldman Sachs Power and Utility Conference," Thomson Reuters, conference call, 14 August 2012.
- "Southern Company at Barclays CEO Energy/Power Conference," Thomson Reuters, conference call, 4 September 2012.
- "Southern Company at Bank of America Merrill Lynch Power and Gas Leaders Conference," Thomson Reuters, conference call, 20 September 2012.
- "Q3 2012 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 5 November 2012.
- "Southern Company at Wells Fargo Pipeline, MLP and Energy Symposium," Thomson Reuters, conference call, 5 December 2012.
- "Southern Company Conference Call on Lawsuit Settlement between Mississippi Public Service Commission and Mississippi Power Co. on Kemper Plant," Thomson Reuters, conference call, 25 January 2013.
- "Q4 2012 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 30 January 2013.
- "Southern Company at Credit Suisse Energy Summit," Thomson Reuters, conference call, 5 February 2013.
- "Q1 2013 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 24 April 2013.
- "Q2 2013 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 31 July 2013.
- "Q3 2013 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 30 October 2013.
- "Q4 2013 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 29 January 2014.
- "Q1 2014 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 30 April 2014.
- "Q2 2014 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 30 July 2014.
- "Q3 2014 The Southern Co Earnings Conference Call," Thomson Reuters, conference call, 29 October 2014.

## DATA AND DATABASES

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- Factset

**Exhibit-1**

**Documents and Other Information Considered**

- Thomson Eikon

## LEGAL CASES

- *Amgen Inc., et al. v. Connecticut Retirement Plans*, 133 S. Ct. 1184, 1190 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264 (N.J., 1989).
- *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003).
- *Halliburton Co. Et Al. v. Erica P. John Fund, Inc.,* 573 U. S. 10 (2014).
- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D.Tex. 2001).
- *Local 703, I.B. of T. Grocery & Food Employees Welfare Fund v. Regions Fin. Corp.*, 762 F.3d 1248, 1255 (11th Cir. 2014).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).

## OTHER

- Section 10(b) of the Exchange Act of 1934.
- SEC Rule 12b-5.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, 28 March 2005.
- "Revisions to The Eligibility Requirements for Primary Securities Offerings on Forms S-3 And F-3," SEC Release No. 33-8812, 20 June 2007.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- "Fact Sheet; Designated Market Makers," NYSE Euronext, 2012.
- "Brief of Financial Economists as Amici Curiae in Support of Respondents," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- Other documents cited in my report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)


## TEACHING EXPERIENCE

1996 - present          BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995          BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994          WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

| | |
|---|---|
| 2008 - present | CROWNINSHIELD FINANCIAL RESEARCH, INC.<br>Brookline, MA<br>President and Senior Expert |
| 1996 - 2008 | THE MICHEL-SHAKED GROUP<br>Boston, MA<br>Senior Expert (2001 - 2008)<br>Affiliated Expert (1996 - 2001) |
| 1987 - 1990 | FEDERAL RESERVE BANK OF ATLANTA<br>Economist |

## PROFESSIONAL DESIGNATIONS

1998   Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked).  *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*.  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.


## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

## COURSES TAUGHT

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Mary K. Jones, et al., vs. Pfizer Inc., et al.
United States District Court
Southern District of New York
Civil Action no. 10-cv-03864-AKH
Deposition Testimony
January 2012 and October 2014

In Re Questcor Pharmaceuticals, Inc. Securities Litigation
Civil Action No. 12-cv-01623-DMG
United States District Court
Central District of California
Deposition Testimony
October 2014

In Re Longtop Financial Technologies, Ltd. Securities Litigation
Civil Action No. 11-cv-3658-SAS
United States District Court
Southern District of New York
Trial Testimony
November 2014

In Re Delcath Systems, Inc. Securities Litigation
Civil Action No. 13 Civ. 3116 (LGS)
United States District Court
Southern District of New York
Deposition Testimony
December 2014

In Re Prudential Financial, Inc. Securities Litigation
Civil Action No. 2:12-cv-05275-SDW-MCA
United States District Court
District of New Jersey
Deposition Testimony
January 2015

In Re Walter Energy, Inc. Securities Litigation
Civil Action No. 2:12-cv-00281-VEH
United States District Court
Northern District of Alabama
Deposition Testimony
January 2014 and March 2015

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re CVS Caremark Corporation Securities Litigation
Civil Action No. 1:09-cv-00554-S-DLM
United States District Court
District of Rhode Island
Deposition Testimony
March 2015

In Re JPMorgan Chase & Co. Securities Litigation
Civil Action No. 1:12-cv-03852-GBD
United States District Court
Southern District of New York
Deposition Testimony
March 2015

In Re Baxter International Inc., et al. Securities Litigation
Civil Action No. 1:10-cv-06016
United States District Court
Northern District of Illinois Eastern Division
Deposition Testimony
November 2014 and May 2015

In Re Goldman, Sachs & Co., et al. Securities Litigation
Civil Action No. 10 Civ. 4429 (MGC)
United States District Court
Southern District of New York
Deposition Testimony
June 2015

In Re United States of America, et al. v. Frank Kurnik and Pharmerica Corp., et al.
Case No. 3:11-cv-1464-JFA
United States District Court
District South Carolina
Deposition Testimony
June 2015

In Re HCA Holdings, Inc., Securities Litigation
Civil Action No. 3:11-cv-01033
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
June 2015

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Claude A. Reese, et al. v. Robert A. Malone, et al.
Civil Action No. C08-1008 MJP
United States District Court
Western District of Washington at Seattle
Deposition Testimony
June 2015

In Re Bridgepoint Education, Inc. Securities Litigation
Civil Action No. 3:12-cv-01737-JM-JLB
United States District Court
Southern District of California
Deposition Testimony
July 2015

In Re Dana Corporation, et al. Securities Litigation
Civil Action No. 3:05-cv-07393-JGC
United States District Court
Northern District of Ohio
Deposition Testimony
June 2015 and August 2015

In Re Las Vegas Sands Corp. Securities Litigation
Civil Action No. 2:10-cv-00765-KJD-LRL
United States District Court
District of Nevada
Deposition Testimony
March 2015 and December 2015

In Re Groupon, Inc. Securities Litigation
Civil Action No. 12-cv-2450
United States District Court
Northern District of Illinois
Deposition Testimony
February 2014 and December 2015
Testimony at Evidentiary Hearing
September 2014

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re: Petrobras Securities Litigation
Case No. 14-cv-9662 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
October 2015 and December 2015
Testimony at Evidentiary Hearing
December 2015

In Re Symbol Technologies, Inc. Securities Litigation
Civil Action No. 05-cv-3923-DRH
United States District Court
Eastern District of New York
Deposition Testimony
June 2014 and January 2016

In Re KBR, Inc. Securities Litigation
Case No. 4:14-CV-01287
United States District Court
Southern District of Texas
Deposition Testimony
April 2016

In Re: Petrobras Securities Litigation
Case No. 15-cv-04226 (JSR)
Case No. 15-cv-03923 (JSR)
Case No. 15-cv-03911 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
June 2016

In Re World Acceptance Corporation Securities Litigation
Case No. 6:14-cv-01606
United States District Court
District of South Carolina
Deposition Testimony
February 2017

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Silver Wheaton Corp. Securities Litigation
Case No. 4 2:15-cv-05146
United States District Court
Central District of California
Deposition Testimony
February 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

Daniel Turocy, et al., v. El Pollo Loco Holdings. Inc., et al.
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Blackberry Limited Securities Litigation
Case No. 1:13-cv-7060-TPG
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
September 2018

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|------|------|------|------|------|------|------|
| 4/25/2012 | $45.48 | - | $45.49 | $45.50 | 5,492,200 | |
| 4/26/2012 | $45.89 | - | $45.87 | $45.88 | 13,071,700 | 0.90% |
| 4/27/2012 | $45.99 | - | $45.97 | $45.98 | 13,356,500 | 0.22% |
| 4/30/2012 | $45.94 | - | $45.95 | $45.96 | 14,827,500 | -0.11% |
| 5/1/2012 | $46.14 | - | $46.11 | $46.12 | 3,687,800 | 0.43% |
| 5/2/2012 | $45.90 | - | $45.87 | $45.88 | 4,283,500 | -0.52% |
| 5/3/2012 | $45.19 | $0.49 | $45.19 | $45.20 | 4,821,400 | -0.48% |
| 5/4/2012 | $45.36 | - | $45.36 | $45.37 | 6,385,900 | 0.38% |
| 5/7/2012 | $45.44 | - | $45.44 | $45.45 | 4,083,200 | 0.18% |
| 5/8/2012 | $45.70 | - | $45.70 | $45.71 | 5,152,300 | 0.57% |
| 5/9/2012 | $45.37 | - | $45.37 | $45.38 | 3,756,800 | -0.72% |
| 5/10/2012 | $45.65 | - | $45.62 | $45.63 | 3,436,500 | 0.62% |
| 5/11/2012 | $45.54 | - | $45.53 | $45.54 | 3,658,900 | -0.24% |
| 5/14/2012 | $45.45 | - | $45.42 | $45.43 | 3,406,700 | -0.20% |
| 5/15/2012 | $45.40 | - | $45.39 | $45.40 | 3,501,800 | -0.11% |
| 5/16/2012 | $45.38 | - | $45.37 | $45.38 | 3,142,400 | -0.04% |
| 5/17/2012 | $45.20 | - | $45.21 | $45.22 | 3,649,900 | -0.40% |
| 5/18/2012 | $45.48 | - | $45.47 | $45.48 | 6,169,900 | 0.62% |
| 5/21/2012 | $45.51 | - | $45.50 | $45.51 | 3,559,100 | 0.07% |
| 5/22/2012 | $45.55 | - | $45.56 | $45.57 | 3,518,000 | 0.09% |
| 5/23/2012 | $45.37 | - | $45.34 | $45.35 | 3,131,700 | -0.40% |
| 5/24/2012 | $45.60 | - | $45.58 | $45.59 | 2,589,700 | 0.51% |
| 5/25/2012 | $45.69 | - | $45.68 | $45.69 | 2,123,000 | 0.20% |
| 5/29/2012 | $45.87 | - | $45.86 | $45.87 | 1,856,500 | 0.39% |
| 5/30/2012 | $45.85 | - | $45.86 | $45.87 | 4,590,600 | -0.04% |
| 5/31/2012 | $45.91 | - | $45.91 | $45.92 | 3,915,400 | 0.13% |
| 6/1/2012 | $45.95 | - | $45.92 | $45.93 | 3,952,900 | 0.09% |
| 6/4/2012 | $46.06 | - | $46.03 | $46.04 | 2,558,100 | 0.24% |
| 6/5/2012 | $46.12 | - | $46.12 | $46.13 | 3,566,000 | 0.13% |
| 6/6/2012 | $47.03 | - | $46.99 | $47.00 | 5,663,300 | 1.95% |
| 6/7/2012 | $47.30 | - | $47.27 | $47.28 | 5,091,300 | 0.57% |
| 6/8/2012 | $47.38 | - | $47.37 | $47.38 | 3,897,800 | 0.17% |
| 6/11/2012 | $47.33 | - | $47.33 | $47.34 | 2,819,500 | -0.11% |
| 6/12/2012 | $47.31 | - | $47.30 | $47.31 | 3,176,200 | -0.04% |
| 6/13/2012 | $47.45 | - | $47.45 | $47.46 | 2,430,700 | 0.30% |
| 6/14/2012 | $47.62 | - | $47.61 | $47.62 | 3,322,300 | 0.36% |
| 6/15/2012 | $48.00 | - | $47.99 | $48.00 | 5,035,700 | 0.79% |
| 6/18/2012 | $48.29 | - | $48.27 | $48.28 | 3,352,100 | 0.60% |
| 6/19/2012 | $47.70 | - | $47.71 | $47.72 | 4,722,600 | -1.23% |
| 6/20/2012 | $46.76 | - | $46.74 | $46.75 | 7,636,000 | -1.99% |
| 6/21/2012 | $46.46 | - | $46.43 | $46.44 | 4,482,500 | -0.64% |
| 6/22/2012 | $46.55 | - | $46.51 | $46.52 | 3,746,500 | 0.19% |
| 6/25/2012 | $46.25 | - | $46.25 | $46.26 | 3,807,900 | -0.65% |
| 6/26/2012 | $46.34 | - | $46.34 | $46.35 | 3,172,800 | 0.19% |
| 6/27/2012 | $46.60 | - | $46.59 | $46.60 | 2,511,400 | 0.56% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/28/2012 | $46.66 | - | $46.65 | $46.66 | 2,994,300 | 0.13% |
| 6/29/2012 | $46.30 | - | $46.28 | $46.29 | 6,760,600 | -0.77% |
| 7/2/2012 | $46.71 | - | $46.70 | $46.71 | 3,783,800 | 0.88% |
| 7/3/2012 | $46.49 | - | $46.47 | $46.48 | 2,076,300 | -0.47% |
| 7/5/2012 | $46.45 | - | $46.47 | $46.48 | 3,155,600 | -0.09% |
| 7/6/2012 | $46.54 | - | $46.54 | $46.55 | 2,369,900 | 0.19% |
| 7/9/2012 | $46.83 | - | $46.82 | $46.83 | 3,614,300 | 0.62% |
| 7/10/2012 | $46.94 | - | $46.93 | $46.94 | 3,118,100 | 0.23% |
| 7/11/2012 | $47.19 | - | $47.18 | $47.19 | 2,996,800 | 0.53% |
| 7/12/2012 | $47.20 | - | $47.20 | $47.21 | 2,709,800 | 0.02% |
| 7/13/2012 | $47.61 | - | $47.62 | $47.63 | 2,248,900 | 0.86% |
| 7/16/2012 | $47.58 | - | $47.59 | $47.60 | 2,272,400 | -0.06% |
| 7/17/2012 | $47.70 | - | $47.69 | $47.70 | 2,898,300 | 0.25% |
| 7/18/2012 | $47.81 | - | $47.78 | $47.79 | 2,656,200 | 0.23% |
| 7/19/2012 | $47.70 | - | $47.68 | $47.69 | 13,952,800 | -0.23% |
| 7/20/2012 | $47.77 | - | $47.76 | $47.77 | 14,794,400 | 0.15% |
| 7/23/2012 | $47.63 | - | $47.62 | $47.63 | 15,659,000 | -0.29% |
| 7/24/2012 | $47.11 | - | $47.10 | $47.11 | 4,960,900 | -1.10% |
| 7/25/2012 | $47.40 | - | $47.38 | $47.40 | 3,383,600 | 0.61% |
| 7/26/2012 | $48.08 | - | $48.08 | $48.09 | 3,782,900 | 1.42% |
| 7/27/2012 | $48.42 | - | $48.41 | $48.42 | 3,600,700 | 0.70% |
| 7/30/2012 | $48.33 | - | $48.33 | $48.34 | 3,165,300 | -0.19% |
| 7/31/2012 | $48.15 | - | $48.16 | $48.17 | 3,759,300 | -0.37% |
| 8/1/2012 | $47.89 | - | $47.89 | $47.90 | 5,320,300 | -0.54% |
| 8/2/2012 | $47.09 | $0.49 | $47.08 | $47.09 | 4,470,400 | -0.65% |
| 8/3/2012 | $47.35 | - | $47.34 | $47.35 | 4,635,300 | 0.55% |
| 8/6/2012 | $47.39 | - | $47.39 | $47.40 | 2,451,700 | 0.08% |
| 8/7/2012 | $47.14 | - | $47.13 | $47.14 | 3,871,900 | -0.53% |
| 8/8/2012 | $46.93 | - | $46.92 | $46.93 | 2,918,800 | -0.45% |
| 8/9/2012 | $46.81 | - | $46.80 | $46.81 | 2,251,200 | -0.26% |
| 8/10/2012 | $46.92 | - | $46.90 | $46.92 | 2,226,300 | 0.23% |
| 8/13/2012 | $46.78 | - | $46.78 | $46.79 | 1,917,700 | -0.30% |
| 8/14/2012 | $46.60 | - | $46.59 | $46.60 | 2,802,400 | -0.39% |
| 8/15/2012 | $46.39 | - | $46.37 | $46.38 | 2,455,400 | -0.45% |
| 8/16/2012 | $46.07 | - | $46.06 | $46.07 | 3,326,300 | -0.69% |
| 8/17/2012 | $46.08 | - | $46.06 | $46.07 | 4,442,800 | 0.02% |
| 8/20/2012 | $45.97 | - | $45.94 | $45.95 | 2,858,400 | -0.24% |
| 8/21/2012 | $45.82 | - | $45.82 | $45.83 | 4,846,200 | -0.33% |
| 8/22/2012 | $46.09 | - | $46.09 | $46.10 | 5,237,300 | 0.59% |
| 8/23/2012 | $45.58 | - | $45.58 | $45.59 | 3,781,000 | -1.11% |
| 8/24/2012 | $45.88 | - | $45.86 | $45.87 | 2,547,800 | 0.66% |
| 8/27/2012 | $46.03 | - | $46.03 | $46.04 | 2,696,000 | 0.33% |
| 8/28/2012 | $45.77 | - | $45.77 | $45.78 | 2,391,800 | -0.57% |
| 8/29/2012 | $45.52 | - | $45.52 | $45.53 | 3,031,300 | -0.55% |
| 8/30/2012 | $45.38 | - | $45.38 | $45.39 | 2,235,300 | -0.31% |

86

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/31/2012 | $45.33 | - | $45.31 | $45.32 | 3,989,200 | -0.11% |
| 9/4/2012 | $45.47 | - | $45.47 | $45.48 | 2,779,000 | 0.31% |
| 9/5/2012 | $45.37 | - | $45.36 | $45.37 | 2,712,900 | -0.22% |
| 9/6/2012 | $46.07 | - | $46.05 | $46.06 | 4,217,200 | 1.53% |
| 9/7/2012 | $45.91 | - | $45.89 | $45.90 | 2,810,700 | -0.35% |
| 9/10/2012 | $45.69 | - | $45.69 | $45.70 | 2,141,200 | -0.48% |
| 9/11/2012 | $45.42 | - | $45.42 | $45.43 | 2,990,800 | -0.59% |
| 9/12/2012 | $45.32 | - | $45.33 | $45.34 | 2,820,200 | -0.22% |
| 9/13/2012 | $45.92 | - | $45.91 | $45.92 | 4,284,000 | 1.32% |
| 9/14/2012 | $45.05 | - | $45.02 | $45.03 | 8,402,100 | -1.91% |
| 9/17/2012 | $44.93 | - | $44.92 | $44.93 | 8,779,000 | -0.27% |
| 9/18/2012 | $44.96 | - | $44.95 | $44.96 | 3,843,700 | 0.07% |
| 9/19/2012 | $45.17 | - | $45.16 | $45.17 | 4,507,000 | 0.47% |
| 9/20/2012 | $45.24 | - | $45.24 | $45.25 | 3,377,800 | 0.15% |
| 9/21/2012 | $45.26 | - | $45.26 | $45.27 | 5,752,100 | 0.04% |
| 9/24/2012 | $45.82 | - | $45.81 | $45.82 | 2,873,800 | 1.23% |
| 9/25/2012 | $45.74 | - | $45.74 | $45.75 | 2,888,100 | -0.17% |
| 9/26/2012 | $46.11 | - | $46.11 | $46.12 | 3,146,900 | 0.81% |
| 9/27/2012 | $45.92 | - | $45.91 | $45.92 | 2,455,900 | -0.41% |
| 9/28/2012 | $46.09 | - | $46.08 | $46.09 | 3,748,000 | 0.37% |
| 10/1/2012 | $45.67 | - | $45.64 | $45.65 | 3,495,100 | -0.92% |
| 10/2/2012 | $45.57 | - | $45.55 | $45.56 | 2,604,800 | -0.22% |
| 10/3/2012 | $45.85 | - | $45.84 | $45.85 | 2,442,200 | 0.61% |
| 10/4/2012 | $45.97 | - | $45.94 | $45.95 | 2,609,000 | 0.26% |
| 10/5/2012 | $45.97 | - | $45.96 | $45.97 | 3,715,100 | 0.00% |
| 10/8/2012 | $46.07 | - | $46.07 | $46.08 | 2,053,300 | 0.22% |
| 10/9/2012 | $45.95 | - | $45.95 | $45.96 | 2,928,400 | -0.26% |
| 10/10/2012 | $45.96 | - | $45.96 | $45.97 | 2,561,700 | 0.02% |
| 10/11/2012 | $45.72 | - | $45.70 | $45.71 | 3,089,900 | -0.52% |
| 10/12/2012 | $45.61 | - | $45.63 | $45.64 | 1,869,100 | -0.24% |
| 10/15/2012 | $45.65 | - | $45.65 | $45.66 | 2,209,200 | 0.09% |
| 10/16/2012 | $45.89 | - | $45.88 | $45.89 | 2,998,000 | 0.52% |
| 10/17/2012 | $46.54 | - | $46.53 | $46.54 | 3,986,600 | 1.41% |
| 10/18/2012 | $46.80 | - | $46.80 | $46.81 | 2,862,500 | 0.56% |
| 10/19/2012 | $46.64 | - | $46.66 | $46.67 | 3,928,200 | -0.34% |
| 10/22/2012 | $46.55 | - | $46.55 | $46.56 | 3,509,300 | -0.19% |
| 10/23/2012 | $46.20 | - | $46.20 | $46.21 | 2,863,000 | -0.75% |
| 10/24/2012 | $46.04 | - | $46.04 | $46.05 | 3,210,600 | -0.35% |
| 10/25/2012 | $46.23 | - | $46.22 | $46.23 | 10,406,900 | 0.41% |
| 10/26/2012 | $46.33 | - | $46.32 | $46.33 | 10,141,600 | 0.22% |
| 10/31/2012 | $46.84 | - | $46.84 | $46.85 | 4,461,500 | 1.09% |
| 11/1/2012 | $46.02 | $0.49 | $46.01 | $46.02 | 5,161,700 | -0.71% |
| 11/2/2012 | $45.77 | - | $45.76 | $45.77 | 8,239,700 | -0.54% |
| 11/5/2012 | $44.62 | - | $44.61 | $44.62 | 5,790,200 | -2.54% |
| 11/6/2012 | $44.14 | - | $44.11 | $44.12 | 6,185,000 | -1.08% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/7/2012 | $42.80 | - | $42.81 | $42.82 | 7,284,300 | -3.08% |
| 11/8/2012 | $43.26 | - | $43.25 | $43.26 | 7,306,700 | 1.07% |
| 11/9/2012 | $43.03 | - | $43.03 | $43.04 | 4,430,900 | -0.53% |
| 11/12/2012 | $42.58 | - | $42.59 | $42.60 | 2,918,300 | -1.05% |
| 11/13/2012 | $42.95 | - | $42.95 | $42.96 | 5,489,800 | 0.87% |
| 11/14/2012 | $42.88 | - | $42.87 | $42.88 | 5,160,600 | -0.16% |
| 11/15/2012 | $42.54 | - | $42.53 | $42.54 | 6,476,000 | -0.80% |
| 11/16/2012 | $42.69 | - | $42.68 | $42.69 | 6,760,600 | 0.35% |
| 11/19/2012 | $42.77 | - | $42.76 | $42.77 | 5,212,700 | 0.19% |
| 11/20/2012 | $42.43 | - | $42.43 | $42.44 | 7,857,200 | -0.80% |
| 11/21/2012 | $42.28 | - | $42.27 | $42.28 | 5,465,200 | -0.35% |
| 11/23/2012 | $42.03 | - | $42.01 | $42.02 | 2,863,500 | -0.59% |
| 11/26/2012 | $42.63 | - | $42.62 | $42.63 | 5,117,300 | 1.42% |
| 11/27/2012 | $42.79 | - | $42.78 | $42.79 | 4,185,400 | 0.37% |
| 11/28/2012 | $42.76 | - | $42.75 | $42.76 | 4,595,900 | -0.07% |
| 11/29/2012 | $43.29 | - | $43.29 | $43.30 | 5,465,100 | 1.23% |
| 11/30/2012 | $43.55 | - | $43.52 | $43.53 | 6,130,600 | 0.60% |
| 12/3/2012 | $43.17 | - | $43.16 | $43.17 | 3,674,300 | -0.88% |
| 12/4/2012 | $42.90 | - | $42.89 | $42.90 | 3,099,300 | -0.63% |
| 12/5/2012 | $43.46 | - | $43.46 | $43.47 | 4,884,300 | 1.30% |
| 12/6/2012 | $43.73 | - | $43.73 | $43.74 | 5,398,400 | 0.62% |
| 12/7/2012 | $43.73 | - | $43.72 | $43.73 | 3,858,600 | 0.00% |
| 12/10/2012 | $43.68 | - | $43.67 | $43.68 | 3,400,900 | -0.11% |
| 12/11/2012 | $43.60 | - | $43.61 | $43.62 | 3,966,700 | -0.18% |
| 12/12/2012 | $43.38 | - | $43.36 | $43.37 | 4,996,900 | -0.51% |
| 12/13/2012 | $43.15 | - | $43.13 | $43.14 | 3,571,300 | -0.53% |
| 12/14/2012 | $42.95 | - | $42.96 | $42.97 | 6,417,200 | -0.46% |
| 12/17/2012 | $43.74 | - | $43.74 | $43.75 | 4,636,400 | 1.82% |
| 12/18/2012 | $43.88 | - | $43.87 | $43.87 | 9,080,600 | 0.32% |
| 12/19/2012 | $43.32 | - | $43.32 | $43.33 | 5,622,500 | -1.28% |
| 12/20/2012 | $43.51 | - | $43.51 | $43.52 | 4,362,400 | 0.44% |
| 12/21/2012 | $43.32 | - | $43.31 | $43.32 | 6,889,600 | -0.44% |
| 12/24/2012 | $43.11 | - | $43.10 | $43.11 | 1,576,100 | -0.49% |
| 12/26/2012 | $42.82 | - | $42.81 | $42.82 | 3,110,200 | -0.67% |
| 12/27/2012 | $42.68 | - | $42.67 | $42.68 | 4,080,200 | -0.33% |
| 12/28/2012 | $42.33 | - | $42.33 | $42.34 | 3,800,400 | -0.82% |
| 12/31/2012 | $42.81 | - | $42.80 | $42.81 | 4,582,300 | 1.13% |
| 1/2/2013 | $43.78 | - | $43.77 | $43.78 | 4,568,400 | 2.24% |
| 1/3/2013 | $43.77 | - | $43.76 | $43.77 | 3,848,100 | -0.02% |
| 1/4/2013 | $44.16 | - | $44.15 | $44.16 | 4,448,100 | 0.89% |
| 1/7/2013 | $43.39 | - | $43.38 | $43.39 | 6,904,400 | -1.76% |
| 1/8/2013 | $43.27 | - | $43.26 | $43.27 | 3,110,200 | -0.28% |
| 1/9/2013 | $43.06 | - | $43.06 | $43.07 | 4,477,000 | -0.49% |
| 1/10/2013 | $43.22 | - | $43.21 | $43.22 | 5,917,700 | 0.37% |
| 1/11/2013 | $43.16 | - | $43.16 | $43.17 | 4,185,800 | -0.14% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/14/2013 | $43.05 | - | $43.02 | $43.03 | 4,425,300 | -0.26% |
| 1/15/2013 | $42.99 | - | $42.98 | $42.99 | 4,309,200 | -0.14% |
| 1/16/2013 | $42.91 | - | $42.89 | $42.90 | 5,123,300 | -0.19% |
| 1/17/2013 | $43.00 | - | $43.00 | $43.01 | 5,380,200 | 0.21% |
| 1/18/2013 | $43.49 | - | $43.48 | $43.49 | 4,893,400 | 1.13% |
| 1/22/2013 | $43.85 | - | $43.84 | $43.85 | 4,570,500 | 0.82% |
| 1/23/2013 | $43.87 | - | $43.86 | $43.87 | 3,780,700 | 0.05% |
| 1/24/2013 | $44.21 | - | $44.20 | $44.21 | 3,750,900 | 0.77% |
| 1/25/2013 | $44.45 | - | $44.44 | $44.45 | 14,997,600 | 0.54% |
| 1/28/2013 | $44.35 | - | $44.35 | $44.36 | 14,596,500 | -0.23% |
| 1/29/2013 | $44.62 | - | $44.61 | $44.62 | 15,103,500 | 0.61% |
| 1/30/2013 | $44.53 | - | $44.53 | $44.54 | 7,488,900 | -0.20% |
| 1/31/2013 | $44.23 | $0.49 | $44.20 | $44.21 | 4,666,100 | 0.43% |
| 2/1/2013 | $44.01 | - | $44.00 | $44.01 | 3,794,600 | -0.50% |
| 2/4/2013 | $43.81 | - | $43.80 | $43.81 | 3,734,600 | -0.46% |
| 2/5/2013 | $43.63 | - | $43.63 | $43.64 | 3,796,300 | -0.41% |
| 2/6/2013 | $43.83 | - | $43.78 | $43.79 | 8,528,800 | 0.46% |
| 2/7/2013 | $43.83 | - | $43.82 | $43.83 | 2,830,200 | 0.00% |
| 2/8/2013 | $43.85 | - | $43.83 | $43.84 | 2,355,100 | 0.05% |
| 2/11/2013 | $44.06 | - | $44.06 | $44.07 | 2,311,600 | 0.48% |
| 2/12/2013 | $44.16 | - | $44.15 | $44.16 | 1,956,400 | 0.23% |
| 2/13/2013 | $44.17 | - | $44.17 | $44.18 | 2,331,900 | 0.02% |
| 2/14/2013 | $43.91 | - | $43.91 | $43.92 | 3,142,500 | -0.59% |
| 2/15/2013 | $44.11 | - | $44.09 | $44.10 | 3,706,800 | 0.45% |
| 2/19/2013 | $44.48 | - | $44.47 | $44.48 | 3,239,600 | 0.84% |
| 2/20/2013 | $44.55 | - | $44.55 | $44.56 | 3,276,500 | 0.16% |
| 2/21/2013 | $44.43 | - | $44.42 | $44.43 | 2,969,300 | -0.27% |
| 2/22/2013 | $44.74 | - | $44.73 | $44.74 | 2,928,500 | 0.70% |
| 2/25/2013 | $44.54 | - | $44.53 | $44.54 | 4,841,500 | -0.45% |
| 2/26/2013 | $44.71 | - | $44.71 | $44.72 | 3,787,000 | 0.38% |
| 2/27/2013 | $45.07 | - | $45.07 | $45.08 | 3,650,600 | 0.80% |
| 2/28/2013 | $45.01 | - | $45.01 | $45.02 | 4,844,000 | -0.13% |
| 3/1/2013 | $44.83 | - | $44.83 | $44.85 | 4,589,000 | -0.40% |
| 3/4/2013 | $45.03 | - | $45.01 | $45.02 | 3,411,900 | 0.45% |
| 3/5/2013 | $45.36 | - | $45.35 | $45.36 | 3,233,500 | 0.73% |
| 3/6/2013 | $45.48 | - | $45.48 | $45.49 | 3,519,500 | 0.26% |
| 3/7/2013 | $45.39 | - | $45.39 | $45.40 | 4,161,400 | -0.20% |
| 3/8/2013 | $45.32 | - | $45.31 | $45.32 | 3,905,000 | -0.15% |
| 3/11/2013 | $45.31 | - | $45.29 | $45.30 | 2,395,600 | -0.02% |
| 3/12/2013 | $45.20 | - | $45.19 | $45.20 | 2,281,600 | -0.24% |
| 3/13/2013 | $45.29 | - | $45.28 | $45.29 | 1,880,300 | 0.20% |
| 3/14/2013 | $45.37 | - | $45.36 | $45.37 | 2,841,000 | 0.18% |
| 3/15/2013 | $45.52 | - | $45.51 | $45.52 | 5,058,100 | 0.33% |
| 3/18/2013 | $45.31 | - | $45.31 | $45.32 | 3,055,200 | -0.46% |
| 3/19/2013 | $45.47 | - | $45.47 | $45.48 | 2,161,800 | 0.35% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|------|------------------|-------------|----------------|----------------|-------------------|------------------------|
| 3/20/2013 | $45.79 | - | $45.77 | $45.78 | 2,571,300 | 0.70% |
| 3/21/2013 | $45.43 | - | $45.44 | $45.45 | 2,608,500 | -0.79% |
| 3/22/2013 | $45.66 | - | $45.65 | $45.66 | 2,733,900 | 0.50% |
| 3/25/2013 | $45.63 | - | $45.64 | $45.65 | 3,512,000 | -0.07% |
| 3/26/2013 | $46.14 | - | $46.13 | $46.14 | 3,253,500 | 1.11% |
| 3/27/2013 | $46.36 | - | $46.37 | $46.38 | 3,685,800 | 0.48% |
| 3/28/2013 | $46.92 | - | $46.90 | $46.91 | 4,091,500 | 1.20% |
| 4/1/2013 | $46.74 | - | $46.72 | $46.73 | 2,144,200 | -0.38% |
| 4/2/2013 | $46.82 | - | $46.81 | $46.82 | 3,424,200 | 0.17% |
| 4/3/2013 | $46.69 | - | $46.68 | $46.69 | 3,523,600 | -0.28% |
| 4/4/2013 | $47.23 | - | $47.22 | $47.23 | 4,709,400 | 1.15% |
| 4/5/2013 | $47.19 | - | $47.17 | $47.18 | 3,842,200 | -0.08% |
| 4/8/2013 | $47.49 | - | $47.48 | $47.49 | 2,651,200 | 0.63% |
| 4/9/2013 | $47.31 | - | $47.30 | $47.31 | 3,379,100 | -0.38% |
| 4/10/2013 | $47.45 | - | $47.45 | $47.46 | 3,314,700 | 0.30% |
| 4/11/2013 | $47.62 | - | $47.60 | $47.61 | 2,285,100 | 0.36% |
| 4/12/2013 | $47.88 | - | $47.87 | $47.88 | 2,939,900 | 0.54% |
| 4/15/2013 | $47.36 | - | $47.36 | $47.37 | 4,355,100 | -1.09% |
| 4/16/2013 | $48.13 | - | $48.14 | $48.15 | 4,278,400 | 1.61% |
| 4/17/2013 | $47.96 | - | $47.95 | $47.96 | 4,124,500 | -0.35% |
| 4/18/2013 | $47.87 | - | $47.87 | $47.88 | 3,433,400 | -0.19% |
| 4/19/2013 | $48.51 | - | $48.49 | $48.50 | 3,775,700 | 1.33% |
| 4/22/2013 | $48.47 | - | $48.45 | $48.46 | 2,744,200 | -0.08% |
| 4/23/2013 | $48.65 | - | $48.63 | $48.64 | 3,196,900 | 0.37% |
| 4/24/2013 | $48.03 | - | $48.02 | $48.03 | 7,003,200 | -1.28% |
| 4/25/2013 | $48.09 | - | $48.08 | $48.08 | 11,107,900 | 0.12% |
| 4/26/2013 | $47.95 | - | $47.93 | $47.94 | 10,787,100 | -0.29% |
| 4/29/2013 | $48.14 | - | $48.12 | $48.13 | 11,413,300 | 0.40% |
| 4/30/2013 | $48.23 | - | $48.23 | $48.24 | 3,975,800 | 0.19% |
| 5/1/2013 | $47.84 | - | $47.85 | $47.86 | 3,544,900 | -0.81% |
| 5/2/2013 | $47.23 | $0.51 | $47.22 | $47.23 | 4,503,100 | -0.21% |
| 5/3/2013 | $47.26 | - | $47.23 | $47.24 | 3,140,800 | 0.06% |
| 5/6/2013 | $46.76 | - | $46.76 | $46.77 | 2,753,400 | -1.06% |
| 5/7/2013 | $47.27 | - | $47.26 | $47.27 | 3,475,500 | 1.08% |
| 5/8/2013 | $46.93 | - | $46.93 | $46.94 | 2,120,700 | -0.72% |
| 5/9/2013 | $46.22 | - | $46.20 | $46.21 | 3,663,200 | -1.52% |
| 5/10/2013 | $46.10 | - | $46.08 | $46.09 | 3,712,400 | -0.26% |
| 5/13/2013 | $45.84 | - | $45.82 | $45.83 | 3,162,100 | -0.57% |
| 5/14/2013 | $46.26 | - | $46.26 | $46.27 | 3,784,300 | 0.91% |
| 5/15/2013 | $46.66 | - | $46.66 | $46.67 | 3,211,700 | 0.86% |
| 5/16/2013 | $46.30 | - | $46.31 | $46.32 | 2,698,600 | -0.77% |
| 5/17/2013 | $46.60 | - | $46.58 | $46.59 | 3,381,500 | 0.65% |
| 5/20/2013 | $46.40 | - | $46.39 | $46.40 | 3,183,200 | -0.43% |
| 5/21/2013 | $46.44 | - | $46.43 | $46.44 | 3,135,400 | 0.09% |
| 5/22/2013 | $45.76 | - | $45.75 | $45.76 | 4,752,000 | -1.48% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/23/2013 | $45.52 | - | $45.54 | $45.55 | 5,067,200 | -0.53% |
| 5/24/2013 | $45.20 | - | $45.19 | $45.20 | 3,514,700 | -0.71% |
| 5/28/2013 | $44.89 | - | $44.88 | $44.89 | 4,164,900 | -0.69% |
| 5/29/2013 | $44.26 | - | $44.28 | $44.29 | 6,559,200 | -1.41% |
| 5/30/2013 | $44.13 | - | $44.13 | $44.14 | 4,551,700 | -0.29% |
| 5/31/2013 | $43.90 | - | $43.91 | $43.92 | 5,923,100 | -0.52% |
| 6/3/2013 | $44.09 | - | $44.08 | $44.09 | 6,858,800 | 0.43% |
| 6/4/2013 | $43.95 | - | $43.94 | $43.95 | 4,301,400 | -0.32% |
| 6/5/2013 | $43.69 | - | $43.68 | $43.69 | 4,568,200 | -0.59% |
| 6/6/2013 | $44.43 | - | $44.42 | $44.43 | 6,556,700 | 1.68% |
| 6/7/2013 | $44.44 | - | $44.43 | $44.44 | 6,141,200 | 0.02% |
| 6/10/2013 | $44.40 | - | $44.40 | $44.41 | 3,525,800 | -0.09% |
| 6/11/2013 | $44.26 | - | $44.25 | $44.26 | 3,773,600 | -0.32% |
| 6/12/2013 | $43.92 | - | $43.92 | $43.93 | 3,768,700 | -0.77% |
| 6/13/2013 | $44.65 | - | $44.64 | $44.65 | 4,084,200 | 1.65% |
| 6/14/2013 | $44.49 | - | $44.48 | $44.49 | 4,415,200 | -0.36% |
| 6/17/2013 | $44.52 | - | $44.54 | $44.55 | 3,551,800 | 0.07% |
| 6/18/2013 | $44.75 | - | $44.74 | $44.75 | 3,507,200 | 0.52% |
| 6/19/2013 | $43.57 | - | $43.57 | $43.58 | 4,640,400 | -2.67% |
| 6/20/2013 | $42.48 | - | $42.49 | $42.50 | 6,968,900 | -2.53% |
| 6/21/2013 | $43.10 | - | $43.08 | $43.09 | 9,914,700 | 1.45% |
| 6/24/2013 | $42.94 | - | $42.94 | $42.95 | 4,379,500 | -0.37% |
| 6/25/2013 | $43.56 | - | $43.57 | $43.58 | 5,037,100 | 1.43% |
| 6/26/2013 | $44.03 | - | $44.03 | $44.04 | 3,434,900 | 1.07% |
| 6/27/2013 | $44.00 | - | $44.00 | $44.01 | 2,885,000 | -0.07% |
| 6/28/2013 | $44.13 | - | $44.12 | $44.13 | 4,862,000 | 0.30% |
| 7/1/2013 | $43.81 | - | $43.80 | $43.81 | 4,846,100 | -0.73% |
| 7/2/2013 | $43.61 | - | $43.61 | $43.62 | 4,468,500 | -0.46% |
| 7/3/2013 | $43.40 | - | $43.38 | $43.39 | 2,320,100 | -0.48% |
| 7/5/2013 | $43.14 | - | $43.13 | $43.14 | 5,048,600 | -0.60% |
| 7/8/2013 | $43.85 | - | $43.84 | $43.85 | 3,633,700 | 1.63% |
| 7/9/2013 | $44.12 | - | $44.12 | $44.13 | 3,055,200 | 0.61% |
| 7/10/2013 | $44.23 | - | $44.23 | $44.24 | 2,773,200 | 0.25% |
| 7/11/2013 | $44.96 | - | $44.96 | $44.97 | 3,517,500 | 1.64% |
| 7/12/2013 | $44.99 | - | $44.97 | $44.98 | 3,660,800 | 0.07% |
| 7/15/2013 | $45.55 | - | $45.56 | $45.57 | 3,738,900 | 1.24% |
| 7/16/2013 | $45.25 | - | $45.24 | $45.25 | 3,691,000 | -0.66% |
| 7/17/2013 | $45.26 | - | $45.28 | $45.29 | 3,795,600 | 0.02% |
| 7/18/2013 | $45.62 | - | $45.61 | $45.62 | 2,965,800 | 0.79% |
| 7/19/2013 | $45.56 | - | $45.56 | $45.57 | 2,643,000 | -0.13% |
| 7/22/2013 | $45.51 | - | $45.51 | $45.52 | 2,918,600 | -0.11% |
| 7/23/2013 | $45.62 | - | $45.62 | $45.63 | 2,004,600 | 0.24% |
| 7/24/2013 | $45.04 | - | $45.04 | $45.05 | 2,469,400 | -1.28% |
| 7/25/2013 | $45.14 | - | $45.14 | $45.15 | 12,347,100 | 0.22% |
| 7/26/2013 | $45.34 | - | $45.35 | $45.36 | 13,119,600 | 0.44% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|------|------|------|------|------|------|------|
| 7/29/2013 | $45.40 | - | $45.41 | $45.42 | 11,789,600 | 0.13% |
| 7/30/2013 | $45.42 | - | $45.44 | $45.45 | 3,727,400 | 0.04% |
| 7/31/2013 | $44.84 | - | $44.83 | $44.84 | 9,603,100 | -1.29% |
| 8/1/2013 | $44.35 | $0.51 | $44.33 | $44.34 | 5,072,500 | 0.04% |
| 8/2/2013 | $44.34 | - | $44.33 | $44.34 | 3,325,000 | -0.02% |
| 8/5/2013 | $44.07 | - | $44.06 | $44.07 | 2,774,700 | -0.61% |
| 8/6/2013 | $43.77 | - | $43.77 | $43.78 | 3,029,600 | -0.68% |
| 8/7/2013 | $44.14 | - | $44.15 | $44.16 | 3,463,500 | 0.84% |
| 8/8/2013 | $44.04 | - | $44.03 | $44.04 | 3,454,300 | -0.23% |
| 8/9/2013 | $43.87 | - | $43.85 | $43.86 | 2,660,900 | -0.39% |
| 8/12/2013 | $43.56 | - | $43.56 | $43.57 | 3,216,900 | -0.71% |
| 8/13/2013 | $43.78 | - | $43.77 | $43.78 | 5,084,000 | 0.50% |
| 8/14/2013 | $43.61 | - | $43.60 | $43.61 | 4,278,200 | -0.39% |
| 8/15/2013 | $42.90 | - | $42.89 | $42.90 | 4,609,100 | -1.64% |
| 8/16/2013 | $42.39 | - | $42.38 | $42.39 | 4,420,000 | -1.20% |
| 8/19/2013 | $42.05 | - | $42.03 | $42.04 | 3,460,500 | -0.81% |
| 8/20/2013 | $42.25 | - | $42.27 | $42.28 | 3,472,800 | 0.47% |
| 8/21/2013 | $41.67 | - | $41.66 | $41.67 | 3,755,600 | -1.38% |
| 8/22/2013 | $41.93 | - | $41.93 | $41.94 | 3,359,700 | 0.62% |
| 8/23/2013 | $42.23 | - | $42.22 | $42.23 | 2,693,600 | 0.71% |
| 8/26/2013 | $41.90 | - | $41.88 | $41.89 | 2,477,100 | -0.78% |
| 8/27/2013 | $41.68 | - | $41.67 | $41.68 | 4,565,200 | -0.53% |
| 8/28/2013 | $41.64 | - | $41.64 | $41.65 | 3,604,700 | -0.10% |
| 8/29/2013 | $41.44 | - | $41.44 | $41.45 | 3,663,600 | -0.48% |
| 8/30/2013 | $41.62 | - | $41.59 | $41.60 | 5,550,100 | 0.43% |
| 9/3/2013 | $41.09 | - | $41.06 | $41.07 | 5,024,500 | -1.28% |
| 9/4/2013 | $40.89 | - | $40.90 | $40.91 | 4,358,500 | -0.49% |
| 9/5/2013 | $40.75 | - | $40.74 | $40.75 | 3,600,300 | -0.34% |
| 9/6/2013 | $41.12 | - | $41.11 | $41.12 | 5,333,900 | 0.90% |
| 9/9/2013 | $41.23 | - | $41.23 | $41.24 | 3,115,600 | 0.27% |
| 9/10/2013 | $41.41 | - | $41.42 | $41.43 | 2,787,400 | 0.44% |
| 9/11/2013 | $41.02 | - | $41.01 | $41.02 | 4,870,200 | -0.95% |
| 9/12/2013 | $40.76 | - | $40.75 | $40.76 | 7,722,100 | -0.64% |
| 9/13/2013 | $40.96 | - | $40.95 | $40.96 | 3,331,200 | 0.49% |
| 9/16/2013 | $40.94 | - | $40.93 | $40.94 | 5,032,100 | -0.05% |
| 9/17/2013 | $41.15 | - | $41.15 | $41.16 | 3,134,300 | 0.51% |
| 9/18/2013 | $42.63 | - | $42.63 | $42.64 | 7,772,200 | 3.53% |
| 9/19/2013 | $42.30 | - | $42.29 | $42.30 | 4,726,300 | -0.78% |
| 9/20/2013 | $41.78 | - | $41.76 | $41.77 | 5,668,900 | -1.24% |
| 9/23/2013 | $42.17 | - | $42.17 | $42.18 | 4,262,700 | 0.93% |
| 9/24/2013 | $42.08 | - | $42.10 | $42.11 | 3,285,300 | -0.21% |
| 9/25/2013 | $41.72 | - | $41.73 | $41.74 | 3,563,800 | -0.86% |
| 9/26/2013 | $41.53 | - | $41.52 | $41.53 | 3,335,700 | -0.46% |
| 9/27/2013 | $41.23 | - | $41.21 | $41.22 | 2,795,500 | -0.72% |
| 9/30/2013 | $41.18 | - | $41.17 | $41.17 | 4,026,300 | -0.12% |

**Exhibit-4**

**Southern Company Stock Prices, Volume, and Returns**

25 April 2012 through 30 October 2013

| Date | SO Closing Price | SO Dividend | SO Closing Bid | SO Closing Ask | SO Trading Volume | SO Logarithmic Return |
|------|------|------|------|------|------|------|
| 10/1/2013 | $41.28 | - | $41.26 | $41.27 | 3,059,000 | 0.24% |
| 10/2/2013 | $41.33 | - | $41.32 | $41.33 | 3,785,300 | 0.12% |
| 10/3/2013 | $40.56 | - | $40.56 | $40.57 | 8,917,600 | -1.88% |
| 10/4/2013 | $40.66 | - | $40.64 | $40.65 | 3,197,400 | 0.25% |
| 10/7/2013 | $40.49 | - | $40.48 | $40.49 | 3,070,800 | -0.42% |
| 10/8/2013 | $41.01 | - | $41.00 | $41.01 | 5,341,300 | 1.28% |
| 10/9/2013 | $41.27 | - | $41.27 | $41.28 | 5,992,000 | 0.63% |
| 10/10/2013 | $41.57 | - | $41.56 | $41.57 | 4,469,800 | 0.72% |
| 10/11/2013 | $41.69 | - | $41.68 | $41.69 | 3,143,800 | 0.29% |
| 10/14/2013 | $41.35 | - | $41.34 | $41.35 | 4,493,600 | -0.82% |
| 10/15/2013 | $40.85 | - | $40.86 | $40.87 | 5,917,900 | -1.22% |
| 10/16/2013 | $41.28 | - | $41.27 | $41.28 | 4,034,400 | 1.05% |
| 10/17/2013 | $41.91 | - | $41.91 | $41.92 | 3,820,400 | 1.51% |
| 10/18/2013 | $41.94 | - | $41.93 | $41.94 | 3,732,800 | 0.07% |
| 10/21/2013 | $41.76 | - | $41.76 | $41.76 | 3,809,200 | -0.43% |
| 10/22/2013 | $42.28 | - | $42.28 | $42.29 | 6,340,900 | 1.24% |
| 10/23/2013 | $42.29 | - | $42.30 | $42.31 | 4,988,000 | 0.02% |
| 10/24/2013 | $42.01 | - | $42.00 | $42.01 | 16,949,700 | -0.66% |
| 10/25/2013 | $42.46 | - | $42.45 | $42.46 | 13,309,600 | 1.07% |
| 10/28/2013 | $42.44 | - | $42.44 | $42.45 | 18,821,000 | -0.05% |
| 10/29/2013 | $42.39 | - | $42.37 | $42.38 | 4,590,800 | -0.12% |
| 10/30/2013 | $41.90 | - | $41.90 | $41.91 | 6,790,000 | -1.16% |

**Source:** CRSP.

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/25/2012 | 1.37% | 0.55% |
| 4/26/2012 | 0.68% | 0.47% |
| 4/27/2012 | 0.39% | 0.22% |
| 4/30/2012 | -0.43% | 0.04% |
| 5/1/2012 | 0.49% | 0.45% |
| 5/2/2012 | -0.20% | -0.26% |
| 5/3/2012 | -1.00% | -0.52% |
| 5/4/2012 | -1.58% | 0.49% |
| 5/7/2012 | 0.06% | -0.34% |
| 5/8/2012 | -0.54% | 0.22% |
| 5/9/2012 | -0.60% | 0.24% |
| 5/10/2012 | 0.29% | 0.93% |
| 5/11/2012 | -0.28% | -0.17% |
| 5/14/2012 | -1.22% | -0.15% |
| 5/15/2012 | -0.60% | -0.31% |
| 5/16/2012 | -0.49% | -0.83% |
| 5/17/2012 | -1.60% | -0.08% |
| 5/18/2012 | -0.82% | 0.02% |
| 5/21/2012 | 1.76% | -0.20% |
| 5/22/2012 | -0.05% | 0.95% |
| 5/23/2012 | 0.28% | -0.48% |
| 5/24/2012 | 0.10% | 0.75% |
| 5/25/2012 | -0.15% | 0.53% |
| 5/29/2012 | 1.12% | 0.21% |
| 5/30/2012 | -1.56% | -0.71% |
| 5/31/2012 | -0.20% | 0.58% |
| 6/1/2012 | -2.48% | 0.90% |
| 6/4/2012 | -0.10% | 0.58% |
| 6/5/2012 | 0.78% | 0.54% |
| 6/6/2012 | 2.24% | 0.58% |
| 6/7/2012 | -0.14% | 0.95% |
| 6/8/2012 | 0.71% | 0.66% |
| 6/11/2012 | -1.40% | -0.44% |
| 6/12/2012 | 1.16% | 0.05% |
| 6/13/2012 | -0.70% | -0.39% |
| 6/14/2012 | 0.94% | 1.08% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 6/15/2012 | 1.01% | 0.40% |
| 6/18/2012 | 0.22% | 0.17% |
| 6/19/2012 | 1.15% | -0.46% |
| 6/20/2012 | -0.15% | -1.14% |
| 6/21/2012 | -2.37% | -0.55% |
| 6/22/2012 | 0.72% | 0.37% |
| 6/25/2012 | -1.55% | 0.05% |
| 6/26/2012 | 0.48% | 0.05% |
| 6/27/2012 | 0.90% | 0.74% |
| 6/28/2012 | -0.21% | 0.24% |
| 6/29/2012 | 2.53% | 0.26% |
| 7/2/2012 | 0.39% | 0.88% |
| 7/3/2012 | 0.89% | -0.34% |
| 7/5/2012 | -0.41% | -0.50% |
| 7/6/2012 | -1.00% | -0.62% |
| 7/9/2012 | -0.22% | -0.47% |
| 7/10/2012 | -0.88% | 0.48% |
| 7/11/2012 | -0.03% | 0.52% |
| 7/12/2012 | -0.49% | 0.13% |
| 7/13/2012 | 1.51% | 1.10% |
| 7/16/2012 | -0.25% | 0.00% |
| 7/17/2012 | 0.67% | 0.19% |
| 7/18/2012 | 0.62% | 0.40% |
| 7/19/2012 | 0.28% | 0.32% |
| 7/20/2012 | -1.00% | 0.18% |
| 7/23/2012 | -1.02% | -0.67% |
| 7/24/2012 | -0.95% | -0.74% |
| 7/25/2012 | 0.07% | -0.36% |
| 7/26/2012 | 1.54% | 1.68% |
| 7/27/2012 | 1.87% | 0.91% |
| 7/30/2012 | -0.08% | 0.59% |
| 7/31/2012 | -0.50% | -0.86% |
| 8/1/2012 | -0.45% | -0.83% |
| 8/2/2012 | -0.73% | -0.55% |
| 8/3/2012 | 1.90% | 1.14% |
| 8/6/2012 | 0.35% | -0.49% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/7/2012 | 0.63% | -1.17% |
| 8/8/2012 | 0.02% | 0.32% |
| 8/9/2012 | 0.16% | 0.33% |
| 8/10/2012 | 0.19% | 0.45% |
| 8/13/2012 | -0.19% | -0.35% |
| 8/14/2012 | -0.00% | -0.03% |
| 8/15/2012 | 0.27% | -0.83% |
| 8/16/2012 | 0.79% | -0.22% |
| 8/17/2012 | 0.26% | -0.26% |
| 8/20/2012 | -0.06% | 0.02% |
| 8/21/2012 | -0.23% | -0.71% |
| 8/22/2012 | -0.01% | -0.36% |
| 8/23/2012 | -0.74% | -0.92% |
| 8/24/2012 | 0.55% | 0.36% |
| 8/27/2012 | -0.06% | 0.13% |
| 8/28/2012 | 0.02% | -0.18% |
| 8/29/2012 | 0.10% | -0.27% |
| 8/30/2012 | -0.78% | -0.38% |
| 8/31/2012 | 0.59% | -0.05% |
| 9/4/2012 | 0.07% | 0.10% |
| 9/5/2012 | -0.06% | -0.52% |
| 9/6/2012 | 1.93% | 0.77% |
| 9/7/2012 | 0.56% | -0.22% |
| 9/10/2012 | -0.57% | -0.21% |
| 9/11/2012 | 0.34% | -0.40% |
| 9/12/2012 | 0.26% | -0.62% |
| 9/13/2012 | 1.52% | 1.66% |
| 9/14/2012 | 0.61% | -0.51% |
| 9/17/2012 | -0.46% | -0.50% |
| 9/18/2012 | -0.18% | -0.45% |
| 9/19/2012 | 0.13% | 0.29% |
| 9/20/2012 | -0.19% | 0.46% |
| 9/21/2012 | 0.04% | 0.21% |
| 9/24/2012 | -0.31% | 1.11% |
| 9/25/2012 | -1.09% | -0.31% |
| 9/26/2012 | -0.55% | 0.06% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|------|------|------|
| 9/27/2012 | 1.00% | -0.40% |
| 9/28/2012 | -0.45% | 0.51% |
| 10/1/2012 | 0.28% | -0.24% |
| 10/2/2012 | 0.12% | 0.46% |
| 10/3/2012 | 0.25% | 0.49% |
| 10/4/2012 | 0.76% | 0.68% |
| 10/5/2012 | -0.01% | -0.31% |
| 10/8/2012 | -0.36% | 0.09% |
| 10/9/2012 | -0.98% | 0.12% |
| 10/10/2012 | -0.56% | -0.47% |
| 10/11/2012 | 0.17% | 0.18% |
| 10/12/2012 | -0.35% | -0.56% |
| 10/15/2012 | 0.72% | 0.66% |
| 10/16/2012 | 0.99% | 0.31% |
| 10/17/2012 | 0.51% | 1.23% |
| 10/18/2012 | -0.27% | 0.72% |
| 10/19/2012 | -1.58% | -0.65% |
| 10/22/2012 | 0.02% | -0.15% |
| 10/23/2012 | -1.30% | -1.05% |
| 10/24/2012 | -0.26% | -0.99% |
| 10/25/2012 | 0.33% | 0.39% |
| 10/26/2012 | -0.14% | 0.05% |
| 10/31/2012 | 0.25% | 0.72% |
| 11/1/2012 | 1.11% | -1.28% |
| 11/2/2012 | -0.98% | -0.79% |
| 11/5/2012 | 0.22% | -1.75% |
| 11/6/2012 | 0.78% | -0.14% |
| 11/7/2012 | -2.13% | -1.96% |
| 11/8/2012 | -1.16% | -0.02% |
| 11/9/2012 | 0.09% | -0.77% |
| 11/12/2012 | -0.02% | -0.97% |
| 11/13/2012 | -0.42% | 0.12% |
| 11/14/2012 | -1.48% | -1.22% |
| 11/15/2012 | -0.29% | -0.58% |
| 11/16/2012 | 0.62% | 1.11% |
| 11/19/2012 | 1.90% | -0.07% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/20/2012 | 0.10% | -0.29% |
| 11/21/2012 | 0.31% | -0.52% |
| 11/23/2012 | 1.26% | -0.29% |
| 11/26/2012 | -0.16% | 1.48% |
| 11/27/2012 | -0.44% | 0.44% |
| 11/28/2012 | 0.75% | 0.35% |
| 11/29/2012 | 0.54% | 0.69% |
| 11/30/2012 | 0.03% | 1.14% |
| 12/3/2012 | -0.42% | -0.71% |
| 12/4/2012 | -0.13% | -0.64% |
| 12/5/2012 | 0.18% | 1.50% |
| 12/6/2012 | 0.28% | -0.38% |
| 12/7/2012 | 0.25% | 0.14% |
| 12/10/2012 | 0.15% | 0.03% |
| 12/11/2012 | 0.61% | 0.23% |
| 12/12/2012 | 0.03% | -0.10% |
| 12/13/2012 | -0.59% | -0.42% |
| 12/14/2012 | -0.31% | -0.34% |
| 12/17/2012 | 1.01% | 1.35% |
| 12/18/2012 | 1.10% | 1.11% |
| 12/19/2012 | -0.47% | -0.90% |
| 12/20/2012 | 0.49% | 0.18% |
| 12/21/2012 | -0.85% | -0.49% |
| 12/24/2012 | -0.22% | -0.20% |
| 12/26/2012 | -0.50% | -0.92% |
| 12/27/2012 | -0.07% | -0.19% |
| 12/28/2012 | -0.93% | -1.10% |
| 12/31/2012 | 1.63% | 1.46% |
| 1/2/2013 | 2.47% | 1.62% |
| 1/3/2013 | -0.19% | 0.09% |
| 1/4/2013 | 0.56% | 0.33% |
| 1/7/2013 | -0.26% | -0.91% |
| 1/8/2013 | -0.22% | -0.12% |
| 1/9/2013 | 0.34% | -0.43% |
| 1/10/2013 | 0.68% | 0.39% |
| 1/11/2013 | 0.02% | -0.04% |

# Exhibit-5

**Market Index and Electric Utility Index
Logarithmic Returns**

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/14/2013 | -0.03% | -0.11% |
| 1/15/2013 | 0.20% | 0.53% |
| 1/16/2013 | -0.07% | -0.58% |
| 1/17/2013 | 0.59% | 0.39% |
| 1/18/2013 | 0.29% | 0.96% |
| 1/22/2013 | 0.52% | 0.70% |
| 1/23/2013 | 0.03% | -0.45% |
| 1/24/2013 | 0.06% | 0.60% |
| 1/25/2013 | 0.52% | 0.72% |
| 1/28/2013 | -0.13% | -0.14% |
| 1/29/2013 | 0.36% | 0.72% |
| 1/30/2013 | -0.39% | 0.00% |
| 1/31/2013 | -0.08% | 0.48% |
| 2/1/2013 | 0.92% | 0.01% |
| 2/4/2013 | -1.11% | -0.75% |
| 2/5/2013 | 0.92% | 0.28% |
| 2/6/2013 | 0.13% | 0.18% |
| 2/7/2013 | -0.21% | 0.17% |
| 2/8/2013 | 0.54% | -0.12% |
| 2/11/2013 | -0.10% | 0.31% |
| 2/12/2013 | 0.22% | 0.50% |
| 2/13/2013 | 0.14% | -0.40% |
| 2/14/2013 | 0.08% | -1.19% |
| 2/15/2013 | -0.20% | 0.20% |
| 2/19/2013 | 0.69% | 0.80% |
| 2/20/2013 | -1.34% | -0.39% |
| 2/21/2013 | -0.71% | -0.41% |
| 2/22/2013 | 0.86% | 1.05% |
| 2/25/2013 | -1.73% | -1.02% |
| 2/26/2013 | 0.56% | 0.42% |
| 2/27/2013 | 1.22% | 0.70% |
| 2/28/2013 | -0.06% | 0.06% |
| 3/1/2013 | 0.18% | 0.18% |
| 3/4/2013 | 0.36% | 1.20% |
| 3/5/2013 | 0.92% | 0.62% |
| 3/6/2013 | 0.17% | 0.09% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/7/2013 | 0.23% | -0.33% |
| 3/8/2013 | 0.49% | 0.35% |
| 3/11/2013 | 0.27% | 0.13% |
| 3/12/2013 | -0.19% | -0.45% |
| 3/13/2013 | 0.08% | 0.49% |
| 3/14/2013 | 0.59% | 0.28% |
| 3/15/2013 | -0.15% | 0.77% |
| 3/18/2013 | -0.53% | -0.57% |
| 3/19/2013 | -0.29% | 0.29% |
| 3/20/2013 | 0.72% | 0.61% |
| 3/21/2013 | -0.76% | -0.47% |
| 3/22/2013 | 0.58% | 0.17% |
| 3/25/2013 | -0.31% | -0.30% |
| 3/26/2013 | 0.73% | 0.92% |
| 3/27/2013 | -0.01% | 0.48% |
| 3/28/2013 | 0.40% | 1.10% |
| 4/1/2013 | -0.54% | -0.23% |
| 4/2/2013 | 0.27% | 0.42% |
| 4/3/2013 | -1.19% | -0.50% |
| 4/4/2013 | 0.38% | 0.85% |
| 4/5/2013 | -0.35% | 0.78% |
| 4/8/2013 | 0.66% | 0.84% |
| 4/9/2013 | 0.37% | -0.32% |
| 4/10/2013 | 1.15% | 0.81% |
| 4/11/2013 | 0.32% | 0.49% |
| 4/12/2013 | -0.38% | 0.14% |
| 4/15/2013 | -2.59% | -1.25% |
| 4/16/2013 | 1.46% | 1.17% |
| 4/17/2013 | -1.48% | -0.55% |
| 4/18/2013 | -0.57% | 0.41% |
| 4/19/2013 | 0.93% | 1.13% |
| 4/22/2013 | 0.43% | -0.00% |
| 4/23/2013 | 1.01% | 0.34% |
| 4/24/2013 | 0.22% | 0.57% |
| 4/25/2013 | 0.49% | 0.02% |
| 4/26/2013 | -0.25% | 0.09% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/29/2013 | 0.73% | 0.88% |
| 4/30/2013 | 0.41% | 0.18% |
| 5/1/2013 | -1.07% | -0.85% |
| 5/2/2013 | 0.94% | -0.16% |
| 5/3/2013 | 1.03% | -0.58% |
| 5/6/2013 | 0.26% | -1.75% |
| 5/7/2013 | 0.51% | 0.89% |
| 5/8/2013 | 0.50% | -0.95% |
| 5/9/2013 | -0.37% | -1.49% |
| 5/10/2013 | 0.47% | 0.27% |
| 5/13/2013 | -0.06% | -0.71% |
| 5/14/2013 | 0.93% | 0.43% |
| 5/15/2013 | 0.39% | 0.80% |
| 5/16/2013 | -0.46% | -0.92% |
| 5/17/2013 | 0.94% | 0.92% |
| 5/20/2013 | 0.06% | -0.63% |
| 5/21/2013 | 0.16% | 0.21% |
| 5/22/2013 | -0.97% | -1.43% |
| 5/23/2013 | -0.24% | -0.69% |
| 5/24/2013 | -0.10% | -1.01% |
| 5/28/2013 | 0.63% | -2.33% |
| 5/29/2013 | -0.70% | -1.31% |
| 5/30/2013 | 0.42% | 0.07% |
| 5/31/2013 | -1.37% | -0.51% |
| 6/3/2013 | 0.46% | 0.53% |
| 6/4/2013 | -0.56% | -0.17% |
| 6/5/2013 | -1.35% | -0.76% |
| 6/6/2013 | 0.89% | 0.84% |
| 6/7/2013 | 1.13% | 0.71% |
| 6/10/2013 | 0.02% | -0.07% |
| 6/11/2013 | -1.09% | -0.72% |
| 6/12/2013 | -0.82% | -1.32% |
| 6/13/2013 | 1.49% | 1.52% |
| 6/14/2013 | -0.54% | 0.10% |
| 6/17/2013 | 0.72% | 0.26% |
| 6/18/2013 | 0.73% | 0.82% |

# Exhibit-5

## Market Index and Electric Utility Index
## Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 6/19/2013 | -1.35% | -2.11% |
| 6/20/2013 | -2.61% | -2.94% |
| 6/21/2013 | 0.14% | 1.35% |
| 6/24/2013 | -1.24% | 0.01% |
| 6/25/2013 | 1.03% | 1.11% |
| 6/26/2013 | 0.89% | 1.41% |
| 6/27/2013 | 0.81% | 0.08% |
| 6/28/2013 | -0.28% | 0.51% |
| 7/1/2013 | 0.67% | -1.42% |
| 7/2/2013 | -0.14% | -0.05% |
| 7/3/2013 | 0.04% | -0.11% |
| 7/5/2013 | 0.90% | -0.62% |
| 7/8/2013 | 0.52% | 1.30% |
| 7/9/2013 | 0.77% | 0.65% |
| 7/10/2013 | 0.06% | 0.53% |
| 7/11/2013 | 1.45% | 1.74% |
| 7/12/2013 | 0.25% | 0.32% |
| 7/15/2013 | 0.23% | 1.62% |
| 7/16/2013 | -0.38% | -0.50% |
| 7/17/2013 | 0.30% | 0.06% |
| 7/18/2013 | 0.54% | 1.00% |
| 7/19/2013 | 0.15% | -0.09% |
| 7/22/2013 | 0.28% | 0.10% |
| 7/23/2013 | -0.12% | 0.14% |
| 7/24/2013 | -0.49% | -1.66% |
| 7/25/2013 | 0.40% | 0.11% |
| 7/26/2013 | 0.01% | 0.44% |
| 7/29/2013 | -0.38% | 0.62% |
| 7/30/2013 | 0.04% | 0.35% |
| 7/31/2013 | 0.02% | -0.95% |
| 8/1/2013 | 1.22% | 0.84% |
| 8/2/2013 | 0.13% | -0.19% |
| 8/5/2013 | -0.07% | -0.74% |
| 8/6/2013 | -0.66% | -0.55% |
| 8/7/2013 | -0.45% | 0.54% |
| 8/8/2013 | 0.54% | 0.40% |

## Exhibit-5

**Market Index and Electric Utility Index
Logarithmic Returns**

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/9/2013 | -0.19% | -0.76% |
| 8/12/2013 | -0.01% | -0.66% |
| 8/13/2013 | 0.15% | -0.70% |
| 8/14/2013 | -0.41% | -0.77% |
| 8/15/2013 | -1.30% | -1.25% |
| 8/16/2013 | -0.29% | -1.11% |
| 8/19/2013 | -0.71% | -0.91% |
| 8/20/2013 | 0.57% | 0.79% |
| 8/21/2013 | -0.62% | -1.19% |
| 8/22/2013 | 0.91% | 0.77% |
| 8/23/2013 | 0.44% | 0.72% |
| 8/26/2013 | -0.28% | -0.92% |
| 8/27/2013 | -1.64% | 0.03% |
| 8/28/2013 | 0.26% | 0.31% |
| 8/29/2013 | 0.32% | -0.62% |
| 8/30/2013 | -0.48% | -0.01% |
| 9/3/2013 | 0.45% | -1.13% |
| 9/4/2013 | 0.76% | -0.08% |
| 9/5/2013 | 0.18% | -0.32% |
| 9/6/2013 | 0.11% | 0.56% |
| 9/9/2013 | 1.08% | 0.35% |
| 9/10/2013 | 0.72% | 0.71% |
| 9/11/2013 | 0.27% | -1.19% |
| 9/12/2013 | -0.40% | -0.57% |
| 9/13/2013 | 0.27% | 0.63% |
| 9/16/2013 | 0.51% | 0.30% |
| 9/17/2013 | 0.50% | 0.41% |
| 9/18/2013 | 1.25% | 3.05% |
| 9/19/2013 | -0.11% | -0.45% |
| 9/20/2013 | -0.73% | -1.76% |
| 9/23/2013 | -0.42% | 1.17% |
| 9/24/2013 | -0.12% | -0.07% |
| 9/25/2013 | -0.17% | -0.80% |
| 9/26/2013 | 0.40% | -0.11% |
| 9/27/2013 | -0.36% | -0.66% |
| 9/30/2013 | -0.49% | -0.11% |

## Exhibit-5

### Market Index and Electric Utility Index
### Logarithmic Returns

25 April 2012 through 30 October 2013

| Date | Market Index Return | Sector Index Return |
|------|------|------|
| 10/1/2013 | 0.87% | 0.49% |
| 10/2/2013 | -0.07% | 0.20% |
| 10/3/2013 | -0.87% | -1.25% |
| 10/4/2013 | 0.67% | 0.19% |
| 10/7/2013 | -0.85% | -0.30% |
| 10/8/2013 | -1.32% | 0.75% |
| 10/9/2013 | -0.05% | 0.61% |
| 10/10/2013 | 2.08% | 1.37% |
| 10/11/2013 | 0.69% | 0.40% |
| 10/14/2013 | 0.41% | -0.67% |
| 10/15/2013 | -0.69% | -1.39% |
| 10/16/2013 | 1.27% | 0.75% |
| 10/17/2013 | 0.77% | 1.61% |
| 10/18/2013 | 0.69% | 0.21% |
| 10/21/2013 | 0.01% | -0.10% |
| 10/22/2013 | 0.55% | 1.25% |
| 10/23/2013 | -0.53% | 0.23% |
| 10/24/2013 | 0.40% | -0.17% |
| 10/25/2013 | 0.31% | 0.97% |
| 10/28/2013 | 0.03% | -0.18% |
| 10/29/2013 | 0.44% | 0.14% |
| 10/30/2013 | -0.57% | -0.32% |

**Sources:** Bloomberg and CRSP.

**Exhibit-6**

**Southern Company Stock Regression Results**

Estimation Period: 25 April 2012 through 30 October 2013

| Regression Statistics | |
|---|---|
| R Squared | 0.739 |
| Adjusted R Squared | 0.732 |
| Standard Error | 0.40% |
| Observations | 382 |

| | Coefficients | Standard Error | *t*-statistic |
|---|---|---|---|
| Intercept | 0.000 | 0.02% | -1.02 |
| Market Index | 0.041 | 3.07% | 1.34 |
| Sector Index | 0.834 | 3.21% | 25.93 |
| 25 April 2012 | -1.34% | 0.40% | -3.36 |
| 25 July 2012 | 0.93% | 0.40% | 2.33 |
| 5 November 2012 | -1.08% | 0.40% | -2.67 |
| 30 January 2013 | -0.17% | 0.40% | -0.42 |
| 24 April 2013 | -1.74% | 0.40% | -4.37 |
| 31 July 2013 | -0.48% | 0.40% | -1.19 |
| 30 October 2013 | -0.85% | 0.40% | -2.13 |

**Exhibit-7**
**Southern Company Event Study Results**

| Date | SO Closing Price | SO Prior Day Closing Price | SO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | SO Explained Return | SO Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|
| 25 April 2012 | $45.48 | $45.87 | -0.85% | 1.37% | 0.55% | 0.49% | -1.34% | -3.37 * |
| 25 July 2012 | $47.40 | $47.11 | 0.61% | 0.07% | -0.36% | -0.32% | 0.93% | 2.33 * |
| 5 November 2012 | $44.62 | $45.77 | -2.54% | 0.22% | -1.75% | -1.47% | -1.08% | -2.70 * |
| 30 January 2013 | $44.53 | $44.62 | -0.20% | -0.39% | 0.004% | -0.03% | -0.17% | -0.42 |
| 24 April 2013 | $48.03 | $48.65 | -1.28% | 0.22% | 0.57% | 0.46% | -1.74% | -4.38 * |
| 31 July 2013 | $44.84 | $45.42 | -1.29% | 0.02% | -0.95% | -0.81% | -0.48% | -1.19 |
| 30 October 2013 | $41.90 | $42.39 | -1.16% | -0.57% | -0.32% | -0.31% | -0.85% | -2.13 * |
| **Two-Day Windows:** [1] | | | | | | | | |
| *31 July 2013 - 1 August 2013* | | | -1.25% | 1.24% | -0.11% | -0.08% | -1.16% | -2.07 * |
| *30 October 2013 - 31 October 2013* | | | -2.32% | -0.92% | -0.85% | -0.79% | -1.53% | -2.72 * |

**Notes:**
\* indicates statistical significance at the 95% confidence level.

[1] The cumulative *t*-statistic is calculated as the sum of the *t*-statistic over the two-day period divided by the square root of the number of observations.