# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-00241-WMR
## Monroe County Employees' Retirement System et al. v. The Southern Company et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/19/2019.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 1:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:  Rachel Cocalis representing Roofers Local 149 Pension Fund
Walter Davis representing The Southern Company
Walter Davis representing Art P. Beattie
Walter Davis representing Edward Day
Walter Davis representing G. Edison Holland
Walter Davis representing Thomas A. Fanning
Ashley Heintz representing The Southern Company
Ashley Heintz representing Art P. Beattie
Ashley Heintz representing Edward Day
Ashley Heintz representing G. Edison Holland
Ashley Heintz representing John C. Huggins
Ashley Heintz representing Thomas A. Fanning
Ashley Heintz representing Thomas O. Anderson

John Herman representing Monroe County Employees' Retirement System
John Herman representing Roofers Local 149 Pension Fund
Michael McConnell representing The Southern Company
Michael McConnell representing Art P. Beattie
Michael McConnell representing Edward Day
Michael McConnell representing G. Edison Holland
Michael McConnell representing Thomas A. Fanning
Janine Metcalf representing The Southern Company
Janine Metcalf representing Art P. Beattie
Janine Metcalf representing Edward Day
Janine Metcalf representing G. Edison Holland
Janine Metcalf representing John C. Huggins
Janine Metcalf representing Thomas A. Fanning
Janine Metcalf representing Thomas O. Anderson
Robert Watts representing The Southern Company
Robert Watts representing Art P. Beattie
Robert Watts representing Edward Day
Robert Watts representing G. Edison Holland
Robert Watts representing John C. Huggins
Robert Watts representing Thomas A. Fanning
Robert Watts representing Thomas O. Anderson
Debra Wyman representing Monroe County Employees' Retirement System
Debra Wyman representing Roofers Local 149 Pension Fund

| | |
|---|---|
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Defendants mentioned if they appeal class certification, they would request a stay of discovery; Plaintiffs would oppose this request. The Court stated it would likely grant a stay in that instance. Parties argued a discovery issue pertaining to whether documents generated in connection with a 2013 internal investigation can be withheld on the basis of the attorney-client privilege and/or work product doctrine. The Court stated that if Plaintiff wants to retain a |

|  |  |
|---|---|
|  | special master to review documents, they would pay the upfront cost. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Status Conference set for 10/29/2019 at 1:30 PM in Courtroom 1705. |