UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>THE SOUTHERN COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:17-cv-00241-WMR<br><br>CLASS ACTION<br><br>JOINT STATUS REPORT |

4848-9871-0969.v1

On March 26, 2020, the Court issued an Order directing the parties to provide a status report on the mediation efforts the parties had undertaken, as well as provide an update on the status of defendants' Rule of Civil Procedure 23(f) Petition pending in the Eleventh Circuit Court of Appeals. The parties provide the following update to the Court:

At the Status Conference on December 19, 2019, the parties informed the Court that they had agreed to explore mediation of their dispute. On December 19, 2019, the Court ordered the litigation stayed pending these mediation efforts. The stay expired on March 31, 2020 and certain deadlines, including for the completion of fact and expert discovery are now in place. ECF No. 165.

1. The parties met for an in-person mediation session on February 20, 2020 moderated by a well-respected third-party mediator. The parties were not able to reach a resolution of their dispute that day but have continued their discussions, with the assistance of the mediator. Those discussions have been unsuccessful.

2. As of the date of this Joint Status Report, defendants' Rule 23(f) Petition remains pending before the Eleventh Circuit.

As the parties informed the Court at the December 19, 2019 Status Conference, should the mediation efforts fail, upon the expiration of the stay, the parties would commence taking depositions. However, with the current public health crisis, shelter-

in-place orders in Georgia and California, and restrictions on social gatherings, starting depositions as anticipated is not possible. As a result, plaintiffs respectfully submit a separate unopposed motion following this status report requesting the Court extend the case schedule outlined in the Court's December 19, 2019 Order Staying the Case Pending Mediation. ECF No. 165.

DATED: April 3, 2020                    Respectfully submitted,

             ROBBINS GELLER RUDMAN
               & DOWD LLP
             DANIEL S. DROSMAN
             DEBRA J. WYMAN
             DARRYL J. ALVARADO
             ASHLEY M. PRICE
             HILLARY B. STAKEM
             RACHEL A. COCALIS

               s/ Debra J. Wyman
              DEBRA J. WYMAN

             655 West Broadway, Suite 1900
             San Diego, CA  92101-8498
             Telephone:  619/231-1058
             619/231-7423 (fax)
             ddrosman@rgrdlaw.com
             debraw@rgrdlaw.com
             dalvarado@rgrdlaw.com
             aprice@rgrdlaw.com
             hstakem@rgrdlaw.com
             rcocalis@rgrdlaw.com

             Lead Counsel for the Class

HERMAN JONES LLP
JOHN C. HERMAN
  (Georgia Bar No. 348370)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel

ASHERKELLY

MICHAEL J. ASHER

25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
248/747-2809 (fax)
masher@asherkellylaw.com

Additional Counsel

JONES DAY
MICHAEL J. MCCONNELL
ASHLEY F. HEINTZ
ROBERT A. WATTS

      s/ Ashley F. Heintz
    ASHLEY F. HEINTZ

1420 Peachtree Street, N.E., Suite 800
Atlanta, GA  30309
Telephone:  404/581-3939
404/581-8330 (fax)

Attorneys for Defendants

- 3 -

CERTIFICATE OF COMPLIANCE

The undersigned certifies, pursuant to Local Rule 5.1(C), that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

s/ Debra J. Wyman<br>
DEBRA J. WYMAN

4848-9871-0969.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 3, 2020, I authorized the electronic filing of the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, which will deliver the document to all counsel of record who have appeared in the action.

        s/ Debra J. Wyman
        DEBRA J. WYMAN

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-8498
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail:  debraw@rgrdlaw.com

4848-9871-0969.v1