# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**1:17-cv-00241-WMR**
**Monroe County Employees' Retirement System et al. v. The Southern Company et al**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Chambers on 06/15/2020.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:30 A.M.
TIME IN COURT: 2:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Judy Wolff
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:   Darryl Alvarado representing Monroe County Employees' Retirement System
Darryl Alvarado representing Roofers Local 149 Pension Fund
Ashley Heintz representing The Southern Company
Ashley Heintz representing Art P. Beattie
Ashley Heintz representing Edward Day
Ashley Heintz representing G. Edison Holland
Ashley Heintz representing John C. Huggins
Ashley Heintz representing Thomas A. Fanning
Ashley Heintz representing Thomas O. Anderson
Michael McConnell representing The Southern Company

|  |  |
|---|---|
|  | Michael McConnell representing Art P. Beattie<br>Michael McConnell representing Edward Day<br>Michael McConnell representing G. Edison Holland<br>Michael McConnell representing Thomas A. Fanning<br>Janine Metcalf representing The Southern Company<br>Janine Metcalf representing Art P. Beattie<br>Janine Metcalf representing Edward Day<br>Janine Metcalf representing G. Edison Holland<br>Janine Metcalf representing John C. Huggins<br>Janine Metcalf representing Thomas A. Fanning<br>Janine Metcalf representing Thomas O. Anderson<br>Evan Singer representing The Southern Company<br>Evan Singer representing Art P. Beattie<br>Evan Singer representing Edward Day<br>Evan Singer representing G. Edison Holland<br>Evan Singer representing John C. Huggins<br>Evan Singer representing Thomas A. Fanning<br>Evan Singer representing Thomas O. Anderson<br>Robert Watts representing The Southern Company<br>Robert Watts representing Art P. Beattie<br>Robert Watts representing Edward Day<br>Robert Watts representing G. Edison Holland<br>Robert Watts representing John C. Huggins<br>Robert Watts representing Thomas A. Fanning<br>Robert Watts representing Thomas O. Anderson<br>Debra Wyman representing Monroe County Employees' Retirement System<br>Debra Wyman representing Roofers Local 149 Pension Fund |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Parties conducted a status conference via telephone as to various discovery issues. The Court will consider Daubert motions as to causation/damages contemporaneous with summary judgment motions. The Court takes the Deloitte document issue under advisement and directs each side to submit a proposed order by the end of the week. The Court advised depositions should be done remotely unless everyone consents to do them in-person. Counsel should be prepared to email a complete version of any document |

| | |
|---|---|
| | referenced during the deposition. Counsel may contact Ms. Lundy to schedule the next status conference. |
| **HEARING STATUS:** | Hearing Concluded |