IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated* and ROOFERS LOCAL 149 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOUTHERN COMPANY, *et al.*,<br><br>Defendants. | CIVIL ACTION No. 1:17-cv-241-WMR |

## **DECLARATION OF JOHN P. JETT**

In accordance with 28 U.S.C. § 1746, I, John P. Jett, declare under penalty of perjury that the following statements are true and correct:

1.  My name is John P. Jett. I am over the age of 21 and competent to provide the testimony in this declaration.

2.  I am an attorney, a member of the Georgia Bar, and a partner with Kilpatrick Townsend & Stockton LLP.

3.  I have no relationship to the parties, counsel, action, or the Court that would require disqualification of a judge under 28 U.S.C. § 455. I will

immediately notify the Court if I become aware of any potential ground that would require disqualification.

Executed this 6th day of August, 2020 in Atlanta, Georgia.


      /s/ John P. Jett
      John P. Jett

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document filed with the Clerk of Court has been prepared in 13 point Century Schoolbook font, in accordance with Local Rule 5.1(C).

Dated: August 6, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2020, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/ John P. Jett
John P. Jett
Georgia Bar No. 827033

KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (facsimile)
jjett@kilpatricktownsend.com

*Court Appointed Special Master*