UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM and ROOFERS LOCAL NO. 149 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SOUTHERN COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI, G. EDISON HOLLAND, JR., JOHN C. HUGGINS and THOMAS O. ANDERSON,<br><br>Defendants. | Civil Action No. 1:17-cv-00241-WMR<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiffs Roofers Local No. 149 Pension Fund and Monroe County Employees' Retirement System, on behalf of themselves and each Class Member, respectfully move this Court, at a date and time to be set by the Court, for an order preliminarily approving the proposed settlement of the above-captioned securities class action

lawsuit (the "Litigation") for a total of $87,500,000.00 in cash, approving the form and manner of providing notice of the Settlement to the Class, and setting a hearing date for final approval of the Settlement, approval of the proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and expenses, including awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

This motion is supported by the accompanying Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, the Stipulation of Settlement and all related exhibits.[1]

Attached hereto as Exhibit 1 is the proposed Order Preliminarily Approving Settlement and Providing for Notice.

DATED: September 8, 2020                    Respectfully submitted,

                                                   ROBBINS GELLER RUDMAN
                                                    &DOWD LLP
                                                   DANIEL S. DROSMAN
                                                   DEBRA J. WYMAN
                                                   DARRYL J. ALVARADO
                                                   ASHLEY M. PRICE
                                                   HILLARY B. STAKEM
                                                   RACHEL A. COCALIS

                                                        s/ DARRYL J. ALVARADO
                                                       DARRYL J. ALVARADO

---

[1] Plaintiffs have conferred with Defendants and they do not oppose the relief sought by this motion.

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
debraw@rgrdlaw.com
dalvarado@rgrdlaw.com
aprice@rgrdlaw.com
hstakem@rgrdlaw.com
rcocalis@rgrdlaw.com

Lead Counsel for the Class

HERMAN JONES LLP
JOHN C. HERMAN
  (Georgia Bar No. 348370)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel

ASHERKELLY
MICHAEL J. ASHER
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)
masher@asherkellylaw.com

Additional Counsel

**CERTIFICATE OF SERVICE**

I hereby certify on September 8, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com