UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM and ROOFERS LOCAL NO. 149 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE SOUTHERN COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI, G. EDISON HOLLAND, JR., JOHN C. HUGGINS and THOMAS O. ANDERSON,<br><br>　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-cv-00241-WMR<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

　　　　Plaintiffs, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court to enter orders and/or judgments in the above-captioned litigation: (1) granting final approval of the Settlement; and

4840-0821-7044.v1

(2) approving the Plan of Allocation.  This motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, the declarations submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record and such additional evidence or argument that may be presented at the hearing on this matter.

| | |
|---|---|
| DATED:  December 10, 2020 | Respectfully submitted, |

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
DARRYL J. ALVARADO
ASHLEY M. PRICE
HILLARY B. STAKEM
RACHEL A. COCALIS


               s/ DARRYL J. ALVARADO
              DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
debraw@rgrdlaw.com
dalvarado@rgrdlaw.com
aprice@rgrdlaw.com
hstakem@rgrdlaw.com
rcocalis@rgrdlaw.com

Lead Counsel for the Class

- 1 -

HERMAN JONES LLP
JOHN C. HERMAN
  (Georgia Bar No. 348370)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel

ASHERKELLY
MICHAEL J. ASHER
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
248/747-2809 (fax)
masher@asherkellylaw.com

Additional Counsel

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify on December 10, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO
ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
