# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM and ROOFERS LOCAL NO. 149 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOUTHER COMPANY, THOMAS A. FANNING, ART P. BEATTIE, EDWARD DAY, VI G. EDISON HOLLAND, JR., JOHN C. HUGGINS and THOMAS O. ANDERSON,<br><br>Defendants. | CIVIL ACTION NO: 1:17-cv-00241-WMR |

## **ORDER**

This matter is before the Court on Lead Plaintiffs' Motion for Approval of the Settlement Plan of Allocation. [Doc. 226]. Having considered the arguments made at the hearing on January 14, 20201, the Motion, and all papers filed in the action, the Court hereby ORDERS that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated September 8, 2020 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

1

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to all Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court also finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity.

4. Accordingly, this Court concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court hereby APPROVES the Settlement and Plan of Allocation.

**IT IS SO ORDERED** this 5th day of February, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE