## EXHIBIT A - SOUTHERN COMPANY REQUESTS FOR EXCLUSION

| EXCLUSION NUMBER | NAME |
| --- | --- |
| SOU-EXCL00001 | Leslie Brecknell |
| SOU-EXCL00002 | David and Gloria Conklin JT TEN |
| SOU-EXCL00003 | James W and Johanna E Savage |
| SOU-EXCL00004 | Martin P Clisham Jr and Mary L Clisham Trust UA 10/3/07 Clisham Rev Living Trust |
| SOU-EXCL00005 | Dolores L Bankston TOD Debra Stearns |
| SOU-EXCL00006 | John R and Teresa R Venneman |
| SOU-EXCL00007 | Dean C Packer |
| SOU-EXCL00008 | Donna L Fernandez |
| SOU-EXCL00009 | Linda J Peters |
| SOU-EXCL00010 | Dan S and Vanita L Anderson |
| SOU-EXCL00011 | Carolyn A Flowers; Kenneth D Flowers |
| SOU-EXCL00012 | Theresa Carlson; Norman Carlson (Dec'd) |
| SOU-EXCL00013 | Helen Stuehler |
| SOU-EXCL00014 | Maria C Russo |
| SOU-EXCL00015 | Cynthia Ann Ray |
| SOU-EXCL00016 | Jacqueline W Blanchard |
| SOU-EXCL00017 | Rita Ross; Adella Jones (Dec'd) |
| SOU-EXCL00018 | Priscilla M Fielding |
| SOU-EXCL00019 | Jacqueline H Hawkins |
| SOU-EXCL00020 | Margaret R Ketcham |
| SOU-EXCL00021 | George D and Carol A Whipple |
| SOU-EXCL00022 | James R Clissold |
| SOU-EXCL00023 | Charlene S Martin |
| SOU-EXCL00024 | Ted S Reece Jr |
| SOU-EXCL00025 | Jane Britt |
| SOU-EXCL00026 | R L Perdue |
| SOU-EXCL00027 | Ann S Zupane |
| SOU-EXCL00028 | Margaret M Schneider |
| SOU-EXCL00029 | Hicks Living Trust UA 11-24-98; Kaye Hicks Trustee |
| SOU-EXCL00030 | Michael Marchand (Executor) Estate of Margaret H Snyder |
| SOU-EXCL00031 | Barbara de Vignier |
| SOU-EXCL00032 | Virginia J Jones |
| SOU-EXCL00033 | Louis Janus |
| SOU-EXCL00034 | Paulette A Moore |
| SOU-EXCL00035 | George N and Steven L Naccara |
| SOU-EXCL00036 | Louise L Jones |
| SOU-EXCL00037 | Estate of Sarah A Models Klaus P Model Executor |

| EXCLUSION NUMBER | NAME |
|---|---|
| SOU-EXCL00038 | Sharon L Wappler; John F Wappler (Dec'd) |
| SOU-EXCL00039 | Alfred P Cote |
| SOU-EXCL00040 | Patricia Barnes |
| SOU-EXCL00041 | Ruth S Blankenship |
| SOU-EXCL00042 | Dortha L Edwards |
| SOU-EXCL00043 | Elizabeth R Lunsford |
| SOU-EXCL00044 | Joseph A and Harriet Fassman |
| SOU-EXCL00045 | Shirlee Estep Riley |
| SOU-EXCL00046 | Sara Combs Thompson; Dianne A Thompson (Custodian) |
| SOU-EXCL00047 | Judy Simmons |
| SOU-EXCL00048 | Irving Ingher & Marceline Ingher TR |
| SOU-EXCL00049 | Hannah J Marcusky UGMA FL |
| SOU-EXCL00050 | Sheria Cadense Glinsky Lopata |
| SOU-EXCL00051 | Lillian J Glinsky Lopata UGMA NY |
| SOU-EXCL00052 | Julius A Glinsky Lopata UGMA NY |
| SOU-EXCL00053 | Neshama L Glinsky UTMA NY |
| SOU-EXCL00054 | Carmel White UTMA TX |
| SOU-EXCL00055 | Ilana I Glinsky UGMA FL |
| SOU-EXCL00056 | Maxine Glinsky Lopata |
| SOU-EXCL00057 | Helen & Thomas L Wheeler |
| SOU-EXCL00058 | Robert Lafont |
| SOU-EXCL00059 | Joanne R North |
| SOU-EXCL00060 | Douglas Wilson Trust |
| SOU-EXCL00061 | W.B. & Ann Thomas |
| SOU-EXCL00062 | Mary Calamas |
| SOU-EXCL00063 | Michael Kastholm |
| SOU-EXCL00064 | Jeffrey S Thornton |
| SOU-EXCL00065 | Bernard P Barth |
| SOU-EXCL00066 | Edith Rossi Fekete; Dr. Lorand Fekete (Dec'd) |
| SOU-EXCL00067 | Eveline Wilcox and Linda D Ward TRTEE Leroy C Mizell Trust |
| SOU-EXCL00068 | Yvonne F Cobb |
| SOU-EXCL00069 | Earnest H Pilgreen |
| SOU-EXCL00070 | Lee L Schultz |
| SOU-EXCL00071 | Catherin Gowins Ponder |
| SOU-EXCL00072 | Joyce C Burton |
| SOU-EXCL00073 | Madison Snow Walters |
| SOU-EXCL00074 | Therese Anne Mackie |
| SOU-EXCL00075 | Donald A & Emogene T Wyand JT TEN |

| EXCLUSION NUMBER | NAME |
|---|---|
| **LATE EXCLUSIONS** | |
| SOU-EXCL80001 | John Brandt & Joan Reed Co-Trustees Reed Family |
| SOU-EXCL80002 | Olive Haitsch Trust |
| SOU-EXCL80003 | Samuel F and Ann H Clarke |
| SOU-EXCL80004 | George B and Billie E Elder |
| SOU-EXCL80005 | Audrey Olander |
| SOU-EXCL80006 | Alice Marie Godfrey |
| SOU-EXCL80007 | Murray J Smidt |