# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 16, 2021

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-90015-A
Case Style: The Southern Company, et al v. Monroe County Employees', et al
District Court Docket No: 1:17-cv-00241-WMR

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint motion to dismiss petition stipulated by the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-90015-A

_____

THE SOUTHERN COMPANY,
THOMAS A. FANNING,
ART P. BEATTIE,
EDWARD DAY, VI,
G. EDISON HOLLAND, JR.,
JOHN C. HUGGINS,
THOMAS O. ANDERSON,

                                                                                             Petitioners,

versus

MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM,
ROOFERS LOCAL NO. 149 PENSION FUND,
Individually and on Behalf of All Others Similarly Situated,

                                                                                              Respondents.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Petitioners Thomas O. Anderson, Art P. Beattie, Edward Day, Thomas A. Fanning, G. Edison Holland, John C. Huggins and The Southern Company's joint motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective March 16, 2021.

                                    DAVID J. SMITH
                   Clerk of Court of the United States Court
                        of Appeals for the Eleventh Circuit

               by:  Denise E. O'Guin, A, Deputy Clerk

                                           FOR THE COURT - BY DIRECTION